## CHAPTER 11 MONTHLY OPERATING REPORT

Case No.  19-01069-JMM

Report Month/Year  Sep-19

Debtor    WILLIAN

This report is due 21 days after the end of the month.  Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement.  The report must be filed with the Court.

| The debtor has provided the following with this monthly operating report: | Yes | No |
|---|---|---|
| **UST-2A**  **Comparative Balance Sheet** | ❏ | ☑ |
| **UST-2B**  **Comparative Income Statement** | ☑ | ❏ |
| **UST-2C**  **Cash Receipts and Disbursements Statement** | ☑ | ❏ |
| **UST-2C Continuation Sheet for Each Account** | ☑ | ❏ |
| **Detailed List of Receipts and Disbursements for Each Account** | ☑ | ❏ |
| **Bank Statement for Each Account** | ☑ | ❏ |
| **Bank Reconciliation for Each Account** | ☑ | ❏ |
| **UST-2D**  **Supplemental Information** | ☑ | ❏ |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date:  12/6/19

Name:

Signature:

Title:  AMY U DEMPSEY, DEBTOR.

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**
**(Non-Business Debtor)**

Case No.  19-01069-JMM                    Report Month/Year _____ Sep-19
Debtor    WILLIAM & AMY DEMPSEY

|  | Current Month | Total Post-Petition |
|---|---|---|
| **CASH INCOME** | | |
| Net W | | |
| Renta | | |
| Sale o | | |
| Post-F | | |
| Other: | | |
| Other: | | |
| **TOTAL CASH IN** | | 0 |
| | | |
| **CASH EXPENSE** | | |
| Auto L | | |
| Dome: | | |
| Insura | | |
| Mortga | | |
| Other | | |
| Perso | | |
| Rent | | |
| Profes | | |
| UST C | | |
| Other: | | |
| Other: | | |
| **TOTAL CASH EX** | | 0 |
| | | |
| **NET CASH INCO** | | 0 |

# See attached QuickBooks report

# William and Amy Dempsey
## Profit & Loss
### September 18 - 30, 2019

|  | Sep 18 - 30, 19 |
|---|---|
| **Income** | |
| **4000 · Wages** | |
| 4002 · Wages - Bill | 5,133.26 |
| 4004 · Wages - Amy | 5,637.51 |
| **Total 4000 · Wages** | 10,770.77 |
| **Total Income** | 10,770.77 |
| **Expense** | |
| 5000 · Groceries | 645.57 |
| 5010 · Home Repairs and Maintenance | 112.00 |
| 5020 · Kids School and Recreation | 494.98 |
| 5024 · Internet | 80.00 |
| 5026 · Cable | 75.97 |
| 5028 · Hair and Beauty Care | 178.00 |
| 5029 · Drycleaning | 60.30 |
| 5032 · Prescriptions | 35.02 |
| 5036 · Gas and Parking | 48.80 |
| 5037 · Miscellaneous | 14.90 |
| 5038 · Meals | 38.06 |
| 5039 · Entertainment | 165.98 |
| **Total Expense** | 1,949.58 |
| **Net Income** | 8,821.19 |

## CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

Case No.   19-01069-JMM                     Report Month/Year _____ Sep-19

Debtor       WILLIAM & AMY DEMPSEY

| SUMMARY | | Current Month | | Total Post-Petition |
|---|---|---|---|---|
| **Beginning cash balance, per Debtor's books (all acccounts)** | $ | 0 | $ | |
| **Total cash receipts** (from UST-2C continuation sheets) | | 51,825.45 | | |
| **Total cash disbursements** from (UST-2C continuation sheets) | | 19,483.05 | | |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ | 32,342.40 | | 0 |
| **Ending cash balance, per Debtor's books (all accounts)** | $ | 32,342.40 | $ | 0 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

# CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No.  19-01069-JMM                                  Report Month/Year    Sep-19
Debtor    WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    Washington Trust Bank
**Account number:**            991

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | $ | - |
| Add: Transfers in from other estate bank accounts | | 10,600.00 |
| Cash receipts deposited to this account | | |
| Subtract: Transfers out to other estate bank accounts | | |
| **Cash disbursements** from this account | | 1,250.05 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | 9,349.95 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | 9,349.95 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | ☑ | |
| • Bank statement | ☑ | |
| • Bank reconcilation | ☑ | |

# William and Amy Dempsey
# Reconciliation Summary
### 1000 · WA Trust Household Acct-0991, Period Ending 09/30/2019

|  | Sep 30, 19 |  |
|---|---|---|
| **Beginning Balance** |  | 0.00 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 23 items | -1,135.97 |  |
| Deposits and Credits - 3 items | 10,600.00 |  |
| **Total Cleared Transactions** | 9,464.03 |  |
| **Cleared Balance** |  | **9,464.03** |
| **Uncleared Transactions** |  |  |
| Checks and Payments - 1 item | -114.08 |  |
| **Total Uncleared Transactions** | -114.08 |  |
| **Register Balance as of 09/30/2019** |  | **9,349.95** |
| **New Transactions** |  |  |
| Checks and Payments - 26 items | -3,576.91 |  |
| Deposits and Credits - 2 items | 54.90 |  |
| **Total New Transactions** | -3,522.01 |  |
| **Ending Balance** |  | **5,827.94** |

# William and Amy Dempsey
# Reconciliation Detail
### 1000 · WA Trust Household Acct-0991, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Check | 09/20/2019 | Debit | L    D | X | -100.00 | -100.00 |
| Check | 09/20/2019 | Debit | Electric Chair | X | -30.00 | -130.00 |
| Check | 09/20/2019 | Debit | Chick-fil-a | X | -16.64 | -146.64 |
| Check | 09/21/2019 | Debit | M&W Markets | X | -88.32 | -234.96 |
| Check | 09/23/2019 | Auto | Sparklight | X | -80.00 | -314.96 |
| Check | 09/23/2019 | Auto | Hulu | X | -75.97 | -390.93 |
| Check | 09/23/2019 | Auto | MSB Boise | X | -32.49 | -423.42 |
| Check | 09/23/2019 | Auto | MSB Boise | X | -32.49 | -455.91 |
| Check | 09/24/2019 | Debit | R    A | X | -148.00 | -603.91 |
| Check | 09/24/2019 | Debit | Hayden Beverage | X | -126.47 | -730.38 |
| Check | 09/24/2019 | Debit | Shell | X | -48.80 | -779.18 |
| Check | 09/24/2019 | Auto | Netflix | X | -15.99 | -795.17 |
| Check | 09/25/2019 | Auto | C    D | X | -50.00 | -845.17 |
| Check | 09/26/2019 | Auto | Westco Drycleaning | X | -60.30 | -905.47 |
| Check | 09/26/2019 | Debit | Rite Aid | X | -35.02 | -940.49 |
| Check | 09/26/2019 | Debit | Rite Aid | X | -20.12 | -960.61 |
| Check | 09/27/2019 | Debit | Other | X | -14.63 | -975.24 |
| Check | 09/27/2019 | Debit | Other | X | -6.79 | -982.03 |
| Check | 09/27/2019 | Auto | ITunes | X | -0.99 | -983.02 |
| Check | 09/28/2019 | Auto | L    D | X | -50.00 | -1,033.02 |
| Check | 09/28/2019 | Debit | Other | X | -40.00 | -1,073.02 |
| Check | 09/28/2019 | Debit | Other | X | -14.90 | -1,087.92 |
| Check | 09/29/2019 | Debit | M&W Markets | X | -48.05 | -1,135.97 |
| | | | Total Checks and Payments | | -1,135.97 | -1,135.97 |
| **Deposits and Credits - 3 items** | | | | | | |
| Check | 09/19/2019 | | Washington Trust B... | X | 3,500.00 | 3,500.00 |
| Deposit | 09/20/2019 | | | X | 100.00 | 3,600.00 |
| Deposit | 09/30/2019 | | | X | 7,000.00 | 10,600.00 |
| | | | Total Deposits and Credits | | 10,600.00 | 10,600.00 |
| | | | Total Cleared Transactions | | 9,464.03 | 9,464.03 |
| **Cleared Balance** | | | | | 9,464.03 | 9,464.03 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 09/30/2019 | Debit | M&W Markets | | -114.08 | -114.08 |
| | | | Total Checks and Payments | | -114.08 | -114.08 |
| | | | Total Uncleared Transactions | | -114.08 | -114.08 |
| **Register Balance as of 09/30/2019** | | | | | 9,349.95 | 9,349.95 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 26 items** | | | | | | |
| Check | 10/01/2019 | 103 | Montevideo Homeo... | | -600.00 | -600.00 |
| Check | 10/01/2019 | Auto | Permagreen | | -335.59 | -935.59 |
| Check | 10/01/2019 | Auto | C    D | | -200.00 | -1,135.59 |
| Check | 10/01/2019 | Auto | EF Tours | | -123.00 | -1,258.59 |
| Check | 10/01/2019 | Auto | L    D | | -82.00 | -1,340.59 |
| Check | 10/01/2019 | 102 | Other | | -43.59 | -1,384.18 |
| Check | 10/01/2019 | Debit | Rite Aid | | -21.73 | -1,405.91 |
| Check | 10/01/2019 | Debit | Mister Car Wash | | -7.00 | -1,412.91 |
| Check | 10/02/2019 | 104 | R    R | | -112.00 | -1,524.91 |
| Check | 10/02/2019 | Auto | MSB Boise | | -32.49 | -1,557.40 |
| Check | 10/02/2019 | Debit | Jimmy Johns | | -23.51 | -1,580.91 |
| Check | 10/03/2019 | Auto | Suez Water Idaho | | -629.51 | -2,210.42 |
| Check | 10/03/2019 | 105 | S    M | | -300.00 | -2,510.42 |
| Check | 10/03/2019 | Debit | Tap House | | -38.00 | -2,548.42 |
| Check | 10/03/2019 | Auto | Vudu | | -7.41 | -2,555.83 |
| Check | 10/03/2019 | Debit | Other | | -7.00 | -2,562.83 |
| Check | 10/04/2019 | Auto | AT&T | | -428.78 | -2,991.61 |
| Check | 10/04/2019 | Debit | Eureka | | -33.00 | -3,024.61 |
| Check | 10/04/2019 | Auto | Amazon | | -31.41 | -3,056.02 |

# William and Amy Dempsey
## Reconciliation Detail
### 1000 · WA Trust Household Acct-0991, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 10/04/2019 | Auto | Diamond Heating & ... | | -28.00 | -3,084.02 |
| Check | 10/04/2019 | Auto | Vudu | | -21.19 | -3,105.21 |
| Check | 10/04/2019 | Auto | Amazon | | -18.12 | -3,123.33 |
| Check | 10/05/2019 | Auto | Farm Bureau | | -204.08 | -3,327.41 |
| Check | 10/05/2019 | Debit | M&W Markets | | -60.93 | -3,388.34 |
| Check | 10/07/2019 | Auto | Intermountain Gas C... | | -16.08 | -3,404.42 |
| Check | 10/15/2019 | Auto | Idaho Power | | -172.49 | -3,576.91 |
| **Total Checks and Payments** | | | | | -3,576.91 | -3,576.91 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 10/02/2019 | | | | 14.90 | 14.90 |
| Deposit | 10/03/2019 | | | | 40.00 | 54.90 |
| **Total Deposits and Credits** | | | | | 54.90 | 54.90 |
| **Total New Transactions** | | | | | -3,522.01 | -3,522.01 |
| **Ending Balance** | | | | | 5,827.94 | 5,827.94 |

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | September 19, 2019 |
| Statement End | September 30, 2019 |
| Account Number | 991 |
| Total Days in Statement Period | 12 |
| Page | 1 of 4 |

  

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #1901069
1720 E SENDERO LN
BOISE ID 83712-6628

 **Thank you**
for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 991 | $9,464.03 |

## CHECKING ACCOUNTS

**SIMPLICITY CHECKING**                                   **Account #**   **991**

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Ledger | $3,610.78 |
| + Deposits/Credits (3) | $10,600.00 | Average Collected | $3,610.78 |
| - Checks/Debits (24) | $1,135.97 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $9,464.03 | | |

### Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 9/19 | Trsf from SIMPCKG | 1015 Confirmation number | 3,500.00 | |
| 9/20 | Trsf from Checking | 787 Confirmation number | 100.00 | |

 MEMBER FDIC

 **WashingtonTrust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | September 19,2019 |
| Statement End | September 30,2019 |
| Account Number | 991 |
| Total Days in Statement Period | 12 |
| Page | 2 of 4 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 9/20 | Transf to Checking  .787 Confirmation number 920190845 | | 100.00 |
| 9/23 | M & W MARKE 1835 WARM SPRINGS POS DEB 1241 09/21/19 83671300 BOISE    ID C#6189 | | 88.32 |
| 9/23 | CHICK-FIL-A BOISE    ID C#6171 DBT CRD 1258 09/20/19 47264768 | | 16.64 |
| 9/23 | THE ELECTRI BOISE    ID C#6171 DBT CRD 0000 09/20/19 47547875 | | 30.00 |
| 9/24 | NEWWAVSPRKL 877-6922253   AZ C#6171 DBT CRD 1007 09/23/19 44322560 | | 80.00 |
| 9/24 | NETFLIX COM NETFLIX COM POS DEB 1015 09/24/19 10210814 LOS GATOS    CA C#6171 | | 15.99 |
| 9/24 | HLU*Hulu 11 HULU.COM/BILL CA C#6171 DBT CRD 1000 09/23/19 40491585 | | 75.97 |
| 9/25 | SHELL SERVI SHELL POS DEB 1935 09/24/19 99667600 MERIDIAN    ID C#6171 | | 48.80 |
| 9/25 | MSB BOISE C heavenerschoo ID C#6189 DBT CRD 1105 09/23/19 79016109 | | 32.49 |
| 9/25 | MSB BOISE C heavenerschoo ID C#6189 DBT CRD 2048 09/24/19 64813626 | | 32.49 |
| 9/25 | HAYDEN BEVE BOISE    ID C#6171 DBT CRD 1654 09/24/19 88971884 | | 126.47 |
| 9/25 | SQ *I       Boise    ID C#6189 DBT CRD 1750 09/24/19 22373018 | | 148.00 |
| 9/25 | Transf to Checking    761 Boise High Homecoming Confirmation number 925192114 | | 50.00 |
| 9/27 | RITE AID ST BOISE    ID C#6171 DBT CRD 1624 09/26/19 70604190 | | 20.12 |
| 9/27 | RITE AID ST BOISE    ID C#6171 DBT CRD 1620 09/26/19 68430918 | | 35.02 |
| 9/30 | Trsf from SIMPCKG    1015 Household Account for Bills Confirmation number 930194730 | 7,000.00 | |
| 9/30 | M & W MARKE 1835 WARM SPRINGS POS DEB 1044 09/29/19 31090500 BOISE    ID C#6171 | | 48.05 |
| 9/30 | DELI AT THE BOISE    ID C#6171 DBT CRD 1100 09/27/19 76002174 | | 6.79 |
| 9/30 | SQ *MAIN ST BOISE    ID C#6171 DBT CRD 1409 09/27/19 89571186 | | 14.63 |
| 9/30 | 001 DEBTORE JERSEY CITY  NJ C#6189 DBT CRD 1451 09/28/19 14857358 | | 14.90 |
| 9/30 | GIRL SCOUTS 555-555-5555  ID C#6189 DBT CRD 1459 09/28/19 19478794 | | 15.00 |

 **FDIC**

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | September 19, 2019 |
| Statement End | September 30, 2019 |
| Account Number | 991 |
| Total Days in Statement Period | 12 |
| Page | 3 of 4 |

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 9/30 | GIRLSCOUTSU 800-478-7248 NY C#6189 DBT CRD 1458 09/28/19 19322962 | | 25.00 |
| 9/30 | APL*ITUNES. 866-712-7753 CA C#6171 DBT CRD 0137 09/28/19 38510391 | | .99 |
| 9/30 | Transf to Checking 787 Confirmation number 930190703 | | 50.00 |

## Checks Posted

| Check No | Date | Amount |
|---|---|---|
| 2506 | 9/26 | 60.30 |

*Denotes gap in check sequence*

Total Checks = $60.30

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/19 | 3,500.00 | 9/24 | 3,193.08 | 9/27 | 2,639.39 |
| 9/20 | 3,500.00 | 9/25 | 2,754.83 | 9/30 | 9,464.03 |
| 9/23 | 3,365.04 | 9/26 | 2,694.53 | | |

MEMBER
FDIC

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.    19-01069-JMM                           Report Month/Year _____ Sep-19
Debtor        WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist
below.

**Depository (bank) name:**    Washington Trust Bank
**Account number:**                1007

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | $ | - |
| Add:    Transfers in from other estate bank accounts | | 7,533.00 |
| Cash receipts deposited to this account | | |
| Subtract:  Transfers out to other estate bank accounts | | |
| **Cash disbursements** from this account | | |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | 7,533.00 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | 7,533.00 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | ☑ | |
| • Bank statement | ☑ | |
| • Bank reconcilation | ☑ | |

# William and Amy Dempsey
## Reconciliation Summary
### 1002 · WA Trust Hsehold Savings-1007, Period Ending 09/30/2019

|  | Sep 30, 19 |
|---|---|
| **Beginning Balance** | 0.00 |
|     Cleared Transactions |  |
|         Deposits and Credits - 1 item | 7,533.00 |
|     **Total Cleared Transactions** | 7,533.00 |
| **Cleared Balance** | **7,533.00** |
| **Register Balance as of 09/30/2019** | 7,533.00 |
| **Ending Balance** | 7,533.00 |

# William and Amy Dempsey
# Reconciliation Detail
### 1002 · WA Trust Hsehold Savings-1007, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 09/19/2019 | | Washington Trust B... | X | 7,533.00 | 7,533.00 |
| Total Deposits and Credits | | | | | 7,533.00 | 7,533.00 |
| Total Cleared Transactions | | | | | 7,533.00 | 7,533.00 |
| Cleared Balance | | | | | 7,533.00 | 7,533.00 |
| Register Balance as of 09/30/2019 | | | | | 7,533.00 | 7,533.00 |
| **Ending Balance** | | | | | **7,533.00** | **7,533.00** |

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | September 19, 2019 |
| Statement End | September 30, 2019 |
| Account Number | 1007 |
| Total Days in Statement Period | 12 |
| Page | 1 of 3 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #19-01069
1720 E SENDERO LN
BOISE ID 83712-6628


for being a valued Washington Trust Bank client.

---

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1007 | $7,533.00 |

---

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING                                   Account #    1007

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Ledger | $7,533.00 |
| + Deposits/Credits (1) | $7,533.00 | Average Collected | $7,533.00 |
| - Checks/Debits (0) | $0.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $7,533.00 | | |

### Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 9/19 | Trsf from SIMPCKG 919190999 | 1015 Confirmation number | 7,533.00 | |

MEMBER **FDIC**

## Washington Trust Bank

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | September 19,2019 |
| Statement End | September 30,2019 |
| Account Number | 1007 |
| Total Days in Statement Period | 12 |
| Page | 2 of 3 |

   

## Daily Balance Information

| Date | Balance |
|------|---------|
| 9/19 | 7,533.00 |

MEMBER
FDIC

## CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No.   19-01069-JMM                    Report Month/Year _____ Sep-19
Debtor     WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**   Washington Trust Bank
**Account number:**            1015

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | $ | - |
| Add:  Transfers in from other estate bank accounts | | - |
|        Cash receipts deposited to this account | | 33,692.45 |
| Subtract:  Transfers out to other estate bank accounts | | 18,033.00 |
|        **Cash disbursements** from this account | | 200.00 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | 15,459.45 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | 15,459.45 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|:---:|:---:|
| • Detailed list of receipts and disbursements | ☑ | |
| • Bank statement | ☑ | |
| • Bank reconcilation | ☑ | |

# William and Amy Dempsey
# Reconciliation Summary
### 1004 · WA Trust Account for Debt-1015, Period Ending 09/30/2019

|  | Sep 30, 19 |
|---|---|
| Beginning Balance | 0.00 |
| **Cleared Transactions** |  |
| Checks and Payments - 5 items | -18,233.00 |
| Deposits and Credits - 4 items | 33,692.45 |
| **Total Cleared Transactions** | 15,459.45 |
| **Cleared Balance** | **15,459.45** |
| **Register Balance as of 09/30/2019** | 15,459.45 |
| **Ending Balance** | 15,459.45 |

# William and Amy Dempsey
# Reconciliation Detail
### 1004 · WA Trust Account for Debt-1015, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 09/19/2019 | Auto | Washington Trust B... | X | -7,533.00 | -7,533.00 |
| Check | 09/19/2019 | Auto | Washington Trust B... | X | -3,500.00 | -11,033.00 |
| Check | 09/19/2019 | Auto | L . C | X | -100.00 | -11,133.00 |
| Check | 09/19/2019 | Auto | C ..... D | X | -100.00 | -11,233.00 |
| Deposit | 09/30/2019 | | Washington Trust B... | X | -7,000.00 | -18,233.00 |
| | | | | | | |
| Total Checks and Payments | | | | | -18,233.00 | -18,233.00 |
| | | | | | | |
| **Deposits and Credits - 4 items** | | | | | | |
| General Journal | 09/19/2019 | 1 | | X | 9,596.10 | 9,596.10 |
| General Journal | 09/19/2019 | 1 | | X | 13,087.42 | 22,683.52 |
| Deposit | 09/30/2019 | | | X | 5,292.52 | 27,976.04 |
| Deposit | 09/30/2019 | | | X | 5,716.41 | 33,692.45 |
| | | | | | | |
| Total Deposits and Credits | | | | | 33,692.45 | 33,692.45 |
| | | | | | | |
| Total Cleared Transactions | | | | | 15,459.45 | 15,459.45 |
| | | | | | | |
| Cleared Balance | | | | | 15,459.45 | 15,459.45 |
| | | | | | | |
| Register Balance as of 09/30/2019 | | | | | 15,459.45 | 15,459.45 |
| | | | | | | |
| **Ending Balance** | | | | | **15,459.45** | **15,459.45** |

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | September 19, 2019 |
| Statement End | September 30, 2019 |
| Account Number | 1015 |
| Total Days in Statement Period | 12 |
| Page | 1 of 3 |

  

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #19-01069
1720 E SENDERO LN
BOISE ID 83712-6628

 **Thank you**
for being a valued Washington Trust Bank client.

---

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1015 | $15,459.45 |

---

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING                                    Account # 1015

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Ledger | $11,784.59 |
| + Deposits/Credits (4) | $33,692.45 | Average Collected | $10,702.31 |
| - Checks/Debits (5) | $18,233.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $15,459.45 | | |

### Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 9/19 | DEPOSIT | | 9,596.10 | |
| 9/19 | DEPOSIT | | 13,087.42 | |
| 9/19 | Transf to Checking 919190990 | 761 Confirmation number | | 100.00 |

MEMBER FDIC 

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | September 19, 2019 |
| Statement End | September 30, 2019 |
| Account Number | 015 |
| Total Days in Statement Period | 12 |
| Page | 2 of 3 |

   

## Activity in Date Order

| Date | Description | | Additions | Subtractions |
|------|-------------|---|-----------|--------------|
| 9/19 | Transf to Checking 919190991 | 787 Confirmation number | | 100.00 |
| 9/19 | Transf to SIMPCKG 919190995 | 0991 Confirmation number | | 3,500.00 |
| 9/19 | Transf to SIMPCKG 919190999 | 1007 Confirmation number | | 7,533.00 |
| 9/30 | EDIPYMENTS CliftonLarso-OSV William Dempsey 001DYF PPD | | 5,292.52 | |
| 9/30 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 001Dgn PPD | | 5,716.41 | |
| 9/30 | Transf to SIMPCKG 0991 Household Account for Bills Confirmation number 930194730 | | | 7,000.00 |

## Daily Balance Information

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 9/19 | 11,450.52 | 9/30 | 15,459.45 |

MEMBER
**FDIC**

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

| | |
|---|---|
| Case No. | 19-01069-JMM |
| Debtor | WILLIAM & AMY DEMPSEY |

Report Month/Year Sep-19

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | 1 Unpaid post-petition taxes from prior reporting month | 2 Post-petition taxes accrued this month (new obligations) | 3 Post-petition tax payments made this reporting month | 4 Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other: | | | | 0 |
| Total unpaid post-petition taxes | | | | 0 |

### Payments to Attorneys and Other Professionals (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### Payments to Principals of Debtor and Other Insiders (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | Farm Bureau | 500,000.00 | 8/5/2020 | Oct-19 |
| Property (fire, theft, etc.) | Farm Bureau | Replacement Cost | 8/5/2020 | Oct-19 |
| Vehicle | Farm Bureau | Replacement Cost | 8/5/2020 | Oct-19 |
| Excess Liability | Farm Bureau | 1,000,000.00 | 8/5/2020 | Oct-19 |
| Residence | Farm Bureau | Replacement Cost | 8/5/2020 | 8/5/2020 |
| *If any policies were renewed or replaaced during reporting period, attach new certificate of insurance.* | | | | |

United States Trustee-District of Idaho

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

| | | |
|---|---|---|
| Case No. | 19-01069-JMM | Report Month/Year Sep-19 |
| Debtor | WILLIAM & AMY DEMPSEY | |

### Accounts Receivable Aging Summary (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables | | | | | 0 |
| Post-petition receivables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

### Post-Petition Accounts Payable Aging Summary (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables | | | | | 0 |
| Other Payables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

### Personnel Changes

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | | |
| Number of employees at end of month | | |

### Other Information

| | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts** Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | | ☑ |
| **Sale of Assets** Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchase, sale price, net proceeds received, and date of court approval.* | | ☑ |
| **Post-Petition Financing** Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | | ☑ |

### Narrative

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

| |
|---|
| |
| |
| |
| |
| |