

**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | August 22, 2019 |
| Statement End | September 23, 2019 |
| Account Number | 738 |
| Total Days in Statement Period | 33 |
| Page | 1 of 4 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
1720 E SENDERO LN
BOISE ID 83712-6628



for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| PREFERRED CHECKING | ** 1    738 | $.00 |

**Closed Account - Final Statement

## CHECKING ACCOUNTS

### PREFERRED CHECKING                                                Account #'    738

| | | | |
|---|---|---|---|
| Beginning Balance | $6,813.46 | Average Ledger | $6,937.86 |
| + Deposits/Credits (7) | $14,875.09 | Average Collected | $6,932.92 |
| - Checks/Debits (30) | $21,688.55 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | 2019 Interest Paid | $4.76 |
| Ending Balance | $0.00 | | |

### Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 8/22 | Bill Paid-BOISE CITY UTILITY C onf #336 | | 128.28 |
| 8/23 | CK-WTH    Idaho Central Cr William Dempsey PPD | | 500.00 |
| 8/30 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 0018dn PPD | 5,174.70 | |



3455    rev 09-17



Statement of Account

| | |
|---|---|
| Statement Start | August 22, 2019 |
| Statement End | September 23, 2019 |
| Account Number | 738 |
| Total Days in Statement Period | 33 |
| Page | 2 of 4 |



P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578    watrust.com

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---:|---:|
| 9/03 | ATM SERVICE CHARGE REVERSAL | 3.50 | |
| 9/03 | 222 SOUTH B 222 SOUTH BROADWAY ATM W/D 1854 08/30/19         Boise       ID C#8669 | | 43.50 |
| 9/03 | CREDITCARD BARCLAYCARD US WILLIAM DEMPSEY            WEB | | 1,000.00 |
| 9/04 | Transf to Checking       787 Confirmation number 904192614 | | 100.00 |
| 9/06 | Bill Paid-INTERMOUNTAIN GAS CO MPANY Conf #337 | | 16.60 |
| 9/06 | CREDITCARD BARCLAYCARD US AMY DEMPSEY         WEB | | 250.00 |
| 9/09 | FB INS PMT FARM BUREAU MUTU William Edward Dempsey FBBC*****4001 PPD | | 204.08 |
| 9/11 | DEPOSIT | 263.12 | |
| 9/12 | AUTOMATIC LOAN PAYMENT Acct No.          036 | | 1,407.09 |
| 9/13 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 001BvL PPD | 5,907.35 | |
| 9/13 | Bill Paid-CHASE MASTERCARD AND  VISA Conf #338 | | 200.00 |
| 9/13 | Bill Paid-COSTCO ANYWHERE CARD  US Conf #339 | | 429.62 |
| 9/16 | AUTOMATIC LOAN PAYMENT Acct No.          563 | | 1,175.32 |
| 9/16 | ONLINE PMT BANK OF AMERICA DEMPSEY,WILLIAM CKF          POS WEB | | 300.00 |
| 9/17 | Transf to Checking      :761 Confirmation number 917190467 | | 200.00 |
| 9/17 | Transf to Checking       787 Confirmation number 917190469 | | 300.00 |
| 9/17 | Bill Paid-IDAHO POWER COMPANY Conf #340 | | 327.01 |
| 9/18 | Trsf from SMM        8788 Confirmation number 918190226 | 3,015.29 | |
| 9/18 | Trsf from Checking      :761 Confirmation number 918190229 | 301.91 | |
| 9/18 | Trsf from Checking      :787 Confirmation number 918190230 | 209.22 | |
| 9/18 | U.S. BANK US BANK MERIDIAN C ATM W/D 1943 09/17/19 00001945 MERIDIAN     ID C#8669 | | 300.00 |
| 9/18 | WITHDRAWAL | | 500.00 |
| 9/18 | WITHDRAWAL | | 11,644.10 |
| 9/19 | 001 DEBTORC JERSEY CITY   NJ C#8669 DBT CRD 0831 09/17/19 87116357 | | 14.95 |





Statement of Account

| | |
|---|---|
| Statement Start | August 22, 2019 |
| Statement End | September 23, 2019 |
| Account Number | 738 |
| Total Days in Statement Period | 33 |
| Page | 3 of 4 |

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578    watrust.com



## Checks Posted

| Check No | Date | Amount | Check No | Date | Amount |
|---|---|---|---|---|---|
| 5621 | 8/27 | 26.00 | 5629 | 9/03 | 275.00 |
| 5625* | 8/23 | 250.00 | 5630 | 9/11 | 500.00 |
| 5626 | 8/27 | 23.00 | 5631 | 9/06 | 112.00 |
| 5627 | 8/23 | 112.00 | 5632 | 9/11 | 900.00 |
| 5628 | 8/23 | 175.00 | 5633 | 9/16 | 275.00 |

*Denotes gap in check sequence*

Total Checks = $2,648.00

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/22 | 6,685.18 | 9/04 | 9,358.88 | 9/13 | 11,509.96 |
| 8/23 | 5,648.18 | 9/06 | 8,980.28 | 9/16 | 9,759.64 |
| 8/27 | 5,599.18 | 9/09 | 8,776.20 | 9/17 | 8,932.63 |
| 8/30 | 10,773.88 | 9/11 | 7,639.32 | 9/18 | 14.95 |
| 9/03 | 9,458.88 | 9/12 | 6,232.23 | 9/19 | .00 |

## Interest Rate Summary

| Date | Rate | Date | Rate |
|---|---|---|---|
| 8/21 | 0.100000% | 9/17 | 0.050000% |



## To Reconcile Your Account

| Transactions | Amount | Transactions | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total |  |

List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement).

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | − | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | − | |
| *Current Available Balance | $ | |

*THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below.

### If Your Statement and Checkbook Do Not Agree

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

### In Case of Irregularities on This Statement

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

### In Case of Errors or Questions About Electronic Funds Transfers

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

> 800.788.4578 or write
> Washington Trust Bank, Priority Service
> P.O. Box 2127
> Spokane, WA 99210-2127



**Washington Trust Bank**
P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | September 3, 2019 |
| Statement End | September 30, 2019 |
| Account Number | 788 |
| Total Days in Statement Period | 28 |
| Page | 1 of 3 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
1720 E SENDERO LN
BOISE ID 83712-6628



# Thank you
for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| PREFERRED MONEY MARKET | ** 788 | $.00 |

**Closed Account - Final Statement

## SAVINGS ACCOUNTS

**PREFERRED MONEY MARKET**                                   Account #:    788

| | | | |
|---|---|---|---|
| Beginning Balance | $3,015.29 | Average Ledger | $1,615.33 |
| + Deposits/Credits (0) | $0.00 | Average Collected | $1,615.33 |
| - Checks/Debits (1) | $3,015.29 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | 2019 Interest Paid | $3.90 |
| Ending Balance | $0.00 | | |

### Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 9/18 | Transf to Checking 918190226 | 738 Confirmation number | | 3,015.29 |



MEMBER
FDIC

3455    rev 09-17

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578    watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | September 3, 2019 |
| Statement End | September 30, 2019 |
| Account Number | 788 |
| Total Days in Statement Period | 28 |
| Page | 2 of 3 |

   

## Daily Balance Information

| Date | Balance | Date | Balance |
|---|---|---|---|
| 9/03 | 3,015.29 | 9/18 | .00 |

## Interest Rate Summary

| Date | Rate |
|---|---|
| 9/02 | 0.150000% |



## To Reconcile Your Account

| Transactions | Amount | Transactions | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement).

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | − | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | − | |
| *Current Available Balance | $ | |

*THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below.

### If Your Statement and Checkbook Do Not Agree

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

### In Case of Irregularities on This Statement

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

### In Case of Errors or Questions About Electronic Funds Transfers

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

    800.788.4578 or write
    Washington Trust Bank, Priority Service
    P.O. Box 2127
    Spokane, WA 99210-2127



# ZIONS BANK.
P.O. Box 30709, Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 5
This Statement: September 18, 2019
Last Statement: August 16, 2019

Primary Account    177

0043761    1662-06-0000-ZFN-PG0030-00002

WILLIAM DEMPSEY
AMY DEMPSEY
1720 E SENDERO LN
BOISE ID 83712-6628

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

zionsbank.com

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Anytime Interest Checking | 177 | $13,129.39 | |

## ANYTIME INTEREST CHECKING    177    712  2

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 38,103.63 | 10,033.25 | 24,192.75 | 10,814.74 | 13,129.39 |

### 3 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 08/30 | 4,841.48 | CliftonLarso-OSV EDIPYM ****Qm REF # 019240006042154  1121363709 |
| 09/13 | 5,189.80 | CliftonLarso-OSV EDIPYM ***BVM REF # 019255006073877  1121045254 |
| 09/18 | 1.97 | INTEREST PAYMENT |

### 5 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 09/03 | 7,100.35 | CAPITAL ONE ONLINE PMT REF # 019246007821145  1127842601 |
| 09/03 | 11,970.43 | BARCLAYCARD US CREDITCARD REF # 019246008286052  1127941816 |
| 09/04 | 123.00 | 24906417N29GHKNZY EF Education First 800-6655364 MA  1222844119 |
| 09/13 | 4,548.97 | BARCLAYCARD US CREDITCARD REF # 019256006912511  1121129638 |
| 09/16 | 450.00 | ONLINE XFER TO DDA DEMPSEY,WILL ID: 000009539  232471 3033 |

### 2 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 0 | 09/17 | 7,506.00 | 1197* | 09/16 | 3,308.74 |

* Not in check sequence

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.



A division of Zions Bancorporation, N.A. Member FDIC

0043761-0000001-0098444

# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

Page 3 of 5
September 18, 2019
WILLIAM DEMPSEY
177

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/30 | 42,945.11 | 09/13 | 24,392.16 | 09/17 | 13,127.42 |
| 09/03 | 23,874.33 | 09/16 | 20,633.42 | 09/18 | 13,129.39 |
| 09/04 | 23,751.33 | | | | |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $1.97 | Number Of Days This Interest Period | 33 |
| Interest Paid Year-To-Date 2019 | $12.43 | Annual Percentage Yield Earned | 0.07% |





Processed 09/17/19    $7506.00



Processed 09/16/19    $3308.74    Ch# 1197

0043761-0000003-0098446

# ZIONS BANK®

P.O. Box 30709, Salt Lake City, UT 84130-0709

0020574  1691-06-0000-ZFN-PG0023-00002

WILLIAM DEMPSEY
AMY DEMPSEY
1720 E SENDERO LN
BOISE ID 83712-6628

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

zionsbank.com

WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Anytime Interest Checking | 177 | $0.00 | |

## ANYTIME INTEREST CHECKING    177                                                          712   2

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 13,129.39 | 0.00 | 0.00 | 13,129.39 | 0.00 |

### 0 DEPOSITS/CREDITS
There were no transactions this period.

### 0 CHARGES/DEBITS
There were no transactions this period.

### 2 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 0 | 09/19 | 13,087.42 | 0* | 09/27 | 41.97 |

* Not in check sequence

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

### DAILY BALANCES

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09/19 | 41.97 | 09/27 | 0.00 |

# ZIONS BANK.
P.O. Box 30709, Salt Lake City, UT 84130-0709

Page 3 of 5
October 17, 2019
WILLIAM DEMPSEY
177

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.00 | Number Of Days This Interest Period | 29 |
| Interest Paid Year-To-Date 2019 | $12.43 | Annual Percentage Yield Earned | 0.00% |



Processed 09/19/19     $13087.42

Processed 09/27/19     $41.97

0020574-0000003-0045987