D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK PC
1509 Tyrell Lane, Suite 180
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
        jeffrey@dbclarklaw.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II, and<br>AMY D. DEMPSEY.<br><br>Debtors. | Chapter 11 |

## MOTION TO WITHDRAW AS DEBTORS' ATTORNEY

COMES NOW Debtors' counsel, the Law Office of D. Blair Clark, PC, by and through

its associate attorney, Jeffrey P. Kaufman, and hereby moves the Court for the entry of an order

allowing granting Debtors' counsel to withdraw as attorney of record for the debtors.

This Motion is made and based on the Affidavit of Jeffrey P. Kaufman filed herewith and

upon the records, papers and filed in the above entitled action.  A proposed order approving this

Motion is attached hereto.

Dated this 22nd day of November, 2019.     LAW OFFICE OF D. BLAIR CLARK, PC

By: _/s/ Jeffrey P. Kaufman_____
        Jeffrey P. Kaufman,
        Of the Firm

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 22nd day of November, 2019, I served a true and correct copy of the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.
rfaucher@hollandhart.com

Trevor L Hart on behalf of Creditor Washington Trust Bank
tlh@perrylawpc.com

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**None**

    */s/ Jeffrey P. Kaufman*
Jeffrey P. Kaufman