D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK PC
1509 Tyrell Lane, Suite 180
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
jeffrey@dbclarklaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re:<br><br>WILLIAM E. DEMPSEY, II, and<br>AMY D. DEMPSEY.<br><br>Debtors. | Case No. 19-01069-JMM<br><br>Chapter 11 |
|---|---|

### AFFIDAVIT OF JEFFREY P. KAUFMAN IN SUPPORT OF MOTION TO WITHDRAW AS DEBTORS' ATTORNEY

STATE OF IDAHO         )
                       ) ss
COUNTY OF ADA          )

Jeffrey P. Kaufman, first being duly sworn on oath, deposes and says:

**1.** That your affiant is an attorney with the Law Office of D. Blair Clark, PC.

**2.** That the Law Office of D. Blair Clark, PC was retained by the debtors, Bill and Amy Dempsey, for the purposes of representing them in their endeavors to reorganize under Chapter 11.

      **3.**      That my office assisted in the preparation and filing of the debtors' chapter 11 petition and related documents on September 17, 2019. Contemporaneously with the filing of the debtors' petition, I filed on behalf of my office an application for approval of my firm's employment by the bankruptcy estate. *See* Docket No. 9.

      **4.**      That On October 11, 2019, Brunobuilt, Inc. objected to my firm's application on the basis a conflict of interest exists between my firm and the debtors due to its principal consulting with D. Blair Clark in 2017 regarding his and Brunobuilt, Inc.'s issues begotten by a conflict with the debtors. An evidentiary hearing on my firm's application was held on November 21st, at which the Court sustained the objection and denied my firm's application due to the existence of a conflict.

      **5.**      That due to the existence of the conflict of interest, the Idaho Rules of Professional Conduct require that I withdraw as the attorney for Debtors.

      **6.**      That it is my understanding that while the Court denied my firm's application to be employed by the debtors-in-possession as the attorney for the bankruptcy estate, it did not approve or order my withdrawal as attorney for Debtors, in their individual capacity, exclusive of the bankruptcy estate.

//

//

//

//

7.  That for the forgoing reasons, I believe this motion is necessary to procure approval for my withdrawal as well as to afford the debtors the LBR 9010.1(f) reprieve.

By: _____/s/ Jeffrey P. Kaufman_____
Jeffrey P. Kaufman

SUBSCRIBED AND SWORN to before me this 22nd day of November, 2019.

[Notary stamp: MARY BETH CHRISTY, NOTARY PUBLIC - STATE OF IDAHO, COMMISSION NUMBER 68488, MY COMMISSION EXPIRES 9-25-2023]

_____Mary Beth Christy_____
Notary Public for Idaho
Residing at: Boise, ID
My commission expires: 9/25/23

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2019, I served a true and correct copy of the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

 Brett R Cahoon on behalf of U.S. Trustee US Trustee
 ustp.region18.bs.ecf@usdoj.gov

 Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.
 rfaucher@hollandhart.com

 Trevor L Hart on behalf of Creditor Washington Trust Bank
 tlh@perrylawpc.com

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

 Via first class mail, postage prepaid addressed as follows:

**None**

          */s/ Jeffrey P. Kaufman*
          Jeffrey P. Kaufman