D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK PC
1509 Tyrell Lane, Suite 180
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
jeffrey@dbclarklaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY. | Chapter 11 |
| Debtors. | |

**MOTION TO SHORTEN TIME FOR HEARING ON
MOTION TO WITHDRAW AS DEBTORS' ATTORNEY**

COMES NOW the Jeffrey P. Kaufman, of the Law Office of D. Blair Clark, PC, Attorney for Debtors (hereinafter, "The Firm"), and hereby moves the Court to allow hearing on The Firm's pending Motion to Withdraw as Debtors' Attorney, to occur on December 3, 2019 at 9:00 am.  This date and time have been arranged with the Court's calendar clerk.

This Motion is made due to the urgency of The Firm to withdraw.

Dated this 22nd day of November, 2019.    LAW OFFICE OF D. BLAIR CLARK, PC

By: /s/ Jeffrey P. Kaufman
Jeffrey P. Kaufman,
Of the Firm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2019, I served a true and correct copy of the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Brett R Cahoon on behalf of U.S. Trustee US Trustee
    ustp.region18.bs.ecf@usdoj.gov

    Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.
    rfaucher@hollandhart.com

    Trevor L Hart on behalf of Creditor Washington Trust Bank
    tlh@perrylawpc.com

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

**None**

                                                 /s/ Jeffrey P. Kaufman
                                                   Jeffrey P. Kaufman