# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II and<br>AMY D. DEMPSEY, | Chapter 11 |
| Debtors. | |

**ORDER DENYING DEBTORS' APPLICATION TO EMPLOY COUNSEL**

THIS MATTER having come before the Court on the Application of Debtor-in-Possession for Leave to Employ Counsel filed on September 17, 2019 (Dkt. 9) (the "Application"); and

BrunoBuilt, Inc. having filed its Objection to Debtors' Motion to Employ Attorney on October 11, 2019 (Dkt. 23) (the "Objection"); and

There having been an evidentiary hearing on the Application and the Objection before the Court on November 21, 2019, followed by argument (the "Hearing"); and

Good cause appearing therefor,

IT IS HEREBY ORDERED AND THIS DOES ORDER that Debtors' Application to Employ Counsel is hereby DENIED for the reasons stated in the Court's oral ruling at the Hearing.

DATED:  November 26, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER DENYING DEBTORS' APPLICATION TO EMPLOY COUNSEL - 1

Submitted by:

Robert A. Faucher
Christopher C. McCurdy
HOLLAND & HART LLP

Attorneys for BrunoBuilt, Inc.


AGREED as a matter of form:

Law Office of D. Blair Clark, P.C.
     /s/ Jeffrey P. Kaufman
By:    Jeffrey P. Kaufman, of the firm
Attorneys for Debtors


AGREED as a matter of form:

Gregory M. Garvin,
Acting United States Trustee
     /s/ Brett R. Cahoon
By:    Brett R. Cahoon, Trial Attorney


ORDER DENYING DEBTORS' APPLICATION TO EMPLOY COUNSEL - 2