## CHAPTER 11 MONTHLY OPERATING REPORT

Case No.  19-01069-JMM                          Report Month/Year  Nov-19

Debtor    WILLIAM & AMY DEMPSEY

---

This report is due 21 days after the end of the month.  Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement.  The report must be filed with the Court.

---

The debtor has provided the following with this monthly operating report:

| | | Yes | No |
|---|---|---|---|
| UST-2A | **Comparative Balance Sheet** | | ☑ |
| UST-2B | **Comparative Income Statement** | ☑ | |
| UST-2C | **Cash Receipts and Disbursements Statement** | ☑ | |
| | **UST-2C Continuation Sheet for Each Account** | ☑ | |
| | **Detailed List of Receipts and Disbursements for Each Account** | ☑ | |
| | **Bank Statement for Each Account** | ☑ | |
| | **Bank Reconciliation for Each Account** | ☑ | |
| UST-2D | **Supplemental Information** | | ☑ |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date:  **12/15/2019**

Name:  WILLIAM DEMPSEY

Signature:

Title:  DEBTOR IN POSSESSION

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**
**(Non-Business Debtor)**

Case No.  19-01069-JMM                          Report Month/Year _____ Nov-19
Debtor    WILLIAM & AMY DEMPSEY

|  | Current Month | Total Post-Petition |
|---|---|---|
| **CASH INCOME** | **See attached QuickBooks report** | |
| Net W | | |
| Renta | | |
| Sale o | | |
| Post-F | | |
| Other: | | |
| Other: | | |
| **TOTAL CASH IN** | | 0 |
| **CASH EXPENSE** | | |
| Auto L | | |
| Dome | | |
| Insura | | |
| Mortga | | |
| Other | | |
| Perso | | |
| Rent | | |
| Profes | | |
| UST C | | |
| ##### | | |
| Other: | | |
| **TOTAL CASH EX** | | 0 |
| **NET CASH INCO** | | 0 |

United States Trustee-District of Idaho

UST-2B
Non-Business
December 2017

**6:47 PM**

**12/14/19**

**Accrual Basis**

**William and Amy Dempsey**
## Profit & Loss
**November 2019**

|  | Nov 19 | 9.17.19-Nov 19 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000 · Wages** | | |
| 4002 · Wages - Bill | 15,900.00 | 39,750.00 |
| 4004 · Wages - Amy | 16,458.34 | 41,145.85 |
| **Total 4000 · Wages** | 32,358.34 | 80,895.85 |
| 4100 · Reimbursed Business Expenses | 744.52 | 1,328.33 |
| **Total Income** | 33,102.86 | 82,224.18 |
| **Cost of Goods Sold** | | |
| **5000 · Payroll Deductions** | | |
| 5100 · Social Security | 0.00 | 185.21 |
| 5102 · Medicare | 460.86 | 1,259.30 |
| 5104 · Federal Withholding | 4,454.14 | 11,135.35 |
| 5106 · State Withholding | 1,608.00 | 4,017.00 |
| 5108 · 401K Contribution | 3,235.84 | 8,089.60 |
| 5110 · Dental Insurance | 74.78 | 186.95 |
| 5112 · Health Spending Account | 400.00 | 1,000.00 |
| 5114 · Medical Insurance | 215.00 | 430.00 |
| **Total 5000 · Payroll Deductions** | 10,448.62 | 26,303.41 |
| **Total COGS** | 10,448.62 | 26,303.41 |
| **Gross Profit** | 22,654.24 | 55,920.77 |
| **Expense** | | |
| 6000 · Groceries | 704.84 | 3,695.72 |
| 6002 · Bank Fees | 3.47 | 3.47 |
| 6004 · Insurance | 208.96 | 413.04 |
| 6008 · HOA Dues | 0.00 | 600.00 |
| 6011 · Home Repairs and Maintenance | 558.76 | 1,511.63 |
| **6012 · Utilities** | | |
| 6013 · Gas | 57.05 | 73.13 |
| 6014 · Power | 128.36 | 300.85 |
| 6015 · Water | 84.67 | 714.18 |
| 6016 · Sewer and Trash | 0.00 | 132.56 |
| 6017 · Cellular Phone | 650.38 | 959.16 |
| **Total 6012 · Utilities** | 920.46 | 2,179.88 |
| 6018 · Clothing | 901.23 | 1,106.17 |
| 6019 · Charitable Contributions | 0.00 | 100.00 |
| 6020 · Kids School and Recreation | 1,305.08 | 3,326.60 |
| 6024 · Internet | 80.00 | 240.00 |
| 6026 · Cable | 75.97 | 227.42 |
| 6028 · Hair and Beauty Care | 267.86 | 856.61 |
| 6029 · Drycleaning | 0.00 | 60.30 |
| 6030 · Healthcare | 93.00 | 136.59 |
| 6032 · Prescriptions | 31.92 | 81.66 |
| 6035 · Auto Maintenance | 0.00 | 1,715.31 |
| 6036 · Gas, Parking, Uber | 213.83 | 522.89 |
| 6037 · Miscellaneous | 91.55 | 136.83 |
| 6038 · Meals | 1,688.27 | 2,003.74 |
| 6039 · Entertainment | 124.20 | 371.71 |
| 6040 · Travel | 1,011.05 | 1,775.57 |
| 6042 · Trustee Fees | 0.00 | 325.00 |
| **Total Expense** | 8,280.45 | 21,390.14 |
| **Net Ordinary Income** | 14,373.79 | 34,530.63 |

6:47 PM

**William and Amy Dempsey**

## Profit & Loss

12/14/19

### November 2019

Accrual Basis

| | Nov 19 | 9.17.19 - Nov 19 |
|---|---|---|
| **Other Income/Expense** | | |
| **Other Expense** | | |
| 7200 · Reimbursable Business Expenses | 354.33 | 1,073.21 |
| **Total Other Expense** | 354.33 | 1,073.21 |
| **Net Other Income** | -354.33 | -1,073.21 |
| **Net Income** | **14,019.46** | **33,457.42** |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

Case No.  19-01069-JMM                      Report Month/Year _____ Nov-19

Debtor      WILLIAM & AMY DEMPSEY

| SUMMARY | | Current Month | | Total Post-Petition |
|---|---|---|---|---|
| **Beginning cash balance, per Debtor's books (all acccounts)** | $ | 42,700.63 | $ | |
| **Total cash receipts**<br>(from UST-2C continuation sheets) | | 40,894.24 | | |
| **Total cash disbursements**<br>from (UST-2C continuation sheets) | | 26,874.78 | | |
| **Net cash flow**<br>(Total cash receipts less total cash disbursements) | $ | 14,019.46 | | 0 |
| **Ending cash balance, per Debtor's books (all accounts)** | $ | 56,720.09 | $ | 0 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

United States Trustee-District of Idaho

## CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No.   19-01069-JMM                                        Report Month/Year _____ Nov-19
Debtor     WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**   Washington Trust Bank
**Account number:**              991

**Beginning cash balance, per Debtor's books**          $           552.97

Add:       Transfers in from other estate bank accounts          18,240.00
           Cash receipts deposited to this account          _____

Subtract:  Transfers out to other estate bank accounts          _____
           **Cash disbursements** from this account          8,874.78

Adjustments, explanation:                                                -

**Net cash flow**                                        $         9,365.22
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**              $         9,918.19
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☑ | |
| ● Bank statement | ☑ | |
| ● Bank reconciliation | ☑ | |

**6:41 PM**

**12/14/19**

# William and Amy Dempsey
## Reconciliation Summary
### 1000 · WA Trust Household Acct-0991, Period Ending 11/30/2019

|  | Nov 30, 19 |
|---|---|
| **Beginning Balance** | 1,025.55 |
| **Cleared Transactions** | |
| **Checks and Payments - 96 items** | -9,347.36 |
| **Deposits and Credits - 5 items** | 18,240.00 |
| **Total Cleared Transactions** | 8,892.64 |
| **Cleared Balance** | **9,918.19** |
| **Register Balance as of 11/30/2019** | 9,918.19 |
| **Ending Balance** | 9,918.19 |

**William and Amy Dempsey**
# Reconciliation Detail
1000 · WA Trust Household Acct-0991, Period Ending 11/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | Highlighted items were accounted for on October 2019 report. The expenses did not clear on bank statement due to cutoff date. | | | 1,025.55 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 96 items** | | | | | | |
| Check | 10/30/2019 | 113 | Raquel Ruiz | X | -112.00 | -112.00 |
| Check | 10/30/2019 | 112 | Young Life | X | -100.00 | -212.00 |
| Check | 10/30/2019 | Auto | JD's Bodega | X | -35.58 | -247.58 |
| Check | 10/31/2019 | 114 | Shawn McKay | X | -225.00 | -472.58 |
| Check | 11/01/2019 | Auto | Colin Dempsey | X | -450.00 | -922.58 |
| Check | 11/01/2019 | Auto | Permagreen | X | -335.59 | -1,258.17 |
| Check | 11/01/2019 | Auto | Lauren Dempsey | X | -200.00 | -1,458.17 |
| Check | 11/01/2019 | Auto | Robin Arrowood | X | -132.00 | -1,590.17 |
| Check | 11/01/2019 | Auto | EF Tours | X | -123.00 | -1,713.17 |
| Check | 11/01/2019 | Auto | Dominos | X | -50.60 | -1,763.77 |
| Check | 11/01/2019 | Auto | Bittercreek | X | -45.43 | -1,809.20 |
| Check | 11/01/2019 | Auto | Other | X | -36.55 | -1,845.75 |
| Check | 11/01/2019 | Auto | Thomas Hammer | X | -4.45 | -1,850.20 |
| Check | 11/02/2019 | Auto | Rite Aid | X | -33.84 | -1,884.04 |
| Check | 11/02/2019 | Auto | McDonalds | X | -7.30 | -1,891.34 |
| Check | 11/04/2019 | Auto | Colin Dempsey | X | -70.00 | -1,961.34 |
| Check | 11/04/2019 | Auto | AT&T | X | -69.00 | -2,030.34 |
| Check | 11/04/2019 | Auto | Amazon | X | -58.74 | -2,089.08 |
| Check | 11/04/2019 | Auto | Apple ITunes | X | -2.19 | -2,091.27 |
| Check | 11/05/2019 | Auto | AT&T | X | -347.70 | -2,438.97 |
| Check | 11/05/2019 | Auto | Farm Bureau | X | -208.96 | -2,647.93 |
| Check | 11/05/2019 | Auto | AT&T | X | -189.68 | -2,837.61 |
| Check | 11/05/2019 | Auto | Lauren Dempsey | X | -50.00 | -2,887.61 |
| Check | 11/05/2019 | Auto | Edge Brewing | X | -44.12 | -2,931.73 |
| Check | 11/05/2019 | Auto | Rite Aid | X | -24.37 | -2,956.10 |
| Check | 11/05/2019 | 115 | Other | X | -7.55 | -2,963.65 |
| Check | 11/06/2019 | 116 | Shawn McKay | X | -275.00 | -3,238.65 |
| Check | 11/06/2019 | Auto | AT&T | X | -42.00 | -3,280.65 |
| Check | 11/06/2019 | Auto | AT&T | X | -42.00 | -3,322.65 |
| Check | 11/07/2019 | Auto | Alia's | X | -10.37 | -3,333.02 |
| Check | 11/07/2019 | Auto | Kindle | X | -9.99 | -3,343.01 |
| Check | 11/08/2019 | Auto | Colin Dempsey | X | -100.00 | -3,443.01 |
| Check | 11/08/2019 | Auto | Intermountain Gas C... | X | -57.05 | -3,500.06 |
| Check | 11/08/2019 | Auto | MSB Boise | X | -32.49 | -3,532.55 |
| Check | 11/08/2019 | Auto | Alaska Airlines | X | -30.00 | -3,562.55 |
| Check | 11/08/2019 | Auto | Other | X | -17.27 | -3,579.82 |
| Check | 11/08/2019 | Auto | Uber | X | -11.89 | -3,591.71 |
| Check | 11/08/2019 | Auto | Colin Dempsey | X | -10.00 | -3,601.71 |
| Check | 11/11/2019 | 117 | Other | X | -37.10 | -3,638.81 |
| Check | 11/12/2019 | Auto | Colin Dempsey | X | -200.00 | -3,838.81 |
| Check | 11/12/2019 | Auto | Other | X | -132.21 | -3,971.02 |
| Check | 11/12/2019 | Auto | Idaho Liquor | X | -99.43 | -4,070.45 |
| Check | 11/12/2019 | Auto | Idaho Pizza Company | X | -65.29 | -4,135.74 |
| Check | 11/12/2019 | Auto | Other | X | -38.97 | -4,174.71 |
| Check | 11/12/2019 | Auto | Other | X | -32.00 | -4,206.71 |
| Check | 11/12/2019 | Auto | Alaska Airlines | X | -30.00 | -4,236.71 |
| Check | 11/12/2019 | Auto | Other | X | -29.38 | -4,266.09 |
| Check | 11/12/2019 | Auto | Amazon | X | -27.98 | -4,294.07 |
| Check | 11/13/2019 | 118 | Raquel Ruiz | X | -112.00 | -4,406.07 |
| Check | 11/13/2019 | 120 | Overland Dental | X | -93.00 | -4,499.07 |
| Check | 11/13/2019 | Auto | Shell | X | -59.99 | -4,559.06 |
| Check | 11/14/2019 | 119 | Shawn McKay | X | -225.00 | -4,784.06 |
| Check | 11/14/2019 | Auto | Idaho Power | X | -128.36 | -4,912.42 |
| Check | 11/14/2019 | Auto | Chipotle | X | -37.95 | -4,950.37 |
| Check | 11/18/2019 | Auto | Colin Dempsey | X | -300.00 | -5,250.37 |
| Check | 11/18/2019 | Auto | Lauren Dempsey | X | -200.00 | -5,450.37 |
| Check | 11/18/2019 | Auto | Rite Aid | X | -135.86 | -5,586.23 |
| Check | 11/18/2019 | Auto | Colin Dempsey | X | -100.00 | -5,686.23 |
| Check | 11/18/2019 | Auto | Other | X | -10.75 | -5,696.98 |
| Check | 11/19/2019 | Auto | Colin Dempsey | X | -100.00 | -5,796.98 |
| Check | 11/19/2019 | Auto | Lauren Dempsey | X | -100.00 | -5,896.98 |
| Check | 11/19/2019 | Auto | Other | X | -21.04 | -5,918.02 |
| Check | 11/20/2019 | Auto | Other | X | -475.20 | -6,393.22 |
| Check | 11/20/2019 | Auto | MSB Boise | X | -32.49 | -6,425.71 |
| Check | 11/20/2019 | Auto | Apple ITunes | X | -14.99 | -6,440.70 |
| Check | 11/20/2019 | Auto | Other | X | -10.97 | -6,451.67 |

6:42 PM

12/14/19

**William and Amy Dempsey**
# Reconciliation Detail
**1000 · WA Trust Household Acct-0991, Period Ending 11/30/2019**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 11/20/2019 | Auto | Costa Vida | X | -10.27 | -6,461.94 |
| Check | 11/21/2019 | Auto | Other | X | -112.35 | -6,574.29 |
| Check | 11/21/2019 | Auto | Uber | X | -38.49 | -6,612.78 |
| Check | 11/21/2019 | Auto | Amazon | X | -25.43 | -6,638.21 |
| Check | 11/21/2019 | Auto | American Airlines | X | -21.98 | -6,660.19 |
| Check | 11/21/2019 | Auto | Uber | X | -20.40 | -6,680.59 |
| Check | 11/21/2019 | Auto | Other | X | -19.55 | -6,700.14 |
| Check | 11/21/2019 | Auto | Uber | X | -11.77 | -6,711.91 |
| Check | 11/22/2019 | Auto | Other | X | -303.88 | -7,015.79 |
| Check | 11/22/2019 | Auto | Other | X | -186.69 | -7,202.48 |
| Check | 11/22/2019 | Auto | American Airlines | X | -160.00 | -7,362.48 |
| Check | 11/22/2019 | Auto | Diamond Heating & ... | X | -27.00 | -7,389.48 |
| Check | 11/22/2019 | Auto | Other | X | -14.03 | -7,403.51 |
| Check | 11/22/2019 | Auto | Lyft | X | -12.01 | -7,415.52 |
| Check | 11/25/2019 | Auto | Other | X | -1,125.85 | -8,541.37 |
| Check | 11/25/2019 | Auto | Other | X | -95.89 | -8,637.26 |
| Check | 11/25/2019 | Auto | Sparklight | X | -80.00 | -8,717.26 |
| Check | 11/25/2019 | Auto | Hulu | X | -75.97 | -8,793.23 |
| Check | 11/25/2019 | Auto | Amazon | X | -43.59 | -8,836.82 |
| Check | 11/25/2019 | Auto | Other | X | -28.89 | -8,865.71 |
| Check | 11/25/2019 | Auto | Other | X | -19.35 | -8,885.06 |
| Check | 11/25/2019 | Auto | Netflix | X | -15.99 | -8,901.05 |
| Check | 11/25/2019 | Auto | Lyft | X | -11.17 | -8,912.22 |
| Check | 11/27/2019 | Auto | Other | X | -202.00 | -9,114.22 |
| Check | 11/27/2019 | Auto | Suez Water Idaho | X | -84.67 | -9,198.89 |
| Check | 11/27/2019 | Auto | Other | X | -2.02 | -9,200.91 |
| Check | 11/29/2019 | Auto | Other | X | -85.00 | -9,285.91 |
| Check | 11/29/2019 | Auto | Other | X | -60.00 | -9,345.91 |
| Check | 11/29/2019 | Auto | Other | X | -0.85 | -9,346.76 |
| Check | 11/29/2019 | Auto | Other | X | -0.60 | -9,347.36 |
|  |  |  | **Total Checks and Payments** |  | -9,347.36 | -9,347.36 |
|  |  |  | **Deposits and Credits - 5 items** |  |  |  |
| Deposit | 11/01/2019 |  |  | X | 10,000.00 | 10,000.00 |
| Deposit | 11/13/2019 |  |  | X | 40.00 | 10,040.00 |
| Deposit | 11/18/2019 |  |  | X | 200.00 | 10,240.00 |
| Deposit | 11/19/2019 |  |  | X | 3,000.00 | 13,240.00 |
| Deposit | 11/25/2019 |  |  | X | 5,000.00 | 18,240.00 |
|  |  |  | **Total Deposits and Credits** |  | 18,240.00 | 18,240.00 |
|  |  |  | **Total Cleared Transactions** |  | 8,892.64 | 8,892.64 |
|  |  |  | **Cleared Balance** |  | 8,892.64 | 9,918.19 |
|  |  |  | Register Balance as of 11/30/2019 |  | 8,892.64 | 9,918.19 |
|  |  |  | **Ending Balance** |  | **8,892.64** | **9,918.19** |

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 1,2019 |
| Statement End | December 1,2019 |
| Account Number | 1000900991 |
| Total Days in Statement Period | 31 |
| Page | 1 of 7 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #1901069
1720 E SENDERO LN
BOISE ID 83712-6628



## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1000900991 | $9,918.19 |

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING                                              Account #1000900991

| | | | |
|---|---|---|---|
| Beginning Balance | $1,025.55 | Average Ledger | $8,196.88 |
| + Deposits/Credits (5) | $18,240.00 | Average Collected | $8,196.88 |
| - Checks/Debits (101) | $9,347.36 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $9,918.19 | | |

### Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/01 | Trsf from SIMPCKG        1015 Living Expenses for November Confirmation number 1101193027 | 10,000.00 | |
| 11/01 | JDS BODEGA BOISE        ID C#6171 DBT CRD 1612 10/30/19 63466808 | | 35.58 |

3455    rev 09-17



 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 1, 2019 |
| Statement End | December 1, 2019 |
| Account Number | 1000900991 |
| Total Days in Statement Period | 31 |
| Page | 2 of 7 |

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/01 | SQ *ROBIN A Boise        ID C#6189 DBT CRD 1915 10/31/19 09173581 | | 132.00 |
| 11/01 | Transf to Checking        32761 Confirmation number 1101193042 | | 450.00 |
| 11/01 | Transf to Checking        32787 Monthly Allowance Confirmation number 1101193045 | | 200.00 |
| 11/04 | AMAZON.COM* AMAZON.COM POS DEB 1826 11/03/19 D4QO9FUL SEATTLE        WA C#6189 | | 58.74 |
| 11/04 | APPLE.COM/B 866-712-7753 CA C#6171 DBT CRD 1323 11/03/19 98290487 | | 2.19 |
| 11/04 | THOMAS HAMM BOISE        ID C#6171 DBT CRD 1031 11/01/19 58632098 | | 4.45 |
| 11/04 | MCDONALD S BOISE        ID C#6189 DBT CRD 1605 11/02/19 59554200 | | 7.30 |
| 11/04 | RITE AID ST BOISE        ID C#6171 DBT CRD 1337 11/02/19 70370683 | | 33.84 |
| 11/04 | MONOPRICE, 877-271-2592 CA C#6171 DBT CRD 1213 11/02/19 20253878 | | 36.55 |
| 11/04 | BITTERCREEK BOISE        ID C#6171 DBT CRD 1402 11/01/19 85736439 | | 45.43 |
| 11/04 | DOMINO S 73 208-343-0793 ID C#6171 DBT CRD 1850 10/31/19 58463130 | | 50.60 |
| 11/04 | AT&T SM84 5 BOISE        ID C#6171 DBT CRD 1521 11/03/19 68773195 | | 69.00 |
| 11/04 | EF Educatio 800-6655364   MA C#6189 DBT CRD 0302 11/02/19 89233643 | | 123.00 |
| 11/04 | PERMA GREEN 208-322-1600  ID C#6189 DBT CRD 1251 11/02/19 43191517 | | 335.59 |
| 11/04 | Transf to Checking        32761 Cash $50 &amp; $20 Breakfast Confirmation number 1104192138 | | 70.00 |
| 11/05 | RITE AID ST BOISE        ID C#6171 DBT CRD 1822 11/04/19 13789108 | | 24.37 |
| 11/05 | EDGE BREWIN BOISE        ID C#6171 DBT CRD 1620 11/03/19 04055977 | | 44.12 |
| 11/05 | AT&T SM84 5 BOISE        ID C#6171 DBT CRD 1502 11/03/19 57338084 | | 189.68 |
| 11/05 | AT&T*BILL P 800-331-0500  TX C#6171 DBT CRD 1616 11/04/19 01891882 | | 347.70 |
| 11/05 | Transf to Checking        32787 Charlette?s Birthday present. Confirmation number 1105192060 | | 50.00 |
| 11/06 | AT&T DF ZSM WWW.ATT.COM   ID C#6171 DBT CRD 1450 11/04/19 50387450 | | 42.00 |

MEMBER
FDIC


# Washington Trust Bank

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

**Statement of Account**

| | |
|---|---|
| Statement Start | November 1, 2019 |
| Statement End | December 1, 2019 |
| Account Number | 1000900991 |
| Total Days in Statement Period | 31 |
| Page | 3 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/06 | AT&T DF ZSM WWW.ATT.COM   ID C#6171 DBT CRD 1533 11/05/19 76361783 | | 42.00 |
| 11/07 | Kindle Unlt 866-321-8851  WA C#6189 DBT CRD 2059 11/07/19 07938380 | | 9.99 |
| 11/07 | ALIAS COFFE BOISE      ID C#6171 DBT CRD 0935 11/06/19 61243237 | | 10.37 |
| 11/07 | Bill Paid-INTERMOUNTAIN GAS CO MPANY Conf #347 | | 57.05 |
| 11/07 | FB INS PMT FARM BUREAU MUTU William Dempsey II FBBC*****4001 PPD | | 208.96 |
| 11/08 | UBER TECHNO 866-576-1039  CA C#6171 DBT CRD 1206 11/07/19 51761889 | | 3.00 |
| 11/08 | UBER TECHNO 866-576-1039  CA C#6171 DBT CRD 1144 11/07/19 38965860 | | 8.89 |
| 11/08 | DELI AT THE BOISE       ID C#6171 DBT CRD 1345 11/07/19 11147174 | | 17.27 |
| 11/08 | ALASKA AIR SEATTLE      WA C#6171 DBT CRD 1941 11/06/19 60724143 | | 30.00 |
| 11/08 | MSB BOISE C heavenerschoo ID C#6189 DBT CRD 1719 11/06/19 39476324 | | 32.49 |
| 11/08 | Transf to Checking      32761 Costa Vida Confirmation number 1108191795 | | 10.00 |
| 11/08 | Transf to Checking      32761 Shirts Confirmation number 1108191923 | | 100.00 |
| 11/12 | AMAZON.COM* AMAZON.COM POS DEB 0557 11/12/19 JHJWLL8B SEATTLE      WA C#6171 | | 27.98 |
| 11/12 | BOISE AIRPO BOISE       ID C#6171 DBT CRD 1544 11/07/19 82483994 | | 29.38 |
| 11/12 | ALASKA AIR SEATTLE      WA C#6171 DBT CRD 1546 11/09/19 84113209 | | 30.00 |
| 11/12 | AIRPORT PAR BOISE       ID C#6171 DBT CRD 1903 11/09/19 38234248 | | 32.00 |
| 11/12 | JASON S RES PUYALLUP      WA C#6171 DBT CRD 1204 11/08/19 50742395 | | 38.97 |
| 11/12 | IDAHO PIZZA BOISE       ID C#6189 DBT CRD 1732 11/10/19 47323848 | | 65.29 |
| 11/12 | ID LIQUOR S BOISE       ID C#6189 DBT CRD 1917 11/09/19 46590487 | | 99.43 |
| 11/12 | TIN ROOM BA BURIEN      WA C#6171 DBT CRD 1518 11/09/19 67340863 | | 132.21 |
| 11/12 | Transf to Checking      32761 dog,mw,gas,shirts Confirmation number 1112195638 | | 200.00 |

MEMBER
FDIC



Statement of Account

**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | November 1, 2019 |
| Statement End | December 1, 2019 |
| Account Number | 1000900991 |
| Total Days in Statement Period | 31 |
| Page | 4 of 7 |

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/13 | SHELL OIL 5 BOISE       ID C#6171 DBT CRD 0850 11/11/19 31827134 | | 59.99 |
| 11/14 | DEPOSIT | 40.00 | |
| 11/14 | CHIPOTLE ON 3035954000    CO C#6171 DBT CRD 2015 11/14/19 81305554 | | 37.95 |
| 11/14 | Bill Paid-IDAHO POWER COMPANY Conf #348 | | 128.36 |
| 11/18 | Trsf from Checking       32787 Confirmation number 1118191458 | 200.00 | |
| 11/18 | THE GYRO SH BOISE        ID C#6189 DBT CRD 1342 11/14/19 09582233 | | 10.75 |
| 11/18 | RITE AID ST BOISE        ID C#6189 DBT CRD 1708 11/17/19 33097166 | | 135.86 |
| 11/18 | Transf to Checking       32761 basketball shoes, cologne Confirmation number 1118190721 | | 300.00 |
| 11/18 | Transf to Checking       32787 Confirmation number 1118191117 | | 200.00 |
| 11/18 | Transf to Checking       32761 Confirmation number 1118191135 | | 100.00 |
| 11/19 | Trsf from SIMPCKG       1015 Vacation Confirmation number 1119192098 | 3,000.00 | |
| 11/19 | CELEBRITY MIAMI        FL C#6171 DBT CRD 1609 11/16/19 97413139 | | 21.04 |
| 11/19 | Transf to Checking       32761 vacation Confirmation number 1119192177 | | 100.00 |
| 11/19 | Transf to Checking       32787 vacation Confirmation number 1119192178 | | 100.00 |
| 11/20 | TST* COSTA BOISE        ID C#6189 DBT CRD 1408 11/19/19 25364561 | | 10.27 |
| 11/20 | MSB BOISE C heavenerschoo ID C#6189 DBT CRD 1722 11/18/19 41697958 | | 32.49 |
| 11/20 | CELEBRITY MIAMI        FL C#6171 DBT CRD 2039 11/18/19 95593812 | | 475.20 |
| 11/20 | APPLE.COM/B 866-712-7753  CA C#6171 DBT CRD 0938 11/19/19 62886785 | | 14.99 |
| 11/21 | AMAZON.COM* AMAZON.COM POS DEB 0402 11/20/19 003UTT79 SEATTLE      WA C#6171 | | 25.43 |
| 11/21 | URBAN OUTFI 841 Lincoln Road POS DEB 1355 11/21/19 00046567 MIAMI BEACH  FL C#6189 | | 112.35 |
| 11/21 | UBER   TRIP HELP.UBER.COM CA C#6171 DBT CRD 0648 11/20/19 60832464 | | 4.08 |
| 11/21 | UBER   TRIP HELP.UBER.COM CA C#6171 DBT CRD 1611 11/20/19 98880267 | | 7.69 |

MEMBER FDIC



**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 1,2019 |
| Statement End | December 1,2019 |
| Account Number | 1000900991 |
| Total Days in Statement Period | 31 |
| Page | 5 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/21 | SQ *TC FLIE PHOENIX       AZ C#6189 DBT CRD 1007 11/20/19 80733427 | | 19.55 |
| 11/21 | UBER   TRIP HELP.UBER.COM CA C#6171 DBT CRD 0535 11/20/19 17047014 | | 20.40 |
| 11/21 | AA INFLIGHT PHOENIX      AZ C#6189 DBT CRD 1723 11/20/19 41852147 | | 21.98 |
| 11/21 | UBER   TRIP HELP.UBER.COM CA C#6171 DBT CRD 1540 11/20/19 80523868 | | 38.49 |
| 11/22 | PHO 12NEWS PHOENIX       AZ C#6171 DBT CRD 1019 11/20/19 87806122 | | 10.97 |
| 11/22 | LYFT   *RID lyft.com     CA C#6189 DBT CRD 1132 11/21/19 31780645 | | 12.01 |
| 11/22 | BOISE AIRPO BOISE        ID C#6171 DBT CRD 0641 11/20/19 57167674 | | 14.03 |
| 11/22 | DIAMOND HEA BOISE        ID C#6171 DBT CRD 1007 11/20/19 80575983 | | 27.00 |
| 11/22 | AMERICAN AI FORT WORTH    TX C#6189 DBT CRD 0627 11/20/19 48776292 | | 30.00 |
| 11/22 | AMERICAN AI FORT WORTH    TX C#6189 DBT CRD 0629 11/20/19 49647225 | | 30.00 |
| 11/22 | AMERICAN AI FORT WORTH    TX C#6189 DBT CRD 0629 11/20/19 49805428 | | 30.00 |
| 11/22 | AMERICAN AI FORT WORTH    TX C#6189 DBT CRD 0627 11/20/19 48323528 | | 70.00 |
| 11/22 | PIZZA & BUR MIAMI BEACH   FL C#6171 DBT CRD 1720 11/20/19 40599245 | | 186.69 |
| 11/22 | Brandy Melv Miami Beach   FL C#6189 DBT CRD 1225 11/21/19 63409811 | | 303.88 |
| 11/25 | Trsf from SIMPCKG        1015 preauthorizations Confirmation number 1125192366 | 5,000.00 | |
| 11/25 | AMAZON.COM* AMAZON.COM POS DEB 0400 11/24/19 UCE2TKNY SEATTLE       WA C#6171 | | 43.59 |
| 11/25 | LYFT   *RID lyft.com     CA C#6189 DBT CRD 1258 11/22/19 82960182 | | 11.17 |
| 11/25 | CHEZ BON BO MIAMI BEACH  FL C#6171 DBT CRD 0819 11/21/19 15926069 | | 19.35 |
| 11/25 | CHEZ BON BO MIAMI BEACH   FL C#6189 DBT CRD 0959 11/22/19 75448999 | | 28.89 |
| 11/25 | NEWWAVSPRKL 877-6922253   AZ C#6171 DBT CRD 0641 11/22/19 57153308 | | 80.00 |
| 11/25 | BLEAU BAR MIAMI BEACH    FL C#6189 DBT CRD 1014 11/22/19 84649193 | | 95.89 |

MEMBER
FDIC



**Statement of Account**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | November 1, 2019 |
| Statement End | December 1, 2019 |
| Account Number | 1000900991 |
| Total Days in Statement Period | 31 |
| Page | 6 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/25 | FONTAINEBLE MIAMI BEACH   FL C#6171 DBT CRD 1606 11/22/19 95802125 | | 1,125.85 |
| 11/25 | NETFLIX COM NETFLIX COM POS DEB 0739 11/24/19 07161840 LOS GATOS     CA C#6171 | | 15.99 |
| 11/25 | HLU*Hulu 11 HULU.COM/BILL CA C#6171 DBT CRD 0135 11/23/19 73578995 | | 75.97 |
| 11/27 | THE RITZ-CARLTON F&B 297-5272222  00 Int Fee 0842 11/27/19 80731492 Card# 6171 | | 2.02 |
| 11/27 | THE RITZ-CA 297-5272222   AW C#6171 DBT CRD 1254 11/26/19 80731492 | | 202.00 |
| 11/27 | Bill Paid-SUEZ WATER Conf #349 | | 84.67 |
| 11/27 | CHECKPYMT  YOUNG LIFE CHECK # 0112 | | 100.00 |
| 11/29 | OCEAN OASIS BONAIRE KRALENDIJK   00 Int Fee 0816 11/29/19 04401854 Card# 6171 | | .60 |
| 11/29 | OCEAN OASIS BONAIRE KRALENDIJK   00 Int Fee 0816 11/29/19 03449319 Card# 6171 | | .85 |
| 11/29 | OCEAN OASIS KRALENDIJK   BQ C#6171 DBT CRD 1047 11/27/19 04401854 | | 60.00 |
| 11/29 | OCEAN OASIS KRALENDIJK   BQ C#6171 DBT CRD 1045 11/27/19 03449319 | | 85.00 |

## Checks Posted

| Check No | Date | Amount | Check No | Date | Amount |
|---|---|---|---|---|---|
| 112 | 11/27 | CK to ACH | 117 | 11/18 | 37.10 |
| 113 | 11/01 | 112.00 | 118 | 11/15 | 112.00 |
| 114 | 11/01 | 225.00 | 119 | 11/15 | 225.00 |
| 115 | 11/13 | 7.55 | 120 | 11/20 | 93.00 |
| 116 | 11/07 | 275.00 | | | |

*Denotes gap in check sequence*

Total Checks = $1,086.65

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 9,870.97 | 11/12 | 6,876.13 | 11/20 | 7,914.58 |
| 11/04 | 9,034.28 | 11/13 | 6,808.59 | 11/21 | 7,664.61 |
| 11/05 | 8,378.41 | 11/14 | 6,682.28 | 11/22 | 6,950.03 |
| 11/06 | 8,294.41 | 11/15 | 6,345.28 | 11/25 | 10,453.33 |
| 11/07 | 7,733.04 | 11/18 | 5,761.57 | 11/27 | 10,064.64 |
| 11/08 | 7,531.39 | 11/19 | 8,540.53 | 11/29 | 9,918.19 |

MEMBER
**FDIC**

**To Reconcile Your Account**

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total | |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

### If Your Statement and Checkbook Do Not Agree

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

### In Case of Irregularities on This Statement

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

### In Case of Errors or Questions About Electronic Funds Transfers

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

09/17

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  19-01069-JMM                                    Report Month/Year _____ Nov-19
Debtor    WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    Washington Trust Bank
**Account number:**                    1007

**Beginning cash balance, per Debtor's books**          $          4,577.46

Add:       Transfers in from other estate bank accounts                    -
           Cash receipts deposited to this account                        -

Subtract:  Transfers out to other estate bank accounts                    -
           **Cash disbursements** from this account                       -

Adjustments, if any (explain)                              _____

**Net cash flow**                                        $          -
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**              $          4,577.46
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☑ | |
| ● Bank statement | ☑ | |
| ● Bank reconciliation | ☑ | |

United States Trustee-District of Idaho

UST-2C
Continuation Sheet
December 2017

8:54 PM

12/03/19

**William and Amy Dempsey**

**Reconciliation Summary**

**1002 · WA Trust Hsehold Savings-1007, Period Ending 11/30/2019**

|  | Nov 30, 19 |
|---|---|
| **Beginning Balance** | 4,577.46 |
| **Cleared Balance** | 4,577.46 |
| **Register Balance as of 11/30/2019** | 4,577.46 |
| **Ending Balance** | 4,577.46 |

8:54 PM

12/03/19

# William and Amy Dempsey
## Reconciliation Detail
### 1002 · WA Trust Hsehold Savings-1007, Period Ending 11/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 4,577.46 |
| Cleared Balance | | | | | | 4,577.46 |
| Register Balance as of 11/30/2019 | | | | | | 4,577.46 |
| **Ending Balance** | | | | | | **4,577.46** |

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 1, 2019 |
| Statement End | December 1, 2019 |
| Account Number | 1000901007 |
| Total Days in Statement Period | 31 |
| Page | 1 of 2 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #19-01069
1720 E SENDERO LN
BOISE ID 83712-6628



for being a valued Washington Trust Bank client.

---

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1000901007 | $4,577.46 |

---

## CHECKING ACCOUNTS

**SIMPLICITY CHECKING** **Account #1000901007**

| | | | |
|---|---|---|---|
| Beginning Balance | $4,577.46 | Average Ledger | $4,577.46 |
| + Deposits/Credits (0) | $0.00 | Average Collected | $4,577.46 |
| - Checks/Debits (0) | $0.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $4,577.46 | | |

### Daily Balance Information

| Date | Balance |
|---|---|
| 11/01 | 4,577.46 |

MEMBER FDIC

**To Reconcile Your Account**

List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement).

| Transactions | Amount | Transactions | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

| | |
|---|---|
| Ending Balance This Statement | |
| Add Deposits Not Shown On Statement + | |
| Subtotal | |
| Subtract Total Outstanding Transactions − | |
| *Current Available Balance $ | |
| Ending Balance from Checkbook | |
| Add Any Interest or Other Credits (if applicable, from statement) + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) − | |
| *Current Available Balance $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | |

**If Your Statement and Checkbook Do Not Agree**

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

**In Case of Irregularities on This Statement**

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

**In Case of Errors or Questions About Electronic Funds Transfers**

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

09/17

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  19-01069-JMM                    Report Month/Year _____ Nov-19
Debtor     WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**   Washington Trust Bank
**Account number:**                 1015

**Beginning cash balance, per Debtor's books**          $        37,717.05

Add:      Transfers in from other estate bank accounts                        -
          Cash receipts deposited to this account                    22,654.24

Subtract:  Transfers out to other estate bank accounts                      -
           **Cash disbursements** from this account              18,000.00

Adjustments, if any (explain)

**Net cash flow**                                              $         4,654.24
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**           $        42,371.29
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☑ | |
| ● Bank statement | ☑ | |
| ● Bank reconciliation | ☑ | |

United States Trustee-District of Idaho

UST-2C
Continuation Sheet
December 2017

**5:12 PM**

**12/14/19**

## William and Amy Dempsey
## Reconciliation Summary
### 1004 · WA Trust Account for Debt-1015, Period Ending 11/30/2019

|  | Nov 30, 19 |
|---|---|
| **Beginning Balance** | 37,717.05 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -18,000.00 |
| Deposits and Credits - 4 items | 22,654.24 |
| **Total Cleared Transactions** | 4,654.24 |
| **Cleared Balance** | **42,371.29** |
| **Register Balance as of 11/30/2019** | 42,371.29 |
| **Ending Balance** | 42,371.29 |

5:13 PM

12/14/19

# William and Amy Dempsey
## Reconciliation Detail
### 1004 · WA Trust Account for Debt-1015, Period Ending 11/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 37,717.05 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Deposit | 11/01/2019 | | Washington Trust B... | X | -10,000.00 | -10,000.00 |
| Deposit | 11/19/2019 | | Washington Trust B... | X | -3,000.00 | -13,000.00 |
| Deposit | 11/25/2019 | | Washington Trust B... | X | -5,000.00 | -18,000.00 |
| | | | Total Checks and Payments | | -18,000.00 | -18,000.00 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 11/15/2019 | | | X | 5,629.79 | 5,629.79 |
| Deposit | 11/15/2019 | | | X | 5,719.71 | 11,349.50 |
| Deposit | 11/29/2019 | | | X | 5,637.51 | 16,987.01 |
| Deposit | 11/29/2019 | | | X | 5,667.23 | 22,654.24 |
| | | | Total Deposits and Credits | | 22,654.24 | 22,654.24 |
| | | | Total Cleared Transactions | | 4,654.24 | 4,654.24 |
| Cleared Balance | | | | | 4,654.24 | 42,371.29 |
| Register Balance as of 11/30/2019 | | | | | 4,654.24 | 42,371.29 |
| **Ending Balance** | | | | | **4,654.24** | **42,371.29** |

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 1,2019 |
| Statement End | December 1,2019 |
| Account Number | 1000901015 |
| Total Days in Statement Period | 31 |
| Page | 1 of 3 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #19-01069
1720 E SENDERO LN
BOISE ID 83712-6628



for being a valued Washington Trust Bank client.

---

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1000901015 | $42,371.29 |

---

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING

**Account #1000901015**

| | | | |
|---|---|---|---|
| Beginning Balance | $37,717.05 | Average Ledger | $32,647.87 |
| + Deposits/Credits (4) | $22,654.24 | Average Collected | $32,647.87 |
| - Checks/Debits (3) | $18,000.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $42,371.29 | | |

### Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/01 | Transf to SIMPCKG     0991 Living Expenses for November Confirmation number 1101193027 | | 10,000.00 |
| 11/15 | EDIPYMENTS CliftonLarso-OSV William Dempsey 001Jj9 PPD | 5,629.79 | |

 MEMBER FDIC

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 1, 2019 |
| Statement End | December 1, 2019 |
| Account Number | 1000901015 |
| Total Days in Statement Period | 31 |
| Page | 2 of 3 |

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/15 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 001Jq4 PPD | 5,719.71 | |
| 11/19 | Transf to SIMPCKG          0991 Vacation Confirmation number 1119192098 | | 3,000.00 |
| 11/25 | Transf to SIMPCKG          0991 preauthorizations Confirmation number 1125192366 | | 5,000.00 |
| 11/29 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 001LvX PPD | 5,637.51 | |
| 11/29 | EDIPYMENTS CliftonLarso-OSV William Dempsey 001Mro PPD | 5,667.23 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 27,717.05 | 11/19 | 36,066.55 | 11/29 | 42,371.29 |
| 11/15 | 39,066.55 | 11/25 | 31,066.55 | | |

MEMBER FDIC

**To Reconcile Your Account**

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total |  |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

**If Your Statement and Checkbook Do Not Agree**

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

**In Case of Irregularities on This Statement**

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

**In Case of Errors or Questions About Electronic Funds Transfers**

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

| | | |
|---|---|---|
| Case No. | 19-01069-JMM | Report Month/Year Nov-19 |
| Debtor | WILLIAM & AMY DEMPSEY | |

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **Total unpaid post-petition taxes** | | | | 0 |

### Payments to Attorneys and Other Professionals (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### Payments to Principals of Debtor and Other Insiders (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | Farm Bureau | 500,000.00 | 8/5/2020 | Oct-19 |
| Property (fire, theft, etc.) | Farm Bureau | Replacement Cost | 8/5/2020 | Oct-19 |
| Vehicle | Farm Bureau | Replacement Cost | 8/5/2020 | Oct-19 |
| Excess Liability | Farm Bureau | 1,000,000.00 | 8/5/2020 | Oct-19 |
| Residence | Farm Bureau | Replacement Cost | 8/5/2020 | 8/5/2020 |

*If any policies were renewed or replaaced during reporting period, attach new certificate of insurance.*

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

| | |
|---|---|
| Case No. | 19-01069-JMM | Report Month/Year Nov-19 |
| Debtor | WILLIAM & AMY DEMPSEY | |

**Accounts Receivable Aging Summary** (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables | | | | | 0 |
| Post-petition receivables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables | | | | | 0 |
| Other Payables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Personnel Changes**

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | | |
| Number of employees at end of month | | |

**Other Information**

| | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts** Did Debtor pay any unsecured pre-petition debts during the reporting month?  *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | | ☑ |
| **Sale of Assets** Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month?  If | | ☑ |
| **Post-Petition Financing** Did Debtor borrow any money outside of the ordinary course of business during the reporting month?  *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | | ☑ |

**Narrative**
*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*