Robert A. Faucher (ISB #4745)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
Email:   rfaucher@hollandhart.com
         ccmccurdy@hollandhart.com

Attorneys for BrunoBuilt, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY, | Chapter 11 |
| Debtors. | |

### BRUNOBUILT, INC.'S OBJECTIONS TO DEBTORS' APPLICATION TO APPROVE EMPLOYMENT AND MOTION FOR AUTHORIZATION TO PAY A POSTPETITION RETAINER

NOW COMES BrunoBuilt, Inc. ("BrunoBuilt"), by and through its attorneys of record,

and represents as follows for this, its objections to Debtors' (1) Application to Approve

Employment of Holly Roark of Roark Law Offices as Counsel of the Debtors/Debtors-in-

Possession (Dkt. 67) (the "Motion to Employ") and (2) Motion for Authorization to Pay a

Postpetition Retainer to Proposed Counsel for the Debtors/Debtors-in-Possession (Dkt. 69) (the

"Motion for Post-Petition Retainer," and, together with the Motion to Employ, the "Motions").

    1.      Debtors' Motion to Employ includes an engagement letter between Debtors and

Roark Law Office.  So far as BrunoBuilt can determine, no part of the Motion to Employ,

BRUNOBUILT, INC.'S OBJECTIONS TO DEBTORS' APPLICATION TO APPROVE
EMPLOYMENT AND MOTION FOR AUTHORIZATION TO PAY A POSTPETITION
RETAINER - 1

including the engagement letter, acknowledges that Debtors shall be obligated and able to pay

Roark Law Offices only after the attorney's fees are approved by this Court pursuant to section

330 of the Bankruptcy Code.  This limitation should accordingly be added to any order

approving the Motion to Employ.

2.      In the Motion for Post-Petition Retainer, Debtors seek approval to pay Roark Law

Offices a $7,500 retainer.

3.      Both Motions address the fact that Debtors' prior counsel, Law Office of D. Blair

Clark, P.C. ("Clark Law"), apparently still possesses a prepetition retainer deposited by Debtor.

As of the petition date, that retainer was undrawn in the amount of $4,793 (the "Balance").

4.      But while the Motion refers generally to the Balance, neither Debtors nor Roark

Law Offices assumes any responsibility for demanding that Clark Law disgorge the Balance to

Debtors or Roark Law Office.

5.      It is incumbent on Debtors and their new attorneys, as fiduciaries of the

bankruptcy estate, to demand and accomplish disgorgement of the Balance.  The creditors of the

estate should not be subject to the predicament that Debtors have provided retainers to two

different law firms.

6.      Accordingly, this Court should approve the proposed retainer, but only authorize

Debtors to fund $2,707 of it to Roark Law Offices.  If Debtors and their new counsel seek to

buttress the retainer with the Balance, they should obtain the remainder of the funds from Clark

Law.  Clark Law has already been in possession of the Balance for 108 days and no application

for compensation is pending.  Its continued possession of the Balance is unjustified.

BRUNOBUILT, INC.'S OBJECTIONS TO DEBTORS' APPLICATION TO APPROVE
EMPLOYMENT AND MOTION FOR AUTHORIZATION TO PAY A POSTPETITION
RETAINER - 2

DATED this 17th day of January, 2020.

HOLLAND & HART LLP


By /s/ Robert A. Faucher
    Robert A. Faucher, of the firm
    Attorneys for BrunoBuilt, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark
ROARK LAW OFFICES
950 Bannock Street, Suite 1100
Boise, ID  83702
Telephone:  (208) 536-3638
*Attorneys for Debtors*

- holly@roarklawboise.com

Brett R. Cahoon
Office of the U.S. Trustee
720 Park Blvd., Suite 220
Boise, ID  83712
Telephone:  (208) 334-1300

- ustp.region18.bs.ecf@usdoj.gov

Mark B. Perry
Trevor L. Hart
PERRY LAW, P.C.
P.O. Box 637
Boise, ID  83701-0637
Telephone:  (208) 338-1001
*Attorneys for Washington Trust Bank*

- mbp@perrylawpc.com
- tlh@perrylawpc.com

/s/ Robert A. Faucher
Robert A. Faucher
of HOLLAND & HART LLP

14077390_v1

BRUNOBUILT, INC.'S OBJECTIONS TO DEBTORS' APPLICATION TO APPROVE EMPLOYMENT AND MOTION FOR AUTHORIZATION TO PAY A POSTPETITION RETAINER - 4