# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>WILLIAM E. DEMPSEY, II and<br>AMY D. DEMPSEY,<br><br>Debtors. | Case No. 19-01069-JMM<br><br>Chapter 11 |

**ORDER GRANTING BRUNOBUILT, INC.'S MOTION FOR STAY RELIEF**

THIS MATTER having come before the Court on BrunoBuilt, Inc.'s Motion for Stay Relief, docket no. 25, filed on October 18, 2019 (the "Motion"); and

The above-captioned debtors having filed an objection to the Motion at docket no. 35 on November 7, 2019; and

An evidentiary hearing having been held before the Court on January 22, 2020; and

Good cause appearing therefor,

IT IS HEREBY ORDERED AND THIS DOES ORDER:

1. The Motion is granted for the reasons stated on the record in the Court's oral ruling of January 22, 2020.

2. BrunoBuilt, Inc. is granted stay relief for cause pursuant to 11 U.S.C. § 362(d)(1) to prosecute its claims against the debtors in that civil lawsuit styled *BrunoBuilt, Inc. v. William Dempsey and Amy Dempsey, et al.*, Case No. CV01-17-23686, Fourth Judicial District Court, State of Idaho, County of Ada (the "State Court Lawsuit").

3. Stay relief granted BrunoBuilt, Inc. in this Order does not extend to any proceedings on appeal, nor to execution on nor enforcement of any judgment entered in the State Court Lawsuit.

ORDER GRANTING BRUNOBUILT, INC.'S MOTION FOR STAY RELIEF - 1

      4.      This Order is immediately enforceable notwithstanding Bankruptcy Rule 4001(a)(3).



DATED: February 3, 2020

JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

**Submitted by:**

Robert A. Faucher
HOLLAND & HART LLP

*Attorneys for BrunoBuilt, Inc.*

**Agreed to as a Matter of Form by:**

ROARK LAW OFFICES

/s/ Holly Roark
By: Holly Roark, of the firm
Attorneys for Debtors William E. Dempsey, II and Amy D. Dempsey

14141997_1

ORDER GRANTING BRUNOBUILT, INC.'S MOTION FOR STAY RELIEF - 2