Mark B. Perry ISB #3345
Trevor L. Hart   ISB #5805
**PERRY LAW, P.C.**
2627 West Idaho Street
P.O. Box 637
Boise, Idaho  83701-0637
Telephone:  (208) 338-1001
Facsimile:   (208) 338-8400
PL File No.  4226.052
mbp@perrylawpc.com
tlh@perrylawpc.com

Attorneys for Washington Trust Bank

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In re: | Case No.  19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY, | Chapter 11 |
| Debtors. | **STIPULATION FOR ADEQUATE PROTECTION AND NOTICE** |

### NOTICE

**Notice of Stipulation for Adequate Protection and Opportunity to Object and for a Hearing**

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this Notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the Debtors and Washington Trust Bank through counsel of record.

Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**STIPULATION FOR ADEQUATE PROTECTION AND NOTICE  — 1**
tlh | 4226.052 | Stipulation for Adequate Protection.wpd | 02122020

## STIPULATION FOR ADEQUATE PROTECTION

COME NOW the Debtors and secured creditor Washington Trust Bank, by and through counsel of record, and hereby stipulate that the Debtors may make adequate protection payments to Washington Trust Bank in the amount of all monthly installment and other payments which have become due postpetition, and which will continue to come due until such time as the Debtors confirm a plan of reorganization, this case is dismissed, or the Court orders otherwise. In support of this Stipulation, the Debtors and Washington Trust Bank submit the following:

**1.** Washington Trust Bank is the holder of a secured claim in the principal amount of **$159,331.07** ("WTB's Secured Claim"), evidenced by a Promissory Note dated October 6, 2017 in the original principal amount of $175,000.00 ("the Note"), which bears interest at the fixed rate of 5.25% and has a maturity date of January 12, 2023. The Note calls for 62 monthly installment payments of $1,407.09 each, due on the 12th day of each month, with a balloon payment due at maturity. A true and correct copy of the Note is attached hereto as **Exhibit A**.

**2.** WTB's Secured Claim is secured by a second-position lien against the Debtors' residence at 1720 E. Sendero Lane, Boise, Idaho 83712, which is evidenced by a deed of trust dated October 6, 2017 and recorded as Instrument No. 2017-104011, Records of Ada County, Idaho. A true and correct copy of that deed of trust is attached hereto as **Exhibit B**.

**3.** As of the date of the Debtors' bankruptcy petition, the Debtors were current on their payments under the Note. They have not made any of the payments which have come due under the Note since their bankruptcy filing.

**4.** The Debtors have filed bankruptcy schedules showing that their residence, which they valued at **$582,800.00** as of the petition date, is encumbered by a first position lien in favor of Idaho Central Credit Union in the amount of of **$482,001.00.53**. See Claim 9 on file herein.

5.In light of the above, the Debtors and WTB believe there is very little, if any equity cushion available to protect WTB's Secured Claim.

6.Unless the Debtors bring their postpetition payments on WTB's Secured Claim current and continue making their payments under the Note as they come due, WTB's Secured Claim will not be adequately protected and WTB will be entitled to seek stay relief.

7.The Debtors have set aside sufficient funds, as should be reflected in their monthly operating reports, to bring their postpetition payments to WTB current. Debtors monthly income is also sufficient to continue making payments on WTB's Secured Claim going forward.

8.The Debtors have not yet filed a plan of reorganization and a plan is not yet due.

9.The Debtors anticipate signing a reaffirmation agreement with respect to WTB's Secured Claim and they intend to retain their residence. The Debtors own several other small parcels of real property which are contiguous to the parcel on which their residence sits. The loss of their residence through stay relief and foreclosure would put their reorganization at risk.

Accordingly, the Debtors and Washington Trust Bank stipulate, subject to this Court's approval, that the Debtors may and shall: (a) pay all monthly installments which have come due under the Note since the filing of their bankruptcy petition; and (b) continue to pay all monthly installment payments as and when they come due under the Note pending further order of the Court.

Respectfully Submitted this 13th day of February 2020.

Perry Law, P.C.Roark Law Offices

*[signature: Trevor L. Hart]**[signature: Holly Roark]*

By: Trevor L. Hart - of the FirmBy:   Holly Roark - Of the Firm
Attorneys for Washington Trust BankAttorneys for Debtors

**STIPULATION FOR ADEQUATE PROTECTION AND NOTICE — 3**
tlh | 4226.052 | Stipulation for Adequate Protection.wpd | 02122020

## CERTIFICATE OF SERVICE

25th

I HEREBY CERTIFY that on the ~~13th~~ day of February 2020, a true and correct copy of the foregoing **STIPULATION FOR ADEQUATE PROTECTION AND NOTICE** was served upon the following persons via electronic mail through the ECF system of the United States Bankruptcy Court for the District of Idaho.

Holly Roark
holly@roarklawboise.com

Brett R Cahoon
US Trustee
ustp.region18.bs.ecf@usdoj.gov

Robert A Faucher
rfaucher@hollandhart.com

I further certify that on the 13th day of February 2020, a true and correct copy of the foregoing document was served upon those persons identified on the list of creditors, as follows:

Ada County Treasurer
200 W. Front St.
PO Box 2868
Boise, ID 83701

Bank of America
PO BOX 45224
Jacksonville, FL 32203

Barclay's Bank
PO Box 60517
City of Industry, CA 91716

Barclays Bank
POB 8803
Wilmington, DE 19899-8803

Chase Card Member Services
PO Box 6294
Carol Stream, IL 60197-6294

Davison, Copple, Copple
PO Box 1583
Boise, ID 83701

Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206

Idaho State Tax Commission
P.O. Box 36
800 Park Blvd
Boise, ID 83722

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19114

McConnell Wagner Sykes & Stacey
Attn: Richard Stacey
827 E. Park Blvd, Ste. 201
Boise, ID 83712

Morrow & Fischer
332 N. Broadmore Wy, Ste 102
Nampa, ID 83687

Zion's Bank
800 W Main Street, Ste 100
Boise, ID 83702

_____
Trevor L. Hart

**STIPULATION FOR ADEQUATE PROTECTION AND NOTICE — 4**
tlh | 4226.052 | Stipulation for Adequate Protection.wpd | 02122020