Robert A. Faucher (ISB #4745)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email:  rfaucher@hollandhart.com
        ccmccurdy@hollandhart.com

Attorneys for BrunoBuilt, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>WILLIAM E. DEMPSEY, II and<br>AMY D. DEMPSEY,<br><br>Debtors. | Case No. 19-01069-JMM<br><br>Chapter 11 |

**BRUNOBUILT, INC.'S OBJECTION TO DEBTORS' CLAIM
OF A HOMESTEAD EXEMPTION**

Notice of Motion and Opportunity to Object and for a Hearing

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual bases for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

BRUNOBUILT, INC.'S OBJECTION TO DEBTORS' CLAIM OF A HOMESTEAD EXEMPTION - 1

NOW COMES BrunoBuilt, Inc. ("BrunoBuilt"), by and through its attorneys of record, and represents as follows for this, its objections to Debtors' Claim of a Homestead Exemption:

1. In their schedule of assets, Debtors claim a homestead exemption in the full amount of $100,000 as to their residence, 1720 E. Sendero Lane (the "Residence"). Docket no. 20 at 15.

2. In their schedule of liabilities, on the other hand, Debtors contend that there are two deeds of trust against the Residence, and that the junior creditor is undersecured. Docket no. 20 at 22.

3. Obviously, these two contentions are inconsistent with one another. Debtors cannot have it both ways. Debtors' claim of a $100,000 homestead exemption is in bad faith.

WHEREFORE, for the reasons set forth above, BrunoBuilt prays that the Court disallow Debtors' claim of an exemption in their Residence.

DATED this 26th day of February, 2020.

        HOLLAND & HART LLP

        By /s/ Robert A. Faucher
           Robert A. Faucher, of the firm
           Attorneys for BrunoBuilt, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark
ROARK LAW OFFICES
950 Bannock Street, Suite 1100
Boise, ID  83702
Telephone:  (208) 536-3638
*Attorneys for Debtors*

- holly@roarklawboise.com

Brett R. Cahoon
Office of the U.S. Trustee
720 Park Blvd., Suite 220
Boise, ID  83712
Telephone:  (208) 334-1300

- ustp.region18.bs.ecf@usdoj.gov

Mark B. Perry
Trevor L. Hart
PERRY LAW, P.C.
P.O. Box 637
Boise, ID  83701-0637
Telephone:  (208) 338-1001
*Attorneys for Washington Trust Bank*

- mbp@perrylawpc.com
- tlh@perrylawpc.com

/s/ Robert A. Faucher
Robert A. Faucher
of HOLLAND & HART LLP

14264832_v1

BRUNOBUILT, INC.'S OBJECTION TO DEBTORS' CLAIM OF A HOMESTEAD EXEMPTION - 3