Holly Roark (SBN 7143)
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
T (208) 536-3638
F (310) 553-2601
holly@roarklawboise.com

*Counsel for Debtors/Debtors-in-possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WILLIAM E. DEMPSEY, II, and<br>AMY D. DEMPSEY.<br><br><br>Debtor and Debtor in Possession. | Bkr. Case No. 19-01069-JMM<br>Chapter 11 |

## **DEBTORS' OBJECTION TO BRUNOBUILT, INC.'S OBJECTION TO HOMESTEAD EXEMPTION AND OBJECTION TO BRUNOBUILT'S STATEMENT OF NO OBJECTION**

The Debtors in the above-described Chapter 11 bankruptcy case, William E. Dempsey, II and Amy D. Dempsey, by and through their proposed counsel, Roark Law Offices, hereby submit their OBJECTION TO BRUNOBUILT, INC.'S OBJECTION TO HOMESTEAD EXEMPTION (Docket No. 114) and their STATEMENT OF NO OBJECTION filed on 3/12/2020 as docket No. 118. The deadline to respond has not passed, which is Monday, March 16, 2020. Supplemental brief to follow.

DATED: March 12, 2020        ROARK LAW OFFICES

_____ _____

Holly Roark, *Counsel for Debtors/*
*Debtors-in-possession*

**DEBTORS' OBJECTION TO BRUNOBUILT, INC.'S OBJECTION TO HOMESTEAD
EXEMPTION AND OBJECTION TO BRUNOBUILT'S STATEMENT OF NO OBJECTION - 1**

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 12, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors/Debtors-in-possession holly@roarklawboise.com, courtnotices@roarklawoffices.com

Robert A. Faucher on behalf of creditor BrunoBuilt, Inc.: rfaucher@hollandhart.com

Brett R. Cahoon on behalf of US Trustee ustp.region18.bs.ecf@usdoj.gov

Trevor L. Hart on behalf of Washington Trust Bank: tlh@perrylawpc.com

      AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

See N/A

/s/ *Holly Roark*
_____
Holly Roark

**DEBTORS' OBJECTION TO BRUNOBUILT, INC.'S OBJECTION TO HOMESTEAD EXEMPTION AND OBJECTION TO BRUNOBUILT'S STATEMENT OF NO OBJECTION - 2**