Holly Roark (SBN 7143)
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
T (208) 536-3638
F (310) 553-2601
holly@roarklawboise.com

*Counsel for Debtors-in-possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Bkr. Case No. 19-01069-JMM |
| | Chapter 11 |
| WILLIAM E. DEMPSEY, II, and | |
| AMY D. DEMPSEY. | |
| | |
| Debtors and Debtors in Possession. | |

## DECLARATION OF WILLIAM E. DEMPSEY, II, IN SUPPORT OF DEBTORS' OBJECTION TO BRUNOBUILT, INC.'S MOTION OBJECTING TO DEBTORS' CLAIM OF A HOMESTEAD EXEMPTION

I, William E. Dempsey, II, declare as follows:

1.      I am one of the Debtors and Debtors-in-Possession in the above-referenced case. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify thereto truthfully.

2.      This Chapter 11 case was filed on September 17, 2019, as Case No. 19-01069-JMM.

3.      Schedules A, C, and D were filed on October 1, 2019, as Docket No. 20.

4.      The real property located at 1720 E. Sendero Lane, Boise, ID 83712, my primary residence ("Real Property"), was listed on Schedule A with a value of $582,800.00. At the time of filing, this was a good faith value based on the tax records in Ada County. Attached hereto as Exhibit A and incorporated herein by this reference is a true and correct copy of the 2019

Assessment Notice evidencing a value of $582,800.00

5.      A homestead exemption in the amount of $100,000 was taken on Schedule C.

6.      On Schedule D, the liens against the Real Property totaled $646,657.80.

7.      Creditor BrunoBuilt, Inc. has objected to the homestead exemption, disputed the value of the Real Property, and with the cooperation of the Debtors, has performed its own appraisal of the Real Property with its appraiser of choice. The Debtors have not yet seen a copy of that appraisal and do not know the value that BrunoBuilt's appraiser believes the Real Property to be.

8.      I am aware that BrunoBuilt, Inc. has raised other issues with regard to the Real Property which can best be resolved if the Estate hires its own appraiser to inspect and analyze the Real Property for the benefit of the Estate. An appraisal is likely to be more accurate than the tax assessor's notice and since the value is now in dispute, it is important that the Estate resolve this issue. Accordingly, the Debtors-in-Possession by and through their attorney are in the process of preparing an employment application to hire an appraiser for the Estate to appraise the Real Property.

9.      Depending on the outcome of the appraisal, Schedule A and/or Schedule C may or may not need to be amended.

10.     It is my opinion that the objection to the homestead cannot be resolved until all appraisals are completed, and if there are any disputes as to value or equity or any other disputes respecting the Real Property, that those issues must be resolved first.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 16, 2020, at Boise, Idaho.

William E. Dempsey, II

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 16, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-possession holly@roarklawboise.com, courtnotices@roarklawoffices.com

Robert A. Faucher on behalf of creditor BrunoBuilt, Inc.: rfaucher@hollandhart.com

Brett R. Cahoon on behalf of US Trustee ustp.region18.bs.ecf@usdoj.gov

Trevor L. Hart on behalf of Washington Trust Bank: tlh@perrylawpc.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

See N/A

/s/ *Holly Roark*
_____
Holly Roark

**DECLARATION OF WILLIAM E. DEMPSEY, II, IN SUPPORT OF DEBTORS' OBJECTION TO BRUNOBUILT, INC.'S MOTION OBJECTING TO DEBTORS' CLAIM OF A HOMESTEAD EXEMPTION - 3**

# EXHIBIT A

**Robert H. McQuade**
**Ada County Assessor**
190 E Front Street Suite 107
Boise, ID  83702-7300
adacountyassessor.org

**2019**

THIS IS NOT A BILL.
DO NOT PAY.

## ASSESSMENT NOTICE
PROPERTY ROLL

PARCEL DESCRIPTION:
LOTS 5 & 6 BLK 3
MONTEVIDEO SUB NO 2
#0290-0300-C
#8964650 49

For any questions, please notify the Assessor's Office immediately

Assessor's Telephone Number:     (208) 287-7205
                                  csandirk@adacounty.id.gov

Parcel Address:     1720 E SENDERO LN
                    BOISE ID  83712

DEMPSEY WILLIAM E II
DEMPSEY AMY D
1720 E SENDERO LN
BOISE  ID  83712

Appeals of your property value must be filed in
writing, on a form provided by the County, by:
                    June 24, 2019

Tax Code Area:      01-6

Parcel Number:      R5785840295

## ASSESSED VALUE OF YOUR PROPERTY

| CURRENT DESCRIPTION | LOTS/ACRES | LAST YEAR'S VALUE | CURRENT YEAR'S VALUE |
|---|---|---|---|
| RES LOT OR TRACT | 0.140 | 140,000 | 154,000 |
| RES IMPROVEMENT | | 409,300 | 428,800 |
| **TOTAL ASSESSED VALUE:** | | 549,300 | 582,800 |
| **LESS HOMEOWNERS EXEMPTION:** | 0.140 | -100,000 | -100,000 |
| **NET TAXABLE PROPERTY VALUE:** | | 449,300 | 482,800 |

These values may not include personal property values.  Taxes are based on the values shown on this Notice and on the Budgets of the taxing districts.



**HISTORICAL ASSESSED VALUES & TAXES**
Property Roll
Black = Total Assessed Value
Gray = Taxes
Current Year Tax not yet available

458,300  2015   6,220
490,200  2016   6,475
540,600  2017   7,041
549,300  2018   6,821
582,800  2019

## TAXING DISTRICT INFORMATION

| TAXING DISTRICTS | PHONE NUMBER | DATE OF PUBLIC BUDGET HEARING |
|---|---|---|
| ADA COUNTY | (208) 287-7000 | 7-22-2019 |
| EMERGENCY MEDICAL | (208) 287-2962 | 7-22-2019 |
| ADA COUNTY HIGHWAY DIST | (208) 387-6123 | 8-21-2019 |
| SCHOOL DISTRICT NO. 1 | (208) 854-4029 | 6-10-2019 |
| BOISE CITY | (208) 972-8147 | 7-16-2019 |
| MOSQUITO ABATEMENT | (208) 577-4646 | 7-22-2019 |
| COLLEGE OF WESTERN IDAHO | (208) 562-3295 | 6-18-2019 |

## THIS IS NOT A BILL. DO NOT PAY.

See the back of this Notice for details

Assessments reflect MARKET VALUE as of 1/1/19; for Homeowner
and Property Tax Reduction questions call (208) 287-7200.

EXHIBIT A

BDSC05-112732-0046182

## YOUR RIGHT TO APPEAL YOUR PROPERTY VALUE

To appeal your property value, you **must file a written form** with the county board of equalization (BOE). The form requires you to identify yourself, your property, and the reason for your appeal. You can get the form from your county assessor, clerk, or commissioners.

**The form must be filed on or before the end of the county's business day on the 4th Monday of June.** (For the subsequent property roll, the filing deadline is the 4th Monday of November. For the missed property roll, the filing deadline is the following year's January meeting date for the BOE.) See Idaho Code section 63-501A. In addition, you may wish to discuss your property valuation with your county assessor's office to see if the matter can be resolved prior to hearing the appeal. **NOTE:** Contacting your county assessor does not meet the requirements for filing an appeal.

**If you do not file by the above deadline, you will lose your right to appeal your property value for the current year.**

Contact your county assessor to learn more about property tax exemptions or other tax benefit programs.

## BOARD OF EQUALIZATION (BOE) RESPONSIBILITIES AND DATES

The responsibilities of the BOE are to decide eligibility for property tax exemptions, hear appeals, and to equalize the value of property.

The board of county commissioners must meet as the BOE on the 4th Monday of each month from January through May and each day from the 4th Monday of June through the second Monday of July. For the subsequent property assessment roll. The BOE meets each day from the forth Monday of November through the first Monday of December. For the missed property assessment roll, the BOE meets in January of the next year. See Idaho Code sections 63-501 and 63-502.

## TAXING DISTRICT BUDGET HEARINGS

Taxing districts are required to notify the county clerk of the date and location of their budget hearings by April 30 of each year. This information is intended to inform taxpayers when their taxing districts will hold budget meetings.

Remember to participate in setting district budgets, such as school city, and county, by attending the budget hearings noted on the front of this notice. These budgets determine how much tax will be paid.

EXHIBIT A