Robert A. Faucher (ISB #4745)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
Email:   rfaucher@hollandhart.com
          ccmccurdy@hollandhart.com

Attorneys for BrunoBuilt, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY, | Chapter 11 |
| Debtors. | |

## BRUNOBUILT, INC.'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO EXEMPTIONS

<u>Notice of Motion and Opportunity to Object and for a Hearing</u>

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual bases for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**BRUNOBUILT, INC.'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO EXEMPTIONS  - 1**

NOW COMES BrunoBuilt, Inc. ("BrunoBuilt"), by and through its attorneys of record, Holland & Hart LLP, and represent as follows.

1.     The deadline for creditors to object to Debtors' claim of exemptions was originally scheduled for November 18, 2019.

2.     BrunoBuilt obtained two extensions, to today, March 17, 2020, because it had not been able to complete discovery into the claims of exemption.

3.     BrunoBuilt now seeks a third extension.  BrunoBuilt seeks a 45-day extension to May 1, 2020.

4.     This extension is warranted in light of the parties' lack of progress on discovery.

5.     Notwithstanding that multiple orders have entered granting BrunoBuilt relief under Rule 2004, Debtors have provided very few documents to BrunoBuilt.

6.     For example, Debtors have claimed many hundreds of thousands of dollars to be exempt because they are in 401(k) and IRA accounts.  Debtors are obligated by orders of this Court to produce the documents relating to these accounts, but they have not done so.

7.     Debtors claim that most of their cash is exempt because it is derived from their salaries.  Debtors are obligated by orders of this Court to produce the bank account statements that would shed light on whether this is the case.  Debtors have not produced those bank account statements.

8.     Debtors have claimed exemptions in jewelry.  Debtors are obligated by orders of this Court to produce appraisals, receipts and invoices with respect to their jewelry.  Debtors have not produced those documents.

9.      BrunoBuilt is hopeful that Debtors' document production will prove more

fulsome in the very near future, enabling BrunoBuilt to complete its objection to exemptions by

the proposed deadline.

WHERFORE, creditor BrunoBuilt, Inc. moves this Court to extend the date for parties to

file objections to Debtors' claim of exemptions to May 1, 2020.

DATED this 17th day of March, 2020.

HOLLAND & HART LLP


By /s/ Robert A. Faucher
     Robert A. Faucher, of the firm
     Attorneys for BrunoBuilt, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark
ROARK LAW OFFICES
950 Bannock Street, Suite 1100
Boise, ID  83702
Telephone:  (208) 536-3638
*Attorneys for Debtors*

- holly@roarklawboise.com

Brett R. Cahoon
Office of the U.S. Trustee
720 Park Blvd., Suite 220
Boise, ID  83712
Telephone:  (208) 334-1300

- ustp.region18.bs.ecf@usdoj.gov

Mark B. Perry
Trevor L. Hart
PERRY LAW, P.C.
P.O. Box 637
Boise, ID  83701-0637
Telephone:  (208) 338-1001
*Attorneys for Washington Trust Bank*

- mbp@perrylawpc.com
- tlh@perrylawpc.com

/s/ Robert A. Faucher
Robert A. Faucher
of HOLLAND & HART LLP

14355037_v1

**BRUNOBUILT, INC.'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO EXEMPTIONS  - 4**