B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of  IDAHO_____

**In re**   William E Dempsey, II and Amy D Dempsey

Case No. \_\_\_19-01069-JMM\_\_\_\_\_

**Debtor**

Chapter \_\_\_\_11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 250.00/hr
   to be billed hourly as set forth in the employment application.
   Prior to the filing of this statement I have received a postpetition retainer of . . . . $ $7,500.00
   ($4,793 from prepetition retainer funds on hand with Blair Clark;  $2,707 from DIP)
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ To be determined

2. The source of the compensation paid to me was:

   [X] Debtor          [X] Other (specify)   Debtors in Possession

3. The source of compensation to be paid to me is:

   [ ] Debtor          [X] Other (specify)   Debtors in Possession

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

        Negotiating with creditors; preparing and responding to motions; all matters required by federal and local rules.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

None except those decided on case-by-case basis as they arise postpetition

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_4/24/2020_             _/s/ Holly Roark_
*Date*                                *Signature of Attorney*

                           Roark Law Offices
                             *Name of law firm*