Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Debtors-in-possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO – BOISE

| | |
|---|---|
| In Re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II, and<br>AMY D. DEMPSEY, | Chapter 11 |
| Debtors and Debtors in Possession. | |

---

**Notice of Interim Application For Compensation of Michael E. Band of Davison, Copple, Copple & Copple, LLP Under 11 USC §§330, 331 and Opportunity to Object and for a Hearing**

<u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objection party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

The Debtors-in-Possession in the above-described Chapter 11 bankruptcy case, WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY, by and through their counsel, Roark Law Offices, file this Interim Application for Compensation on behalf of special litigation counsel, Michael E. Band of Davison, Copple, Copple & Copple, LLP under 11 USC §§330, 331 and state as follows:

1. This Application is made pursuant to 11 U.S.C. §§330, 331 and Federal Rules of Bankruptcy Procedure 2016.

2. The Debtors herein filed a voluntary joint Petition under Chapter 11 of 11 U.S.C. on September 17, 2019.

3. Pursuant to an Employment Application filed and served on September 23, 2019 (Dkt. No. 17), Michael E. Band of Davison, Copple, Copple & Copple, LLP has acted as special litigation counsel for the Debtors-in-Possession in the state court litigation case in the District Court for the Fourth Judicial District of the State of Idaho, in the County of Ada, in Case No. CV01-17-23686, having been employed as such under authority of an Order of this Court, entered October 18, 2019 (Dkt. No. 29).

4. A Declaration of services rendered, time expended, expenses incurred, and the amounts requested for such professional services is submitted in support of this application.

5. In connection with the Chapter 11 case, Michael E. Band of Davison, Copple, Copple & Copple, LLP, as special litigation counsel has expended the total amount of $26,323.54, consisting of $24,913.66 in fees and $1,409.88 in expenses.

6. The Debtors-in-possession have been afforded an opportunity to review the application prior to filing and have approved the amounts requested.

7. Pursuant to a written retainer agreement, during the period of this Application, of September 23, 2019, through March 30, 2020, Mr. Band charged at the rate of $220.00 per hour, $230.00 per hour, and for certain review of correspondences, a discounted $73.33 per hour. (The Employment Application notes in paragraph 10 that the hourly rates are subject to periodic adjustment to reflect economic and other conditions.)

8.      Mr. Band's fees as special litigation counsel for the Chapter 11 estate constitute reasonable compensation for actual and necessary services rendered and the expenses for which reimbursement is sought constitute actual necessary expenses.

9.      No compensation has been received for such post-petition services.

10.     Neither Michael E. Band, nor Davison, Copple, Copple & Copple, LLP represent interest adverse to that of the Debtors-in-possession. No agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in or in connection with the case.

11.     This application includes services rendered from September 23, 2019, through March 30, 2020.

12.     Davison, Copple, Copple, & Copple, LLP currently holds $0.00 in trust from the Debtors-in-Possession.

WHEREFORE, Applicant, requests that Michael E. Band of Davison, Copple, Copple & Copple, LLP be allowed the total sum of fees and expenses of $26,323.54, to be paid by the Debtors-in-possession from their earnings upon entry of the Order on this Application, subject to a Final Order at the conclusion of this case, or such amount as the Court shall deem reasonable and just, and payable as part of the administration of the estate.

DATED: April 28, 2020                              ROARK LAW OFFICES


                                                   _____
                                                   Holly Roark, counsel for Debtors-in-
                                                   Possession

Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Debtors-in-possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO – BOISE

| | |
|---|---|
| In Re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY, | Chapter 11 |
| Debtors and Debtors in Possession. | |

## DECLARATION OF MICHAEL E. BAND IN SUPPORT OF INTERIM APPLICATION FOR COMPENSATION UNDER 11 USC §§ 330, 331

I, Michael E. Band, declare as follows:

1.      The Application for Compensation is made pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016.

2.      I am a Partner at Davison, Copple, Copple & Copple, LLP, the litigation attorneys for the Debtors-in-possession in the above entitled Chapter 11 and makes this declaration on his own knowledge, information and belief.

3.      Pursuant to a written retainer agreement, during the period of this Application, of September 23, 2019, through March 30, 2020, I charged at the rate of $220.00 per hour, $230.00 per hour, and for certain review of correspondences, a discounted $73.33 per hour. (The Employment Application notes in paragraph 10 that the hourly rates are subject to periodic adjustment to reflect economic and other conditions.) I was admitted to practice in 2010 in Idaho and have continuously practiced law since that date.

1

4.      The Debtors' petition was filed on September 17, 2019. Pursuant to an Employment Application filed and served on September 23, 2019 (Dkt. No. 17), I have acted as special litigation counsel for the Debtors-in-Possession in the state court litigation case in the District Court for the Fourth Judicial District of the State of Idaho, in the County of Ada, in Case No. CV01-17-23686, having been employed as such under authority of an Order of this Court, entered October 18, 2019 (Dkt. No. 29).

5.      The attached Exhibits A, B and C constitute the date, work, and amount charged by timekeeper for the work performed on behalf of the Debtors and their estate in this Chapter 11. Exhibit "A" is comprised of three summaries (A-1: Hours and Rates Summary; A-2: Project Task Summary; and A-3: Timekeeper Summary by Task) showing timekeeper, rates, and hours in various perspectives. Exhibit "B" includes the detailed time spent on Debtors' behalf for the time period of September 23, 2019, through March 30, 2020. Exhibit "C" includes the detailed expenses incurred on Debtor's behalf for the same time period.

6.      As a matter of course, invoices have been sent to Debtor on a monthly basis for informational purposes only and to keep the Debtor abreast of counsel's time and effort to date. A copy of this Declaration and corresponding Application were sent to Debtors-in-Possession prior to filing the same with the Court. The Debtors have not expressed any objection to date to the requested fees and costs.

7.      Declarant states that Davison, Copple, Copple, & Copple, LLP has expended the total amount of $26,323.54 ($24,913.66 in fees and $1,409.88 in expenses) and requests payment for such services be allowed on an interim bases pursuant to 11 U.S.C. §§ 330, 331, from the earnings of Debtors-in-possession, to be paid pursuant to an Order entered on the accompanying Application, and subject to a Final Order at the conclusion of the case.

8.      Davison, Copple, Copple, & Copple, LLP currently holds $0.00 in trust from the Debtors-in-Possession.

9.      Declarant has not agreed to share any of the requested compensation with any other

person who is not a partner of Davison, Copple, Copple, & Copple, LLP.

10.      Declarant respectfully submits that given the submitted hourly rates, the actual amounts charged, his level of experience, and the progress/outcome in this case to date, the amount requested satisfies the standards set forth in 11 U.S.C. § 330 & § 331 and related sections and Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 22 2020, at Boise, Idaho.

Michael E. Band, Attorney at Law
Davison, Copple, Copple, & Copple, LLP
*Special Litigation Counsel for Debtors-in-possession*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April <u>28</u>, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors/Debtors-in-possession <u>holly@roarklawboise.com</u>, <u>courtnotices@roarklawoffices.com</u>

Robert A. Faucher on behalf of creditor BrunoBuilt, Inc.: rfaucher@hollandhart.com

Brett R. Cahoon on behalf of US Trustee <u>ustp.region18.bs.ecf@usdoj.gov</u>

Trevor L. Hart on behalf of Washington Trust Bank: tlh@perrylawpc.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

See attached Mailing Matrix.

/s/ *Holly Roark*
_____
Holly Roark

```
Label Matrix for local noticing        (p)ADA COUNTY INDIGENT SERVICES          Michael Band
0976-1                                  ATTN FINANCE DEPARTMENT                  Davison, Copple, Copple & Copple, LLP
Case 19-01069-JMM                       252 E FRONT STREET SUITE 199             POB 1583
District of Idaho                       BOISE ID 83702-7339                      Boise, ID 83701-1583
Boise
Sat Dec 21 13:09:23 MST 2019

Bank of America                         Barclay's Bank                          Barclays Bank
PO BOX 45224                            PO Box 60517                            POB 8803
Jacksonville, FL 32232-5224             City of Industry, CA 91716-0517         Wilmington, DE 19899-8803




Brunobuilt, Inc                         Brett R Cahoon                          Capital One Bank (USA), N.A.
890 E Franklin Rd Ste 202               OFFICE OF THE US TRUSTEE US DEPT        by American InfoSource as agent
Meridian, ID 83642-6070                 720 Park Blvd., Ste. 220                PO Box 71083
                                        Boise, ID 83712-7785                    Charlotte, NC  28272-1083


Chase Card Member Services              Terry C Copple                          Davison, Copple, Copple
PO Box 6294                             Davison, Copple, Copple & Copple, LLP   Attn: Terry Copple, Esq.
Carol Stream, IL 60197-6294             POB 1583                                PO Box 1583
                                        Boise, ID 83701-1583                    Boise, ID 83701-1583


Amy D Dempsey                           William E Dempsey II                    Robert A Faucher
1720 E Sendero Lane                     1720 E Sendero Lane                     POB 2527
Boise, ID 83712-6628                    Boise, ID 83712-6628                    Boise, ID 83701-2527




Trevor L Hart                           (p)IDAHO CENTRAL CREDIT UNION           Idaho State Tax Commission
PERRY LAW PC                            PO BOX 2469                             P.O. Box 36
PO Box 637                              POCATELLO ID 83206-2469                 800 Park Blvd
Boise, ID 83701-0637                                                            Boise, ID 83722-0036


Internal Revenue Service                McConnell Wagner Sykes & Sta            Morrow & Fischer
PO BOX 7346                             Attn: Richard Stacey, Esq.              Attn: Laura Burri
Philadelphia, PA 19101-7346             827 E. Park Blvd, Ste. 201              332 N. Broadmore Wy, Ste 102
                                        Boise, ID 83712-7782                    Nampa, ID 83687-5331


Morrow & Fischer, PLLC                  US Trustee                              Washington Trust Bank
c/o Laura E. Burri                      Washington Group Central Plaza         c/o Trevor L Hart
332 N Broadmore Way, Ste 102            720 Park Blvd, Ste 220                  Perry Law, P.C.
Nampa, ID 83687-5331                    Boise, ID 83712-7785                    POB 637
                                                                                Boise, ID 83701-0637


(p)WASHINGTON TRUST BANK                Zion's Bank
PO BOX 2127                             Boise/Main Financial Center
SPOKANE WA 99210-2127                   800 W Main Street, Ste 100
                                        Boise, ID 83702-5947
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ada County Treasurer                (d)Ada County Treasurer           Idaho Central Credit Union
200 W. Front St.                    c/o Ammon C. Taylor              PO Box 2469
PO Box 2868                         200 W. Front St., Room 3191      Pocatello, ID 83206
Boise, ID 83701                     Boise, ID 83702
```

```
Washington Trust Bank
Peter Stanton, CEO
PO Box 2127
Spokane, WA 99210-2127
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BrunoBuilt, Inc.                 End of Label Matrix
                                    Mailable recipients    25
                                    Bypassed recipients     1
                                    Total                  26
```

# EXHIBITS A1-A3

# HOURLY RATE SUMMARY A-1

Name of Applicant: Michael E. Band of Davison, Copple, Copple, & Copple, LLP
Role in Case: Special Litigation Counsel

| PREVIOUS APPLICATIONS | | CURRENT APPLICATION | |
|---|---|---|---|
| Fees Previously Requested: | $0 | Fees Requested: | $24,913.66 |
| Fees Previously Awarded: | $0 | Expenses Requested: | $1,409.88 |
| Expenses Previously Requested: | $0 | Total Current Application: | $26,323.54 |
| Expenses Previously Awarded: | $0 | | |
| Retainer Paid: | $0 | | |
| Remaining Balance: | $0 | TOTAL REQUEST | $26,323.54 |
| | | | |

FEE APPLICATION

| Timekeeper Name | Bar Admittance | Hours Billed | Hourly Rate(s) | Blended Rate | Application Total |
|---|---|---|---|---|---|
| Michael E. Band | 2010 Idaho | 110.60 | $220, $230, $73.33 | $174.44 | $24,913.66 |
| **GRAND TOTAL** | | | | | **$24,913.66** |

EXHIBIT A-1

### PROJECT TASK SUMMARY A-2

| Project/Task | Total Hours | Average Rate | Total Fees |
|:---:|:---:|:---:|:---:|
| Litigation | 110.60 | $174.44 | $24,913.66 |

EXHIBIT A-2

### TIMEKEEPER SUMMARY BY TASK A-3

| PROJECT | TIMEKEEPER | HOURS | BLENDED RATE | FEES |
|---------|-----------|-------|--------------|------|
| Litigation | Michael E. Band | 110.60 | $174.44 | $24,913.66 |

EXHIBIT A-3

# EXHIBIT B

Terry C. Copple, Esq.
Davison, Copple, Copple & Copple, LLP
P.O. Box 1583
Boise, ID 83701


Invoice submitted to:
Bill & Amy Dempsey
1720 E. Sendero Lane
Boise, ID 83712
bill.dempsey@CLAconnect.com


April 7, 2020


In Reference To:        BrunoBuilt Litigation
Invoice #




Professional Services

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 9/23/2019 | Advised by bankruptcy counsel Jeff Kaufman (KB) that Motion to Employ Special counsel has been filed; Email to KB inquiring as to whether I should attend meeting of creditors, and requesting to be kept apprised of all bankruptcy proceedings; Receive email from KB acknowledging request. | 0.10 220.00/hr | Mike Band | 22.00 |
| 10/2/2019 | Receive and analyze bankruptcy status update from client and inquiring as to potential of appealing summary judgment ruling; Phone call with clients to discuss same. | 0.40 220.00/hr | Mike Band | 88.00 |
| 10/8/2019 | Receive and analyze Court's Memorandum Decision on Erstad Defendants' Motion for Summary Judgment; | 0.30 220.00/hr | Mike Band | 66.00 |
| 10/9/2019 | Receive and analyze KB email to BrunoBuilt bankruptcy counsel Robert Faucher (RF) concerning BrunoBuilt's request for stipulation | 0.30 73.33/hr | Mike Band | 22.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                                     Page    2

|  |  | Hrs/Rate | | Amount |
|---|---|---|---|---|

| | for stay relief to allow liquidation of claim in state court; Receive and analyze RF's reply to KB on the question of non-dischargeability; Receive and analyze email from KB assessing RF's email regarding non-dischargeability. | | | |
| 10/11/2019 | Receive and analyze client email to KB concerning KB's prior inquiry to RF as to intentions of whether or not to file non-dischargeability claim; Receive and analyze KB's response; Receive and analyze KB email to clients concerning possible conflict of interest; Analyze objection filed by BrunoBuilt and Bruno affidavit; Analyze request for continuance of Rule 341(a) creditors' meeting. | 0.40 73.33/hr | Mike Band | 29.33 |
| 10/13/2019 | Receive and analyze client inquiry as to whether topic of Bruno-Sericati meeting was explored during deposition of Robert Bruno; Confirm by reviewing relevant portions of deposition transcript; Email to clients confirming that topic was explored and discuss ancillary issues; Receive and analyze client response, advising that they will reach out to Sericatis personally. | 0.40 220.00/hr | Mike Band | 88.00 |
| | Receive and analyze client email concerning discovery topics and documents requested; Review written discovery requests, responses, deposition transcript, pre-mediation correspondence to confirm, and Plaintiff's trial binder; Email to clients responding to inquiry. | 0.50 220.00/hr | Mike Band | 110.00 |
| 10/14/2019 | Receive and analyze correspondence between clients and KB concerning public record of bankruptcy filing. | 0.20 73.33/hr | Mike Band | 14.67 |

EXHIBIT B

Bill & Amy Dempsey                                                                                      Page      3

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 10/14/2019 | Receive and analyze client email concerning Bruno-Sericati meeting, add to timeline notes. | 0.20 220.00/hr | Mike Band | 44.00 |
| 10/15/2019 | Email to KB requesting confirmation that 341(a) meeting has been continued; Receive and analyze email from KB advising that meeting still scheduled to occur Oct 18; Email to KB to ascertain whether opposition to BrunoBuilt objection to appointment has been filed; Advised by KB that no opposition yet filed; Phone call to KB to discuss same. | 0.50 220.00/hr | Mike Band | 110.00 |
| 10/16/2019 | Receive and analyze email from client requesting copy of answer filed in response to BrunoBuilt complaint; Email to client as requested. | 0.10 220.00/hr | Mike Band | 22.00 |
| 10/18/2019 | Meet with clients and KB and participate in 341(a) Meeting of Creditors; Receive and analyze proposed Order Appointing Special Counsel, and correspondence between KB and trustee Brett Cahoon. | 1.60 220.00/hr | Mike Band | 352.00 |
| | Receive and analyze email from KB to RF advising of intent to oppose disqualification; Receive and analyze correspondence between KB and RF concerning same. | 0.20 73.33/hr | Mike Band | 14.67 |
| 10/21/2019 | Analyze exhibits in trial book submitted by BrunoBuilt; Identify that Exhibit 18 is illegible; Draft email to opposing counsel (Joe Wager) requesting legible electronic copy of document. | 1.00 220.00/hr | Mike Band | 220.00 |
| 10/23/2019 | Digitize copy of client file for client download; Receive and analyze email from clients concerning options and costs going forward, including potential new claims and appeals; | 1.60 220.00/hr | Mike Band | 352.00 |

EXHIBIT B

Bill & Amy Dempsey

Page    4

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| | Email to client responding to inquiry and linking to digital copy of client file. | | | |
| 10/25/2019 | Receive and analyze client email concerning potential damage calculations,  BrunoBuilt backup for damage calculations, and requesting documents pertaining to ancillary lawsuits; Review docket reports for BrunoBuilt lawsuits against insurer and former attorneys; Email to client concerning same, and enclosing relevant pleadings; Receive and analyze client reply. | 1.10 220.00/hr | Mike Band | 242.00 |
| 10/28/2019 | Analyze options for exerting pressure on ancillary lawsuits; Email to clients concerning same; Correspond with clients regarding damage calculation as relating to bankruptcy strategies. | 0.20 220.00/hr | Mike Band | 44.00 |
| 11/4/2019 | Email to KB requesting status update on BrunoBuilt's motions to lift stay and disqualify bankruptcy counsel. | 0.10 220.00/hr | Mike Band | 22.00 |
| 11/6/2019 | Receive and analyze KB's draft of objection to BrunoBuilt's Motion for Stay Relief in order to determine if any corrections or supplementations are required; Receive and analyze client email concerning same; Receive and analyze correspondence between client and KB regarding same; Assess that KB draft with client revisions adequately address BrunoBuilt's motion. | 0.60 220.00/hr | Mike Band | 132.00 |
| 11/7/2019 | Receive and analyze correspondence between clients and KB/KB's office concerning communication regarding bankruptcy proceedings during client holiday. | 0.10 73.33/hr | Mike Band | 7.33 |
| 11/8/2019 | Email to KB requesting direction on special counsel billing procedures. | 0.10 220.00/hr | Mike Band | 22.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                                      Page     5

|  | | Hrs/Rate | | Amount |
|---|---|---|---|---|

| 11/27/2019 | Receive and analyze KB motion to withdraw as counsel; Draft email to KB inquiring as to whether KB will assist clients in finding replacement bankruptcy counsel. | 0.10 220.00/hr | Mike Band | 22.00 |
| 12/6/2019 | Email to clients to inquire as to status of search for replacement bankruptcy counsel; Correspond with clients regarding same. | 0.10 220.00/hr | Mike Band | 22.00 |
|  | Receive and analyze client request for scheduling orders entered by district court; Review district court docket; Assemble and send all scheduling orders and related orders entered by district court. | 0.30 220.00/hr | Mike Band | 66.00 |
| 12/11/2019 | Email to client to see how meeting with potential new bankruptcy counsel went; Advised that meeting went well and Holly Roark will be applying to represent clients in bankruptcy proceedings. | 0.20 220.00/hr | Mike Band | 44.00 |
| 12/12/2019 | Correspond with client regarding prospective dates and advising of need for heads up if and when new attorney believes that case may soon be remanded back to district court (stay lifted) in order to allow sufficient time to assemble pre-trial package; Email to Holly Roark (HR) to inquire about potential of conducting additional discovery regarding creditors' claims. | 0.20 220.00/hr | Mike Band | 44.00 |
| 12/13/2019 | Receive and analyze email from HR advising that additional discovery will probably be permitted regarding creditors' claims during the objection to claims process, and that she will request discovery schedule from court; Correspond with HR concerning same and other bankruptcy-state court questions. | 0.40 220.00/hr | Mike Band | 88.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                                   Page    6

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 12/16/2019 | Receive and analyze client email inquiring as to strategy as pertaining to damages of litigation; Correspond with client to coordinate meeting to discuss. | 0.30 220.00/hr | Mike Band | 66.00 |
| 12/19/2019 | Prepare material for meeting with client; Meet with clients to discuss damages calculations and trial strategy. | 1.30 220.00/hr | Mike Band | 286.00 |
| 1/15/2020 | Receive and analyze email from client's bankruptcy counsel Holly Roark (HR) inquiring as to availability to attend evidentiary hearing on motion to lift stay, and requesting any additional information that would help in responsive filing due by day's end; Request copy of brief filed by former bankruptcy counsel Kaufman; Receive and analyze Kaufman brief; Draft email to HR with summary analysis; Correspond with HR regarding counterclaims and offsets; Analyze HR request for District Court paperwork explicitly stating that only damages are left for trial; Analyze docket and Court's memorandum decision and order; Correspond with HR regarding same. | 1.50 230.00/hr | Mike Band | 345.00 |
| 1/22/2020 | Meet with clients and HR; Attend hearing before U.S. Bankruptcy Judge Meier on various motions including motion for protective order and motion to lift stay. | 3.00 230.00/hr | Mike Band | 690.00 |
|  | Legal research to confirm that statute of limitations on indemnity claim begins to run upon receiving judgment or settling claim; Confirm same understanding with TCC; Email authority to HR; Email authority to clients. | 0.40 230.00/hr | Mike Band | 92.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                    Page      7

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 1/23/2020 | Receive and analyze email from HR confirming receipt of email with authority on indemnity. | 0.10 230.00/hr | Mike Band | 23.00 |
|  | Receive and analyze email from clients inquiring as to timeline of district court action and whether appeal would stay Bruno collection efforts; Email to clients addressing questions; Receive and analyze follow-up email requesting analysis of appeal process and cost to litigate against other parties; Receive and analyze HR email addressing questions germane to bankruptcy proceeding; Receive and analyze email from clients with additional follow-up questions; Analyze correspondence between HR and clients; Draft email to clients addressing questions. | 1.70 230.00/hr | Mike Band | 391.00 |
| 1/24/2020 | Receive and analyze email from client inquiring as to trial strategy for limiting damages at trial, including witnesses to be called; Email to client acknowledging receipt and advising to expect full response next business day (Monday). | 0.10 230.00/hr | Mike Band | 23.00 |
| 1/25/2020 | Review Court's scheduling order; Analyze Plaintiff's pre-trial filings; Review prior witness and exhibit disclosures; Draft and revise trial witness list. | 2.40 230.00/hr | Mike Band | 552.00 |
| 1/26/2020 | Assemble and sort preliminary selection of exhibits based on pre-sorted evidence; Draft preliminary exhibit list. | 4.20 230.00/hr | Mike Band | 966.00 |
| 1/27/2020 | Email to client addressing client questions and requesting meeting to review further; Correspond with client to schedule meeting 1/31/20. | 0.30 230.00/hr | Mike Band | 69.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                                                           Page   8

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 1/27/2020 | Begin review of evidence file to determine potential additional exhibits; Begin drafting narrative for pre-trial brief. | 8.10 230.00/hr | Mike Band | 1,863.00 |
| 1/28/2020 | Legal research on permissible scope of trial testimony of rebuttal witnesses; Legal research on witness impeachment and methods of witness impeachment; Legal research on proximate cause. | 2.50 230.00/hr | Mike Band | 575.00 |
|  | Continue evidence review and exhibit selection; Continue drafting and revising fact narrative; Draft outline of disputed and undisputed facts. | 5.30 230.00/hr | Mike Band | 1,219.00 |
| 1/29/2020 | Create Cost-Draw tracking spreadsheet to attempt to reconstruct project costs and reconcile versus loan draws in order to establish measure of damages; Draft email to client to get analysis and feedback; Receive and analyze client feedback. | 5.50 230.00/hr | Mike Band | 1,265.00 |
|  | Begin drafting pre-trial brief. | 2.30 230.00/hr | Mike Band | 529.00 |
| 1/30/2020 | Receive and analyze client information concerning additional items removed from property; Draft revisions to cost-draw tracking sheet; Draft revisions to pre-trial brief. | 0.70 230.00/hr | Mike Band | 161.00 |
|  | Analyze forward of HR emails summarizing meeting with Faucher. | 0.40 230.00/hr | Mike Band | 92.00 |
|  | Continue evidence review and exhibit selection; Begin revising exhibit list; Continue drafting pre-trial brief. | 4.40 230.00/hr | Mike Band | 1,012.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                                    Page     9

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 1/31/2020 | Prepare for client meeting; Meet with clients to review damages outlook and trial strategy, and discuss preliminary settlement framework. | 2.00 230.00/hr | Mike Band | 460.00 |
|  | Analyze settlement scenarios; Phone call to opposing counsel Joe Wager (JW) to discuss; Follow-up email to JW requesting additional information needed to verify damages in order to assess good faith opening settlement offer; Phone call with clients to discuss JW discussion. | 1.50 230.00/hr | Mike Band | 345.00 |
|  | Legal research on duty to mitigate; Legal research on exacerbation or aggravation of one's own damages; Legal research on avoidance of damages; Legal research on affirmative defense of setoff or offset. | 2.00 230.00/hr | Mike Band | 460.00 |
|  | Receive and analyze Order Granting Stay Relief; Correspond with HR regarding same. | 0.30 230.00/hr | Mike Band | 69.00 |
|  | Complete initial draft of pre-trial brief and send to clients for review. | 3.20 230.00/hr | Mike Band | 736.00 |
| 2/1/2020 | Receive and analyze email from client with feedback on draft trial brief; Email to client acknowledging and requesting Banner Bank spreadsheet mentioned by client; Draft revisions to trial brief based on client feedback. | 0.50 230.00/hr | Mike Band | 115.00 |
| 2/3/2020 | Receive and analyze equity analysis spreadsheet drafted by client; Receive and analyze email from client concerning Banner Bank down payment requirement. | 0.20 230.00/hr | Mike Band | 46.00 |
| 2/4/2020 | Draft revisions to trial brief and send to clients for review; Correspond with clients regarding same. | 0.60 230.00/hr | Mike Band | 138.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                                            Page    10

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 2/4/2020 | Draft revisions to trial exhibit disclosure; Assemble, digitize and sequence trial exhibits. | 2.80 230.00/hr | Mike Band | 644.00 |
|  | Begin drafting proposed Findings of Fact and Conclusions of Law; Review same filed by BrunoBuilt; Legal research on measuring damages; Legal research on duties of mitigation and to avoid exacerbation of damages; Legal research on application of reasonable person standard to mitigation duties. | 4.10 230.00/hr | Mike Band | 943.00 |
| 2/5/2020 | Upload exhibits to cloud for client review; Email exhibits link to cloud share of trial exhibits; Correspond with clients regarding same; Prepare trial binders in triplicate. | 1.90 230.00/hr | Mike Band | 437.00 |
|  | Legal research seeking case law discussing negligence or finding of unreasonableness in context of continuing contruction efforts after an even which should have precipitated suspension of efforts; Legal research on collateral source rule; Research on meaning of "commercially reasonable" and approximations thereof. | 3.90 230.00/hr | Mike Band | 897.00 |
| 2/6/2020 | Continue drafting  Findings of Fact and Conclusions of Law; Legal research on mitigation of damages and reduction of loss; Legal research on commercial reasonableness; Legal research on aggravation of damages; Legal research on uncertainty of damages; Complete initial draft of Findings of Fact and Conclusions of Law; Email draft to clients for review; Correspond with clients regarding same; Draft revisions and complete pre-final draft. | 4.40 230.00/hr | Mike Band | 1,012.00 |
|  | Draft supplements to trial exhibit list and add exhibits to exhibit binder. | 1.30 230.00/hr | Mike Band | 299.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                                            Page    11

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 2/6/2020 | Analyze Idaho Supreme Court decision against BrunoBuilt in BrunoBuilt v. Strata et al.; Analyze damages in terms of Pierrenger and email clients and Holly Roark (HR) regarding same. | 0.40 230.00/hr | Mike Band | 92.00 |
| 2/7/2020 | Correspond with clients regarding Sericati settlement. | 0.20 230.00/hr | Mike Band | 46.00 |
| 2/11/2020 | Receive and analyze email from HR relaying email from Bob Faucher requesting confirmation that settlement discussions have been initiated with Stacey firm; Receive and analyze email from client requesting update on settlement discussions; Email to HR confirming and summarizing discussions; Forward response to clients and correspond regarding same. | 0.40 230.00/hr | Mike Band | 92.00 |
|  | Receive phone call from attorney for Richardson Insurance, Cody Morgan, requesting voluntary sharing of copy of Bruno deposition transcript in lieu of subpoena; Analyze request and determine that transcript would be discoverably in discovery if requested by subpoena; Request copy of pertinent filings in Richardson case; Send transcript as requested in order to avoid subpoena which may include additional requests; Receive and analyze filings in Richardson case from attorney Morgan. | 1.70 230.00/hr | Mike Band | 391.00 |
| 2/12/2020 | Correspond with clients regarding potential indemnity claims; Correspond with clients regarding district court case scheduling; Receive and analyze Order Granting Stay Relief; Correspond with clients regarding same. | 0.50 230.00/hr | Mike Band | 115.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                          Page    12

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 2/13/2020 | Make Richardson filings available to clients and HR via cloudshare; Correspond with clients regarding same; Email to Richardson attorney requesting clarification of protective order affecting statement of facts filed by Auto-Owners Insurance; Correspond with attorney Morgan regarding same. | 0.60 230.00/hr | Mike Band | 138.00 |
|  | Telephone call with Joe Wager regarding settlement. | 0.30 230.00/hr | Mike Band | 69.00 |
|  | Telephone call with client regarding settlement. | 0.20 230.00/hr | Mike Band | 46.00 |
|  | Draft revisions to trial exhibit list; Assemble additional exhibits and add to trial exhibit binder. | 0.50 230.00/hr | Mike Band | 115.00 |
|  | Telephone call with Rick Stacey regarding settlement; Email correspondence with clients regarding discussion. | 0.40 230.00/hr | Mike Band | 92.00 |
|  | Receive and analyze discovery responses filed in Richardson case. | 0.50 230.00/hr | Mike Band | 115.00 |
| 2/17/2020 | Receive and analyze Stacey letter setting forth settlement analysis and framework; Forward to clients. | 0.60 230.00/hr | Mike Band | 138.00 |
| 2/18/2020 | Email responding to client questions concerning affect of Richardson insurance on Dempsey case, and estimated attorneys fees and costs for trial. | 0.40 230.00/hr | Mike Band | 92.00 |
|  | Email to Rick Stacey (RS) confirming receipt of settlement letter; Email to HR regarding settlement letter, requesting information on what clients can expect to pay in bankruptcy approved plan; Advised by HR that she is | 0.30 230.00/hr | Mike Band | 69.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                     Page    13

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|

working on providing an answer to that
question; Advise clients of same.

| 2/19/2020 | Analyze various expenditure claims asserted by RS in letter; Email to clients to inquire as to bankruptcy attorney fees to date in order to compare to those spent by BrunoBuilt; Correspond with clients regarding same; Conference call with HR and clients. | 0.60 230.00/hr | Mike Band | 138.00 |
| 2/20/2020 | Draft and revise letter to RS in response to settlement letter; Email to HR requesting bankruptcy specific information to use in letter; Correspond with HR regarding same; Receive and analyze HR analysis of bankruptcy plan and arguments; Incorporate analysis into settlement letter; Complete draft of settlement letter and send to clients and HR for review and feedback. | 4.20 230.00/hr | Mike Band | 966.00 |
| 2/21/2020 | Receive and analyze HR comments and suggested revisions to settlement letter; Receive and analyze same from clients; Correspond with clients regarding proposed framework; Receive and analyze email from HR concerning revision of math based on impending balloon payment; Draft revisions to settlement letter and send to clients and HR for review; Receive and analyze email from client with additional edit; Complete letter; Telephone call to RS to discuss and preview settlement letter; Send settlement letter; Send final copies to clients and HR. | 1.60 230.00/hr | Mike Band | 368.00 |
| 2/22/2020 | Receive and analyze client email to Terra Nativa HOA regarding invoice for HOA dues. | 0.10 230.00/hr | Mike Band | 23.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                    Page    14

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 2/22/2020 | Receive and analyze client email enclosing HOA billing;  Email to client advising to instruct HOA that BrunoBuilt is the owner of the property. | 0.10 230.00/hr | Mike Band | 23.00 |
| 2/24/2020 | Receive and analyze email from HR concerning City of Boise request for "comfort order" for relief from stay to proceed with litigation with BrunoBuilt; Email to HR agreeing with HR assessment and requesting thoughts on whether agreeing to or withholding consent to comfort order could help get clients leverage to have City of Boise demolish house; Correspond with HR regarding same. | 0.30 230.00/hr | Mike Band | 69.00 |
| 2/26/2020 | Receive and analyze email from clients advising that obtaining financing to assume Banner Bank loan is unlikely per discussion with banker; Email to client regarding same. | 0.10 230.00/hr | Mike Band | 23.00 |
| 2/28/2020 | Receive and analyze email from HR enclosing Faucher letter regarding settlement negotiations and objection to homestead exemption; Receive and analyze corespondence between HR and clients regarding same, and subpoenas filed in BK action; Draft email to HR and clients regarding settlement negotiations and Faucher assertions regarding claims which should be listed; Correspond with clients and HR regarding same; Receive request from HR for facts and analysis bearing on same; Correspond with clients and HR regarding state of negotiations. | 1.00 230.00/hr | Mike Band | 230.00 |
| 3/3/2020 | Phone call with Holly Roark (HR); Receive email from clients requesting status update; Correspond with clients regarding same. | 0.40 230.00/hr | Mike Band | 92.00 |

EXHIBIT B

Bill & Amy Dempsey                                                                                      Page    15

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 3/4/2020 | Phone call with clients. | 0.30 230.00/hr | Mike Band | 69.00 |
| 3/5/2020 | Legal research under theories of legal and equitable indemnity; Analyze Judge Hippler's decision on BrunoBuilt claims against Erstad, and viability of claims against Erstad arising from supposed duty to oversee engineering; Analyze attorneys' fees and costs alleged by attorneys for BrunoBuilt in February letter versus filings submitted in each matter and outcome achieved; Begin drafting letters to clients and HR on various issues as requested. | 3.10 230.00/hr | Mike Band | 713.00 |
| 3/6/2020 | Finalize and send letters to clients and HR on various issues. | 2.70 230.00/hr | Mike Band | 621.00 |
| 3/14/2020 | Receive and analyze HR email regarding miscellaneous bankruptcy issues; Receive and analyze client correspondence with HR regarding same. | 0.20 73.33/hr | Mike Band | 14.67 |
| 3/16/2020 | Receive and analyze draft letter sent by HR to clients; Correspond with clients and HR to coordinate conference call; Conference call with HR and clients. | 0.90 230.00/hr | Mike Band | 207.00 |
| | File review to find requested documents and email same to HR. | 0.30 230.00/hr | Mike Band | 69.00 |
| | Receive and analyze draft declaration of William Dempsey and 2019 assessed value of clients' home. | 0.20 73.33/hr | Mike Band | 14.67 |
| | Receive and analyze client solvency analysis; Receive and analyze client-HR correspondence regarding Sendero deed issue; Receive and analyze DIP's objection to BrunoBuilt's Motion | 0.50 73.33/hr | Mike Band | 36.67 |

EXHIBIT B

Bill & Amy Dempsey                                                                                      Page   16

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|

Objecting to Debtor's Claim of Homestead Exemption.

| 3/17/2020 | Receive and analyze email from HR to clients concerning potential matters to be asserted by BrunoBuilt in bankruptcy matter; Receive and analyze correspondence between HR and Robert Faucher (RF). | 0.30 73.33/hr | Mike Band | 22.00 |
| 3/18/2020 | Receive and analyze email from Cody Morgan (CM) attorney for Richardson requesting authority to request deposition transcript from reporter on behalf of Jake Bottari (JB) counsel for Auto-Owners; Analyze issue and determine that transcript is non-confidential and discoverable under rules of procedure and that permission is warranted and permitted; Telephone call to CM to discuss; Telephone call to JB to discuss same; Email to JB cc Court Reporter releasing transcript. | 0.60 230.00/hr | Mike Band | 138.00 |
|  | Receive and analyze BrunoBuilt's Sendero appraisal; Receive and analyze correspondence between HR and clients regarding same as well as Sendero deed issue. | 0.20 73.33/hr | Mike Band | 14.67 |
|  | Phone call with HR. | 0.20 230.00/hr | Mike Band | 46.00 |
| 3/30/2020 | Legal research on issues relating to deed reformation and alteration to reflect parties' original agreement; Correspond with HR and clients regarding same. | 1.20 230.00/hr | Mike Band | 276.00 |
|  | For professional services rendered |  | 110.60 | $24,913.66 |

EXHIBIT B

# EXHIBIT C

Bill & Amy Dempsey                                                                                              Page    17

Additional Charges :

| | | Amount |
|---|---|---|
| 10/8/2019 | Deposition Costs for Robert Bruno Deposition | 673.15 |
| 10/25/2019 | Computer-Assisted Legal Research | 5.82 |
| 12/11/2019 | Deposition Costs for William and Amy Dempsey Depositions | 280.83 |
| 12/21/2019 | Computer-Assisted Legal Research | 8.77 |
| 2/13/2020 | Computer-Assisted Legal Research | 155.72 |
| 3/11/2020 | Computer-Assisted Legal Research | 285.59 |
| | Total additional charges | $1,409.88 |

EXHIBIT C