Robert A. Faucher (ISB #4745)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email:   rfaucher@hollandhart.com
         ccmccurdy@hollandhart.com

Attorneys for BrunoBuilt, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| In re: | Case No. 19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY, | Chapter 11 |
| Debtors. | |

**BRUNOBUILT, INC.'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO EXEMPTIONS**

---

Notice of Motion and Opportunity to Object and for a Hearing

<u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days (plus 3 days for mailing) of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual bases for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

**BRUNOBUILT, INC.'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO EXEMPTIONS  - 1**

NOW COMES BrunoBuilt, Inc. ("BrunoBuilt"), by and through its attorneys of record, Holland & Hart LLP, and represent as follows.

1. The deadline for creditors to object to Debtors' claim of exemptions was originally scheduled for November 18, 2019.

2. BrunoBuilt obtained three extensions, to today, May 1, 2020, because it had not been able to complete discovery into the claims of exemption.

3. BrunoBuilt now seeks a fourth extension. BrunoBuilt seeks a 42-day extension to Friday, June 12, 2020.

4. This extension is warranted in light of the parties' lack of progress on discovery.

5. Notwithstanding that multiple orders have entered granting BrunoBuilt relief under Rule 2004, Debtors' production of documents has been delayed.

6. For example, Debtors have claimed many hundreds of thousands of dollars to be exempt because they are allegedly in 401(k) and IRA accounts. Debtors were obligated to turn over the relevant documents months ago. Debtors did not produce any documents relating to their 401(k) and IRA accounts until seven days ago, after BrunoBuilt wrote a letter threatening to compel the production in light of Debtors' failure to provide those documents. BrunoBuilt has not yet completed its review of the documents.

7. Similarly, Debtors, who are accountants, were obligated to turn over their QuickBooks personal bookkeeping data months ago. Debtors finally produced that data (apparently) seven days ago, after BrunoBuilt wrote a letter threatening to compel the production in light of Debtors' failure to provide those documents. BrunoBuilt has not yet begun reviewing the documents because of technical difficulty in accessing the electronic data.

**BRUNOBUILT, INC.'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO EXEMPTIONS  - 2**

8.  Debtors have claimed exemptions in jewelry. Debtors are obligated by orders of this Court to produce appraisals, receipts and invoices with respect to their jewelry. Debtors have not produced those documents.

9.  The extension requested here is fair because Debtors themselves have caused the delays by failing to produce the necessary documents.

10. The extension will not cause difficulties in this case. Debtors have not yet filed a plan or disclosure statement. BrunoBuilt's deadline to commence an adversary proceeding objecting to discharge has not yet even been set. The parties have scheduled an evidentiary hearing in June on BrunoBuilt's objection to Debtors' claim of an exemption in their homestead. The proposed June 12 deadline is accordingly not at odds with the status of this case generally.

WHERFORE, creditor BrunoBuilt, Inc. moves this Court to extend the date for parties to file objections to Debtors' claim of exemptions to June 12, 2020.

DATED this 1st day of May, 2020.

HOLLAND & HART LLP

By /s/ Robert A. Faucher
   Robert A. Faucher, of the firm
   Attorneys for BrunoBuilt, Inc.

**BRUNOBUILT, INC.'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO EXEMPTIONS  - 3**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark
ROARK LAW OFFICES
950 Bannock Street, Suite 1100
Boise, ID  83702
Telephone:  (208) 536-3638
*Attorneys for Debtors*

- holly@roarklawboise.com

Brett R. Cahoon
Office of the U.S. Trustee
720 Park Blvd., Suite 220
Boise, ID  83712
Telephone:  (208) 334-1300

- ustp.region18.bs.ecf@usdoj.gov

Mark B. Perry
Trevor L. Hart
PERRY LAW, P.C.
P.O. Box 637
Boise, ID  83701-0637
Telephone:  (208) 338-1001
*Attorneys for Washington Trust Bank*

- mbp@perrylawpc.com
- tlh@perrylawpc.com

Jesse A. P. Baker
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933
Telephone:  (858) 750-7600
Facsimile:  (619) 590-1385
*Attorneys for Bank of America (NC)*

- ecfidb@aldridgepite.com

/s/ Robert A. Faucher
Robert A. Faucher
of HOLLAND & HART LLP

14576292_v1

**BRUNOBUILT, INC.'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO EXEMPTIONS  - 4**