JESSE A.P. BAKER (SBN 8411)
LESLEY D. BOHLEBER (SBN 10477)
**ALDRIDGE | PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for: Bank of America, N.A.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO – BOISE DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM E. DEMPSEY II, and AMY D. DEMPSEY.<br><br>      Debtors and Debtors In Possession. | Case No. 19-01069-JMM<br><br>Chapter 11<br><br>**STIPULATION GRANTING ADEQUATE PROTECTION**<br><br>**Collateral:**<br>2012 BMW X5<br>VIN: 5UXZV4C54CL759159 |

This Stipulation Granting Adequate Protection ("Stipulation") is entered into by and between the Secured Creditor, Bank of America, N.A. (hereinafter "BANA"), and Debtors, William E. Dempsey II, and Amy D. Dempsey (hereinafter "Debtors") by and through their respective attorneys of record.

The property which is the subject of this matter is a motor vehicle commonly known as a 2012 BMW X5, VIN No. 5UXZV4C54CL759159 (the "Vehicle"). *(See, Proof of Claim No.11-1)*

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1)      The parties agree that prior to executing this Stipulation, the Loan is contractually due for November 14, 2019, and the total amount of **contractual arrears on the Loan through May 14, 2020 is $1,806.19**, representing contractual payments due from November 14, 2019 through May 14, 2020, in the amount of $265.07 each, less a suspense balance on the Loan of $49.30 ("Post-Petition

1  Arrears").

2    2)    Debtors shall tender regular contractual monthly payments to BANA pursuant to the

3  terms of the Vehicle Loan Agreement (the "Agreement"), currently in the amount of $265.07 to

4  BANA, and subject to change with the Agreement, commencing June 14, 2020, and continuing on

5  the fourteen (14) day of each month thereafter during the Debtor's Bankruptcy proceedings.

6  Payments are to be made payable to and sent to Bank of America, N.A. at P.O. Box 15312,

7  Wilmington, DE 19850-5312.

8    3)    Cure of Post-Petition Arrears.  Debtors shall cure the Post-Petition Arrears set forth

9  above, in full, within ten (10) Calendar days of entry of the Court's Order Approving this

10  Stipulation.

11    4)    Debtors shall provide BANA's counsel with proof of insurance for the Vehicle that is

12  in compliance with the Agreement and lists BANA as the loss payee within 2 business day of

13  executing is Stipulation.

14    5)    In the event of any future default on any of the above-described provisions, BANA

15  shall provide written notice to Debtors and Debtors' attorney of record indicating the nature of the

16  default.  If Debtors fail to cure the default with certified funds within the passage of twenty one (21)

17  calendar days from the date said written notice is placed in the mail, then Creditor may file an Ex

18  Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the Court. Upon

19  entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately

20  terminated as to BANA, and BANA may proceed repossess the Vehicle under the terms of the

21  Agreement and pursuant to applicable state law, without further order or proceeding of this Court.  In

22  the event that BANA is granted relief from the automatic stay, the parties hereby stipulate that the

23  14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

24    6)    The acceptance by BANA of a late or partial payment shall not act as a waiver of its

25  right to proceed hereunder.

26  /././

27  /././

28  /././

1 | /././

2

3    7)    The foregoing terms and conditions shall be binding only during the pendency of this

4 | bankruptcy case. If, at any time, the stay is terminated with respect to the Vehicle by court order or

5 | by operation law, the foregoing terms and conditions shall cease to be binding and BANA may

6 | proceed to enforce its remedies under the Agreement and applicable non-bankruptcy law as to the

7 | Vehicle, including, but not limited to repossession thereof and sale of the Vehicle.

8

9 | **IT IS SO STIPULATED:**                                **ALDRIDGE PITE, LLP**

10

11

12 | DATED: 5/18/2020                                        ALDRIDGE PITE, LLP

13 | By: /s/ _Lesley Bohleber_

14 | LESLEY D. BOHLEBER (SBN 10477)
JESSE A.P. BAKER (SBN 8411)

15 | Attorneys for Bank of America, N.A.

16 | **ROARK LAW OFFICES**

17

18 | DATED: May 13, 2020                            By: _____

19 | HOLLY ROARK
Attorney for Debtors

20 | William E. Dempsey II, and
Amy D. Dempsey

21

22

23 | DATED: May 13, 2020                            By: _____
William Dempsey, II, Debtor

24

25 | By: _____
Amy D. Dempsey, Debtor

26

27

28



FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO
275 Tierra Vista Drive · PO Box 4848 · Pocatello, ID · 83205

| City Squire Policy |
| Declarations |
| Page 1 |

The insurance provided as indicated by these Declarations supersedes
and replaces all insurance previously afforded by this policy.

**Insured:**  William Edward Dempsey II
Amy Dawn Dempsey
1720 E Sendero Ln
Boise, ID 83712-6628

**Policy Number:** ▮▮▮▮▮▮▮
**Policy Period:** 08/05/2019 Until 08/05/2020
at 12:01 AM Standard Time
**County:** Ada
**Region:** 030 - Region 3 Treasure Valley
**Agent:** Mario Salinas
**Effective Date:** 09/27/2019
**Issue Date** 09/30/2019

## Section I - Property

| Limits of Liability | | Coverage | Applicable Perils | Applicable Endorsements | Mortgagee | Annual Premium |
|---|---|---|---|---|---|---|
| 623220 | A | Residence Premises Frame | 27 | | Lienholder : | $1,154.00 |
| | | Building Number : 1  Location : 1 | | | Idaho Central Credit | |
| | | Waive Glass Deductible | | | Union | |
| | | Increased Replacement Cost (25%) | | *I171 (0108) | ISAOA | |
| 62322 | | Sewage or Sump System Backup | | *I183 (1014) | PO Box 2469 | |
| 31161 | | Limited Fungi, Wet or Dry Rot, or Bacteria | | *I125 (1014) | Pocatello, ID 83206 | |
| 62322 | | Detached Garages, storage Sheds (max. 200 sq. ft.) | | *I133 (1014) | Loan #: ▮▮▮▮▮▮ | |
| | | Smoke Alarm , Dead Bolt Lock , Non Smoker and No | | | | |
| | | Auxiliary Heat discounts applied | | | | |
| 124644 | B | Loss of Use | | | | |
| 436254 | C | Personal Property | 1-19 | | | |
| | | Replacement Cost | | *I111 (1014) | | |
| 750 | | Refrigerated Products | | | | |
| 43625 | | Sewage or Sump System Backup | | *I125 (1014) | | |
| 500 | | Fire Department Service Charge | | | | |

1000 deductible applies to each Section I Loss

Section I Additional Insured(s):

Amy Dawn Dempsey

**Total Section I Annual Premium**    $1,154.00

* Endorsement printed in the Policy Booklet

**Section I is subject to the following additional endorsements:**

Endorsement I116 (1014) - Cosmetic Roof Damage Endorsement (Printed in the policy booklet)



**FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO**

275 Tierra Vista Drive · PO Box 4848 · Pocatello, ID · 83205

City Squire Policy
Declarations
Page 2

Policy Number ▮▮▮▮▮▮▮
Effective Date: 09/27/2019

## Section II - Liability

| Limits of Liability | Coverage | | Applicable Endorsements | Annual Premium |
|---|---|---|---|---|
| | F1 | Bodily Injury | | $47.00 |
| 300000 | | Each Person | | |
| 500000 | | Each Occurrence | | |
| | G | Property Damage | | |
| 100000 | | Each Occurrence | | |
| | F2 | Premises Medical | | |
| 5000 | | Each Person | | |
| 25000 | | Each Occurrence | | |
| | M | Damage to Property of Others | | |
| 1000 | | Each Occurrence | | |
| | | Accidental Death | *I259 (1014) | |
| 1000 | | Each Person | | |

Description of Premises:

| Location | Description |
|---|---|
| 1 | 1 Res 1 Acres 1720 E Sendero Ln, Boise, ID 83712-6628 Ada County |
| 3 | 1 Acres 1175 E Parkcenter Blvd Unit W-10, Boise, ID 83706-6751 Ada County |

Section II Additional Insured(s):                                                    $26.00

Amy Dawn Dempsey

**Total Section II Annual Premium**                                    $73.00

\* Endorsement printed in the Policy Booklet

**Section II is subject to the following additional endorsements:**

Endorsement I282 (1014) – Personal Injury Endorsement (Printed in the Policy Booklet)

## Section III - Automobile

| Limits of Liability | Coverage | Applicable Endorsements | Annual Premium |
|---|---|---|---|



FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO
275 Tierra Vista Drive · PO Box 4848 · Pocatello, ID · 83205

City Squire Policy
Declarations
Page 3

Policy Number: ███████
Effective Date:  09/27/2019

## Section III - Automobile

| Limits of Liability | Coverage | Applicable Endorsements | Annual Premium |
|---|---|---|---|
| | N  Bodily Injury | | |
| 300000 | Each Person | | |
| 500000 | Each Occurrence | | |
| | O  Property Damage | | |
| 100000 | Each Occurrence | | |
| | P  Uninsured Motorist | | |
| 300000 | Each Person | | |
| 500000 | Each Occurrence | | |
| | P1 Underinsured Motorist | | |
| 300000 | Each Person | | |
| 500000 | Each Occurrence | | |
| | Q  Medical | | |
| 5000 | Each Person | | |
| | S  500 Comprehensive Deductible | | |
| | T  500 Collision Deductible | | |
| | Roadside Assistance | | |
| 100 | Each Occurrence | | |
| | Car Rental Reimbursement | | |
| 25 | Per Day | | |
| 500 | Per Accident | | |
| | Loss of Use by Theft | | |
| 25 | Per Day | | |
| 500 | Per Accident | | |

## Section III - Automobile

**Insured Vehicles:**

| Description | Applicable Coverages | Applicable Endorsements | Lienholder / Lessor | Annual Premium |
|---|---|---|---|---|
| 2011 MBNZ E350 ███ Pleasure - Age 43 Liability Premium $351.00 Comp / Coll Premium $405.00 | N,O,P,P1,Q,S,T Roadside Assistance Car Rental Reimbursement | *I334 (1014) Lienholder: *I368 (1014) | Idaho Central Credit Union ISAOA PO Box 2469 Pocatello, ID 83206 | $756.00 |



FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO
275 Tierra Vista Drive · PO Box 4848 · Pocatello, ID · 83205

| City Squire Policy |
| Declarations |
| Page 4 |

Policy Number: ████████
Effective Date: 09/27/2019

## Section III - Automobile

### Insured Vehicles:

| Description | Applicable Coverages | Applicable Endorsements | Lienholder / Lessor | Annual Premium |
|---|---|---|---|---|
| 2006 ROVR LR3 ████████ <br> Work or School 3-10 Miles - Occasional Driver - Single <br> Male Age 15 <br> Good Student Discount <br> Liability Premium $693.00 | N,O,P,P1,Q <br> Roadside Assistance | *I334 (1014) | | $693.00 |
| 2012 BMW X5 ████████ <br> Pleasure - Age 44 <br> Liability Premium $351.00 <br> Comp / Coll Premium $295.00 | N,O,P,P1,Q,S,T <br> Roadside Assistance <br> Car Rental Reimbursement | *I334 (1014) Lienholder: <br> *I368 (1014) Bank of America NA <br> ATTN Title/Liens <br> PO Box 2759 <br> Jacksonville, FL 32203 | | $646.00 |

Section III Additional Insured(s):

Amy Dawn Dempsey

**Total Section III Annual Premium**        $2,095.00

*Endorsement printed in the Policy Booklet

**Section III is subject to the following additional endorsements:**

Endorsement I324 (1014) – New Vehicle Loan Coverage Endorsement (Printed in the Policy Booklet)
Endorsement I326 (1014) – New Vehicle Additional Coverage Endorsement (Printed in the Policy Booklet)

## Section IV - Inland Marine

| Limits of Liability | Description | Item Number | Deductible | Endorsement | Lienholder / Lessor | Annual Premium |
|---|---|---|---|---|---|---|
| Personal Property | | | | | | |
| | Scheduled Personal Property Endorsement - Jewelry | 1 | 0% | I418 (1014) | | $104.00 |

See attached schedules for a description of the property covered and the applicable limits of liability for each Section IV Endorsement that does not have a limit of liability shown.

**Section IV is subject to the following additional endorsements:**



FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO

275 Tierra Vista Drive · PO Box 4848 · Pocatello, ID · 83205

| | City Squire Policy<br>Declarations<br>Page 5 |
|---|---|

Policy Number: ██████
Effective Date: 09/27/2019

Total section IV annual premium         $104.00

**This policy is subject to the following forms and additional endorsements:**

Policy Booklet ████████ - City Squire Policy

Total Annual Premium         $3,426.00

Limits of liability are shown in whole dollars.                              **** THIS IS NOT A BILLING ****

**No contingent liability. The policy is without contingent liability and is nonassessable.**

### Endorsements

This is the Declarations for your new or renewal policy. Included are copies of any endorsements that pertain to it that are not in your policy booklet. If you make any modifications to the policy during the policy period, we will send you a replacement Declarations showing these changes. The replacement Declarations will continue to show which endorsements apply, but we will not send you new copies of these endorsements. We will send you a copy of any new endorsement that has been added or of any endorsement that has been changed.

### Federation Membership

This insurance is one of the benefits of the Idaho Farm Bureau Federation and is offered only to its members. While this policy is in force, you must maintain membership in the Idaho Farm Bureau Federation, Inc., and an affiliated county Farm Bureau. If you do not maintain this membership, you will not be eligible for this member service benefit and we will be required to cancel this insurance.

### Notice of Annual Meeting

The annual meeting of the members will be held at the home office at 275 Tierra Vista Drive, Pocatello, Idaho, at 10 a.m. on the first Friday of February unless the Board of Directors chooses a different time or place. This will be your only notice of this meeting unless the time or place is changed. Notice of any change will be sent to you not more than 60 days nor less than 10 days prior to the meeting. The meeting shall be held for the purpose of electing directors and the transaction of such other business as may properly come before such meeting. You are entitled to vote in person or proxy at the meeting.

*[signature]*

Insured's Copy ████                                          Authorized Representative ████

# Certificate of Service

I, Esteban Garcia, Hereby Certify that on <u>May 18, 2020</u>, a copy of the <u>*Stipulation Granting Adequate Protection*</u> which was filed in this matter, was served by electronic means through the Court's CM/ECF system or by United States Mail, with first class postage prepaid, to all parties listed below or on the attached mailing matrix:

<u>DEBTORS</u>

William E. Dempsey, II
Amy D. Dempsey
1720 E Sendero Lane
Boise, ID 83712

<u>DEBTOR'S ATTORNEY</u>

Holly Roark
Roark Law Offices
950 Bannock St. Ste. 1100
Boise, ID 83702
holly@roarklawboise.com

<u>U.S. Trustee</u>

United States Trustee
Washington Group Central Plaza
720 Park Blvd., Ste. 220
Boise, ID 83712
Ustp.region18.bs.ecf@usdoj.gov

DATED: May 18, 2020                          /s/Esteban Garcia
                                             ESTEBAN GARCIA