Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO – BOISE

| In Re: | Case No. 19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY, | Chapter 11 |
| Debtors and Debtors in Possession. | |

**DEBTORS-IN POSSESSION'S STATUS REPORT TO THE COURT RE FILING OF PLAN AND DISCLOSURE STATEMENT**

COMES NOW, the Debtors-in-Possession, WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY ("Debtors-in-Possession" and "DIP") and advise the Court of the status of the filing of the Plan and Disclosure Statement as follows:

1.      The Debtors-in-Possession believe it is realistic to have the Disclosure Statement and Plan on file before the end of the month of June 2020, and to set the Disclosure hearing for some time in July or early August at the latest.

2.      Yesterday, June 2, 2020, Jody Graham (Bolopue), the real estate appraiser hired by the Estate (Order entered as Docket No. 156 on May 20, 2020) appraised the Debtors' real property located at 1720 E. Sendero Lane, Boise, ID 83712.

3.      The Debtors-in-Possession believe they will have a report of Ms. Graham's appraisal in less than two weeks. It is likely that the DIP will need to amend Schedule A with respect to the real estate. The DIP will also be amending other Schedules prior to the filing of the Plan and

**DEBTORS-IN POSSESSION'S STATUS REPORT TO THE COURT RE FILING OF PLAN AND DISCLOSURE STATEMENT - 1**

Disclosure Statement and will do these amendments all at one time in order to keep the docket as clean as possible, which should also assist all parties and the Court in better ascertaining the status of assets, liabilities, income, expenses, and exemptions.

4.      The Debtors-in-Possession are continuing to evaluate various potential assets of the estate, including but not limited to preference and avoidance actions. With respect to such matters, if it is determined that any adversary proceedings need to be filed, which appears likely, Debtors-in-Possession believe it is realistic to have these actions filed on or around the same time as the filing of the Plan and Disclosure Statement, or at least within the next 60 days.

5.      Currently pending before the Court on June 16, 2020, are three matters:  BrunoBuilt, Inc.'s objection to the homestead exemption; the Stipulation for Adequate protection between the Debtors-in-Possession and Washington Trust Bank (second position lien on the home); and the Stipulation for Adequate protection between the Debtors-in-Possession and Bank of America (car creditor). It is likely that the first two matters will be resolved once the appraisal report is received by the Debtors-in-Possession and provided to all the parties. With respect to the third matter, there is not yet an objection on file.

DATED: June 3, 2020                                              ROARK LAW OFFICES


                                                                */s/Holly Roark*_____
                                                                *Counsel for Debtors-in-Possession*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 3, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-Possession <u>holly@roarklawboise.com</u>, <u>courtnotices@roarklawoffices.com</u>

Robert A. Faucher on behalf of creditor BrunoBuilt, Inc.: <u>rfaucher@hollandhart.com</u>

Brett R. Cahoon on behalf of US Trustee <u>ustp.region18.bs.ecf@usdoj.gov</u>

Trevor L. Hart on behalf of Washington Trust Bank: <u>tlh@perrylawpc.com</u>

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

N/A

/s/ *Holly Roark*
_____
Holly Roark

**DEBTORS-IN POSSESSION'S STATUS REPORT TO THE COURT RE FILING OF PLAN AND DISCLOSURE STATEMENT - 3**