Robert A. Faucher (ISB #4745)
Philip J. Griffin (ISB #11093)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email:   rfaucher@hollandhart.com
         pjgriffin@hollandhart.com

Attorneys for BrunoBuilt, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>WILLIAM E. DEMPSEY, II and<br>AMY D. DEMPSEY,<br><br>Debtors. | Case No. 19-01069-JMM<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, in addition to Robert A. Faucher, Philip J. Griffin of the law firm of Holland & Hart LLP hereby enters an appearance in this case on behalf of BrunoBuilt, Inc. ("Creditor"), and requests:

1.  That he be provided with copies of all documents or pleadings filed in the case;

2.  That he be included in the master mailing list as an attorney for Creditor; and

3.  That he be provided with copies of all notices as provided by Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE -** 1

All mailings should be addressed as follows:

>Robert A. Faucher
>Philip J. Griffin
>Holland & Hart LLP
>P.O. Box 2527
>Boise, ID  83701
>Email:  rfaucher@hollandhart.com
>pjgriffin@hollandhart.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct shall constitute a waiver of Creditor's rights including, but not limited to:

1. The right to have any and all final orders in any and all <u>Stern</u> and non-core matters entered only after de novo review by a United States District Court Judge;

2. The right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

3. The right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. All other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which Creditor is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by Creditor without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 2**

DATED this 4th day of June 2020.

        HOLLAND & HART LLP

        By /s/ *Philip J. Griffin*
           Robert A. Faucher, of the firm
           Philip J. Griffin, for the firm

        Attorneys for BrunoBuilt, Inc.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Holly Roark<br>ROARK LAW OFFICES<br>950 Bannock Street, Suite 1100<br>Boise, ID  83702<br>Telephone:  (208) 536-3638<br>*Attorneys for Debtors* | • holly@roarklawboise.com |
| Brett R. Cahoon<br>Office of the U.S. Trustee<br>720 Park Blvd., Suite 220<br>Boise, ID  83712<br>Telephone:  (208) 334-1300 | • ustp.region18.bs.ecf@usdoj.gov |
| Mark B. Perry<br>Trevor L. Hart<br>PERRY LAW, P.C.<br>P.O. Box 637<br>Boise, ID  83701-0637<br>Telephone:  (208) 338-1001<br>*Attorneys for Washington Trust Bank* | • mbp@perrylawpc.com<br>• tlh@perrylawpc.com |
| Jesse A. P. Baker<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA  92177-0933<br>Telephone:  (858) 750-7600<br>Facsimile:  (619) 590-1385<br>*Attorneys for Bank of America (NC)* | • ecfidb@aldridgepite.com |

        /s/ *Philip J. Griffin*
        Philip J. Griffin
        for HOLLAND & HART LLP

14778053_v1

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 4**