## CHAPTER 11 MONTHLY OPERATING REPORT

Case No.  19-01069-JMM                                    Report Month/Year  May-20

Debtor    WILLIAM & AMY DEMPSEY

---

This report is due 21 days after the end of the month.  Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement.  The report must be filed with the Court.

---

| The debtor has provided the following with this monthly operating report: | Yes | No |
|---|:---:|:---:|
| **UST-2A**    **Comparative Balance Sheet** | | ☑ |
| **UST-2B**    **Comparative Income Statement** | ☑ | |
| **UST-2C**    **Cash Receipts and Disbursements Statement** | ☑ | |
|       **UST-2C Continuation Sheet for Each Account** | ☑ | |
|       **Detailed List of Receipts and Disbursements for Each Account** | ☑ | |
|       **Bank Statement for Each Account** | ☑ | |
|       **Bank Reconciliation for Each Account** | ☑ | |
| **UST-2D**    **Supplemental Information** | | ☑ |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date:  **6/7/2020**

Name: WILLIAM DEMPSEY

Signature:

Title: DEBTOR IN POSSESSION

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**
**(Non-Business Debtor)**

Case No.   19-01069-JMM                          Report Month/Year _____ May-20 _____
Debtor     WILLIAM & AMY DEMPSEY

|  | Current Month | Total Post-Petition |
|---|---|---|
| **CASH INCOME** | **See attached QuickBooks report** | |
| Net W | | |
| Renta | | |
| Sale o | | |
| Post-F | | |
| Other: | | |
| Other: | | |
| **TOTAL CASH IN** | | 0 |
| **CASH EXPENSE** | | |
| Auto L | | |
| Dome: | | |
| Insura | | |
| Mortga | | |
| Other | | |
| Perso | | |
| Rent | | |
| Profes | | |
| UST C | | |
| #### | | |
| Other: | | |
| **TOTAL CASH EX** | | 0 |
| **NET CASH INCO** | | 0 |

# William and Amy Dempsey
## Profit & Loss
**May 2020**

|  | May 20 | 9.17.19 - May 20 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000 · Wages** | | |
| 4002 · Wages - Bill | 15,750.00 | 147,400.00 |
| 4004 · Wages - Amy | 15,900.00 | 145,170.91 |
| Total 4000 · Wages | 31,650.00 | 292,570.91 |
| 4100 · Reimbursed Business Expenses | 0.00 | 5,850.86 |
| 4200 · Miscellaneous Income | 0.00 | 956.31 |
| Total Income | 31,650.00 | 299,378.08 |
| **Cost of Goods Sold** | | |
| **5000 · Payroll Deductions** | | |
| 5100 · Social Security | 1,902.26 | 11,004.09 |
| 5102 · Medicare | 444.88 | 4,250.39 |
| 5104 · Federal Withholding | 4,721.16 | 43,566.20 |
| 5106 · State Withholding | 1,536.00 | 14,585.00 |
| 5108 · 401K Contribution | 3,165.00 | 28,427.08 |
| 5110 · Dental Insurance | 74.78 | 635.63 |
| 5112 · Health Spending Account | 795.00 | 5,375.00 |
| 5114 · Medical Insurance | 220.00 | 1,745.00 |
| 5115 · Vision Insurance | 22.58 | 112.90 |
| Total 5000 · Payroll Deductions | 12,881.66 | 109,701.29 |
| Total COGS | 12,881.66 | 109,701.29 |
| **Gross Profit** | 18,768.34 | 189,676.79 |
| **Expense** | | |
| 6000 · Groceries | 2,977.16 | 16,898.01 |
| 6002 · Bank Fees | 0.00 | 79.05 |
| 6004 · Insurance | 206.22 | 1,650.36 |
| 6006 · Life Insurance | 0.00 | 918.00 |
| 6007 · Disability Insurance | 0.00 | 1,384.32 |
| 6008 · HOA Dues | 0.00 | 1,800.00 |
| 6011 · Home Repairs and Maintenance | 3,165.06 | 10,055.43 |
| **6012 · Utilities** | | |
| 6013 · Gas | 61.17 | 642.42 |
| 6014 · Power | 159.60 | 1,376.60 |
| 6015 · Water | 137.59 | 946.13 |
| 6016 · Sewer and Trash | 0.00 | 530.20 |
| 6017 · Cellular Phone | 349.20 | 2,997.99 |
| Total 6012 · Utilities | 707.56 | 6,493.34 |
| 6018 · Clothing | 300.00 | 3,729.42 |
| 6019 · Charitable Contributions | 300.00 | 750.00 |
| 6020 · Kids School and Recreation | -964.12 | 14,327.29 |
| 6022 · Gifts | 93.08 | 1,056.44 |
| 6024 · Internet | 80.00 | 722.99 |
| 6026 · Cable | 85.97 | 743.24 |

**William and Amy Dempsey**

**Profit & Loss**

**May 2020**

| | May 20 | 9.17.19 - May 20 |
|---|---|---|
| 6027 · Dues & Subscriptions | 70.29 | 219.28 |
| 6028 · Hair and Beauty Care | 222.75 | 2,947.03 |
| 6029 · Drycleaning | 0.00 | 151.02 |
| 6030 · Healthcare | 0.00 | 187.83 |
| 6032 · Prescriptions | 0.00 | 376.92 |
| 6035 · Auto Maintenance & Registration | 1,112.30 | 4,657.28 |
| 6036 · Gas, Parking, Uber | 100.91 | 1,264.07 |
| 6037 · Miscellaneous | 56.17 | 1,643.97 |
| 6038 · Meals | 477.98 | 5,438.31 |
| 6039 · Entertainment | 119.68 | 1,027.67 |
| 6040 · Travel | 0.00 | 4,710.11 |
| 6041 · Legal and Professional Fees | 0.00 | 2,707.00 |
| 6042 · Trustee Fees | 0.00 | 1,950.00 |
| 6100 · Real Estate Taxes | 0.00 | 671.64 |
| **Total Expense** | 9,111.01 | 88,560.02 |
| **Net Ordinary Income** | 9,657.33 | 101,116.77 |
| Other Income/Expense | | |
| Other Expense | | |
| 7200 · Reimbursable Business Expenses | 0.00 | 5,622.62 |
| **Total Other Expense** | 0.00 | 5,622.62 |
| **Net Other Income** | 0.00 | -5,622.62 |
| **Net Income** | **9,657.33** | **95,494.15** |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

Case No.   19-01069-JMM

Debtor      WILLIAM & AMY DEMPSEY

Report Month/Year _____ May-20

| SUMMARY | | Current Month | Total Post-Petition |
|---|---|---|---|
| **Beginning cash balance, per Debtor's books (all acccounts)** | $ | 109,246.34 | $ |
| **Total cash receipts** (from UST-2C continuation sheets) | | 29,699.84 | |
| **Total cash disbursements** from (UST-2C continuation sheets) | | 20,042.51 | |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ | 9,657.33 | 0 |
| **Ending cash balance, per Debtor's books (all accounts)** | $ | 118,903.67 | $ 0 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.   19-01069-JMM                                         Report Month/Year _____ May-20
Debtor      WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**   Washington Trust Bank
**Account number:**              0991

**Beginning cash balance, per Debtor's books**          $         2,366.22

Add:        Transfers in from other estate bank accounts                 9,000.00
              Cash receipts deposited to this account                          -

Subtract:  Transfers out to other estate bank accounts                     -
              **Cash disbursements** from this account                  11,042.51

Adjustments, explanation:  *Refunds from canceled educational*          1,931.50
*activities*
**Net cash flow**                                                  $        (111.01)
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**              $         2,255.21
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☑ | |
| ● Bank statement | ☑ | |
| ● Bank reconcilation | ☑ | |

United States Trustee-District of Idaho

1:28 PM

06/07/20

## William and Amy Dempsey
## Reconciliation Summary
### 1000 · WA Trust Household Acct-0991, Period Ending 05/31/2020

|  | May 31, 20 |
|---|---|
| **Beginning Balance** | 2,366.22 |
| **Cleared Transactions** |  |
| **Checks and Payments - 95 items** | -11,042.51 |
| **Deposits and Credits - 5 items** | 10,931.50 |
| **Total Cleared Transactions** | -111.01 |
| **Cleared Balance** | **2,255.21** |
| **Register Balance as of 05/31/2020** | 2,255.21 |
| **Ending Balance** | 2,255.21 |

1:28 PM

06/07/20

# William and Amy Dempsey
# Reconciliation Detail
### 1000 · WA Trust Household Acct-0991, Period Ending 05/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,366.22 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 95 items** | | | | | | |
| Check | 05/01/2020 | 175 | Shawn McKay | X | -300.00 | -300.00 |
| Check | 05/01/2020 | 174 | Raquel Ruiz | X | -112.00 | -412.00 |
| Check | 05/01/2020 | 170 | Boise High | X | -75.00 | -487.00 |
| Check | 05/01/2020 | Auto | Burger King | X | -33.73 | -520.73 |
| Check | 05/04/2020 | Auto | Colin Dempsey | X | -300.00 | -820.73 |
| Check | 05/04/2020 | Auto | EF Tours | X | -123.00 | -943.73 |
| Check | 05/04/2020 | Auto | Lauren Dempsey | X | -100.00 | -1,043.73 |
| Check | 05/04/2020 | Auto | Colin Dempsey | X | -100.00 | -1,143.73 |
| Check | 05/04/2020 | Auto | M&W Markets | X | -42.38 | -1,186.11 |
| Check | 05/04/2020 | Auto | Amazon | X | -42.27 | -1,228.38 |
| Check | 05/04/2020 | Auto | Starbucks | X | -12.19 | -1,240.57 |
| Check | 05/04/2020 | Auto | Apple ITunes | X | -2.99 | -1,243.56 |
| Check | 05/05/2020 | Auto | AT&T | X | -349.20 | -1,592.76 |
| Check | 05/05/2020 | Auto | Amazon | X | -10.59 | -1,603.35 |
| Check | 05/06/2020 | Bill Pay | CuttingEdge | X | -107.59 | -1,710.94 |
| Check | 05/06/2020 | Auto | M&W Markets | X | -77.18 | -1,788.12 |
| Check | 05/06/2020 | Auto | Lauren Dempsey | X | -50.00 | -1,838.12 |
| Check | 05/06/2020 | Auto | The Home Depot | X | -4.69 | -1,842.81 |
| Check | 05/07/2020 | Auto | Costco | X | -374.02 | -2,216.83 |
| Check | 05/07/2020 | Auto | Farm Bureau | X | -206.22 | -2,423.05 |
| Check | 05/07/2020 | Auto | Costco | X | -70.29 | -2,493.34 |
| Check | 05/07/2020 | Auto | Amazon | X | -56.17 | -2,549.51 |
| Check | 05/07/2020 | Auto | Amazon | X | -42.27 | -2,591.78 |
| Check | 05/07/2020 | Auto | Kindle | X | -9.99 | -2,601.77 |
| Check | 05/08/2020 | 179 | Shawn McKay | X | -400.00 | -3,001.77 |
| Check | 05/08/2020 | 177 | Diocese of Boise | X | -300.00 | -3,301.77 |
| Check | 05/08/2020 | Auto | Paypal | X | -93.08 | -3,394.85 |
| Check | 05/08/2020 | 176 | Ada County Assessor | X | -77.45 | -3,472.30 |
| Check | 05/08/2020 | Auto | Intermountain Gas ... | X | -61.17 | -3,533.47 |
| Check | 05/08/2020 | Auto | Idaho Pizza Company | X | -59.47 | -3,592.94 |
| Check | 05/08/2020 | Auto | Other | X | -35.90 | -3,628.84 |
| Check | 05/11/2020 | Auto | Treasure Valley Briti... | X | -737.64 | -4,366.48 |
| Check | 05/11/2020 | 178 | Raquel Ruiz | X | -112.00 | -4,478.48 |
| Check | 05/11/2020 | Auto | Lauren Dempsey | X | -100.00 | -4,578.48 |
| Check | 05/11/2020 | Auto | Colin Dempsey | X | -100.00 | -4,678.48 |
| Check | 05/11/2020 | Auto | M&W Markets | X | -80.35 | -4,758.83 |
| Check | 05/11/2020 | Auto | M&W Markets | X | -56.42 | -4,815.25 |
| Check | 05/11/2020 | Auto | Amazon | X | -43.18 | -4,858.43 |
| Check | 05/11/2020 | Auto | The Home Depot | X | -42.40 | -4,900.83 |
| Check | 05/11/2020 | Auto | The Home Depot | X | -35.99 | -4,936.82 |
| Check | 05/11/2020 | Auto | Electric Chair | X | -35.00 | -4,971.82 |
| Check | 05/11/2020 | Auto | Chevron | X | -33.96 | -5,005.78 |
| Check | 05/11/2020 | Auto | Albertsons | X | -31.87 | -5,037.65 |
| Check | 05/11/2020 | Auto | Chick-fil-a | X | -17.15 | -5,054.80 |
| Check | 05/11/2020 | Auto | Mister Car Wash | X | -15.00 | -5,069.80 |
| Check | 05/11/2020 | Auto | Burger King | X | -14.17 | -5,083.97 |
| Check | 05/11/2020 | Auto | Starbucks | X | -12.19 | -5,096.16 |
| Check | 05/11/2020 | Auto | Amazon | X | -8.77 | -5,104.93 |
| Check | 05/12/2020 | Auto | Shell | X | -28.86 | -5,133.79 |
| Check | 05/12/2020 | Auto | Vudu | X | -10.59 | -5,144.38 |
| Check | 05/13/2020 | Bill Pay | CuttingEdge | X | -343.52 | -5,487.90 |
| Check | 05/13/2020 | Auto | Idaho Power | X | -159.60 | -5,647.50 |
| Check | 05/14/2020 | Auto | Albertsons | X | -118.28 | -5,765.78 |
| Check | 05/14/2020 | Auto | Lauren Dempsey | X | -50.00 | -5,815.78 |
| Check | 05/15/2020 | 181 | Shawn McKay | X | -375.00 | -6,190.78 |
| Check | 05/15/2020 | Auto | Other | X | -169.38 | -6,360.16 |
| Check | 05/15/2020 | 180 | Raquel Ruiz | X | -112.00 | -6,472.16 |
| Check | 05/15/2020 | Auto | Colin Dempsey | X | -100.00 | -6,572.16 |
| Check | 05/15/2020 | Auto | Shell | X | -38.09 | -6,610.25 |
| Check | 05/15/2020 | Auto | Vudu | X | -3.99 | -6,614.24 |
| Check | 05/18/2020 | Auto | Carpet  Cleaning | X | -2,010.00 | -8,624.24 |
| Check | 05/18/2020 | Auto | 10 Barrel | X | -52.08 | -8,676.32 |
| Check | 05/18/2020 | Auto | Amazon | X | -15.80 | -8,692.12 |
| Check | 05/18/2020 | Auto | Vudu | X | -13.77 | -8,705.89 |
| Check | 05/18/2020 | Auto | Vudu | X | -5.29 | -8,711.18 |

1:28 PM

06/07/20

**William and Amy Dempsey**
**Reconciliation Detail**
1000 · WA Trust Household Acct-0991, Period Ending 05/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 05/18/2020 | Auto | Vudu | X | -2.99 | -8,714.17 |
| Check | 05/19/2020 | Auto | M&W Markets | X | -74.26 | -8,788.43 |
| Check | 05/20/2020 | Auto | Amazon | X | -28.66 | -8,817.09 |
| Check | 05/20/2020 | Auto | Apple ITunes | X | -14.99 | -8,832.08 |
| Check | 05/21/2020 | Auto | Suez Water Idaho | X | -137.59 | -8,969.67 |
| Check | 05/21/2020 | Auto | Chick-fil-a | X | -8.26 | -8,977.93 |
| Check | 05/22/2020 | 183 | Shawn McKay | X | -375.00 | -9,352.93 |
| Check | 05/22/2020 | 182 | Raquel Ruiz | X | -112.00 | -9,464.93 |
| Check | 05/22/2020 | Auto | Amazon | X | -45.53 | -9,510.46 |
| Check | 05/22/2020 | Auto | Diamond Heating & ... | X | -27.00 | -9,537.46 |
| Check | 05/22/2020 | Auto | Amazon | X | -22.54 | -9,560.00 |
| Check | 05/22/2020 | Auto | Vudu | X | -14.83 | -9,574.83 |
| Check | 05/22/2020 | Auto | M&W Markets | X | -12.12 | -9,586.95 |
| Check | 05/26/2020 | Auto | Idaho Liquor | X | -130.17 | -9,717.12 |
| Check | 05/26/2020 | Auto | Hulu | X | -85.97 | -9,803.09 |
| Check | 05/26/2020 | Auto | Sparklight | X | -80.00 | -9,883.09 |
| Check | 05/26/2020 | Auto | WINCO | X | -75.42 | -9,958.51 |
| Check | 05/26/2020 | Auto | Tap House | X | -72.66 | -10,031.17 |
| Check | 05/26/2020 | Auto | Edge Brewing | X | -70.78 | -10,101.95 |
| Check | 05/26/2020 | Auto | Idaho Pizza Company | X | -66.19 | -10,168.14 |
| Check | 05/26/2020 | Auto | M&W Markets | X | -45.38 | -10,213.52 |
| Check | 05/26/2020 | Auto | Amazon | X | -43.59 | -10,257.11 |
| Check | 05/26/2020 | Auto | Amazon | X | -24.26 | -10,281.37 |
| Check | 05/26/2020 | Auto | Netflix | X | -15.99 | -10,297.36 |
| Check | 05/26/2020 | Auto | Dawson Taylor | X | -11.02 | -10,308.38 |
| Check | 05/27/2020 | Auto | Other | X | -282.21 | -10,590.59 |
| Check | 05/27/2020 | Auto | Amazon | X | -7.73 | -10,598.32 |
| Check | 05/28/2020 | Auto | Robin Arrowood | X | -132.00 | -10,730.32 |
| Check | 05/29/2020 | 185 | Shawn McKay | X | -300.00 | -11,030.32 |
| Check | 05/29/2020 | Auto | Starbucks | X | -12.19 | -11,042.51 |
| | | | Total Checks and Payments | | -11,042.51 | -11,042.51 |
| | | | **Deposits and Credits - 5 items** | | | |
| Deposit | 05/01/2020 | | | X | 3,000.00 | 3,000.00 |
| Deposit | 05/07/2020 | | | X | 1,000.00 | 4,000.00 |
| Deposit | 05/08/2020 | | | X | 1,281.50 | 5,281.50 |
| Deposit | 05/13/2020 | | | X | 650.00 | 5,931.50 |
| Deposit | 05/14/2020 | | | X | 5,000.00 | 10,931.50 |
| | | | Total Deposits and Credits | | 10,931.50 | 10,931.50 |
| | | | Total Cleared Transactions | | -111.01 | -111.01 |
| | | | Cleared Balance | | -111.01 | 2,255.21 |
| | | | Register Balance as of 05/31/2020 | | -111.01 | 2,255.21 |
| | | | **Ending Balance** | | **-111.01** | **2,255.21** |

Statement of Account

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

| | |
|---|---|
| Statement Start | May 1,2020 |
| Statement End | May 31,2020 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 1 of 7 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #1901069
1720 E SENDERO LN
BOISE ID 83712-6628



for being a valued Washington Trust Bank client.

---

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 0991 | $2,255.21 |

---

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING                                    Account #0991

| | | | |
|---|---|---|---|
| Beginning Balance | $2,366.22 | Average Ledger | $3,899.80 |
| +  Deposits/Credits (5) | $10,931.50 | Average Collected | $3,899.80 |
| -  Checks/Debits (95) | $11,042.51 | | |
| -  Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $2,255.21 | | |

### Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 5/01 | Trsf from SIMPCKG 501200525 | 1015 Confirmation number | 3,000.00 | |
| 5/01 | BURGER KING BOISE 04/29/20 58974237 | ID C#6189 DBT CRD 1318 | | 33.73 |




## Washington Trust Bank

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | May 1,2020 |
| Statement End | May 31,2020 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 2 of 7 |






## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 5/04 | M & W MARKE 1835 WARM SPRINGS POS DEB 1438 05/01/20 51055600 BOISE        ID C#6171 | | 42.38 |
| 5/04 | AMAZON.COM* AMAZON.COM POS DEB 1814 05/03/20 UR8JO0VW SEATTLE        WA C#6171 | | 42.27 |
| 5/04 | STARBUCKS S BOISE        ID C#6171 DBT CRD 0856 04/30/20 02145686 | | 12.19 |
| 5/04 | EF Educatio 800-6655364   MA C#6189 DBT CRD 0209 05/02/20 57893955 | | 123.00 |
| 5/04 | APPLE.COM/B 866-712-7753  CA C#6171 DBT CRD 0524 05/03/20 74438940 | | 2.99 |
| 5/04 | Transf to Checking        32787 Confirmation number 504200926 | | 100.00 |
| 5/04 | Transf to Checking        32761 clothing Confirmation number  504201748 | | 300.00 |
| 5/04 | Transf to Checking        32761 Confirmation number 504203924 | | 100.00 |
| 5/05 | AMZN Mktp U Amzn.com/bill WA C#6171 DBT CRD 1718 05/04/20 02867547 | | 10.59 |
| 5/05 | AT&T*BILL P 800-331-0500  TX C#6171 DBT CRD 2026 05/04/20 52061368 | | 349.20 |
| 5/06 | M & W MARKE 1835 WARM SPRINGS POS DEB 1535 05/20/20 58805800 BOISE        ID C#6171 | | 77.18 |
| 5/06 | NST THE HOM 1200 MILWAUKEE ST POS DEB 1609 05/05/20 04524001 BOISE        ID C#6171 | | 4.69 |
| 5/06 | Transf to Checking        32787 Confirmation number 506200840 | | 50.00 |
| 5/07 | Trsf from SIMPCKG        1015 car repair Confirmation number  507200216 | 1,000.00 | |
| 5/07 | AMAZON.COM* AMAZON.COM POS DEB 0630 05/07/20 TYP6SKKI SEATTLE        WA C#6171 | | 42.27 |
| 5/07 | AMAZON.COM* AMAZON.COM POS DEB 1130 05/07/20 G0QZ9HB8 SEATTLE        WA C#6171 | | 56.17 |
| 5/07 | COSTCO WHSE BOISE        ID C#6189 DBT CRD 1835 05/06/20 49153515 | | 70.29 |
| 5/07 | COSTCO WHSE BOISE        ID C#6171 DBT CRD 1837 05/06/20 50258625 | | 374.02 |
| 5/07 | Kindle Unlt 866-321-8851  WA C#6189 DBT CRD 2203 05/07/20 10381082 | | 9.99 |
| 5/07 | FB INS PMT FARM BUREAU MUTU William Dempsey II FBBC*****4001 PPD | | 206.22 |
| 5/08 | AMIGOS MEXI BOISE        ID C#6171 DBT CRD 1249 05/06/20 41546408 | | 35.90 |

**FDIC**

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

### Statement of Account

| | |
|---|---|
| Statement Start | May 1, 2020 |
| Statement End | May 31, 2020 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 3 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 5/08 | IDAHO PIZZA BOISE         ID C#6189 DBT CRD 1846 05/06/20 56060108 | | 59.47 |
| 5/08 | PAYPAL *THE 402-935-7733  CA C#6171 DBT CRD 2049 05/06/20 65619283 | | 93.08 |
| 5/08 | Bill Paid-INTERMOUNTAIN GAS CO MPANY Conf #372 | | 61.17 |
| 5/11 | ACT*Stanfor 877-228-4881  TX C#6171 POS CRE 0000 05/09/20 51458056 | 1,281.50 | |
| 5/11 | M & W MARKE 1835 WARM SPRINGS POS DEB 1226 05/08/20 72523600 BOISE        ID C#6171 | | 80.35 |
| 5/11 | AMAZON.COM* AMAZON.COM POS DEB 2100 05/08/20 9JM92IKG SEATTLE        WA C#6171 | | 43.18 |
| 5/11 | M & W MARKE 1835 WARM SPRINGS POS DEB 1422 05/10/20 86633700 BOISE        ID C#6171 | | 56.42 |
| 5/11 | TREASURE VA BOISE         ID C#6189 DBT CRD 0846 05/07/20 95914174 | | 737.64 |
| 5/11 | STARBUCKS S BOISE         ID C#6189 DBT CRD 0902 05/07/20 05356345 | | 12.19 |
| 5/11 | THE ELECTRI BOISE         ID C#6171 DBT CRD 1004 05/08/20 42412647 | | 35.00 |
| 5/11 | THE HOME DE BOISE         ID C#6171 DBT CRD 1108 05/09/20 80991936 | | 42.40 |
| 5/11 | THE HOME DE BOISE         ID C#6189 DBT CRD 1136 05/09/20 97757772 | | 35.99 |
| 5/11 | CHICK-FIL-A BOISE         ID C#6171 DBT CRD 1157 05/09/20 10195962 | | 17.15 |
| 5/11 | BURGER KING BOISE         ID C#6171 DBT CRD 1227 05/09/20 28298243 | | 14.17 |
| 5/11 | MISTER CAR BOISE         ID C#6171 DBT CRD 0859 05/10/20 03555174 | | 15.00 |
| 5/11 | ALBERTSONS BOISE         ID C#6171 DBT CRD 0928 05/10/20 21075835 | | 31.87 |
| 5/11 | CHEVRON 020 BOISE         ID C#6171 DBT CRD 1627 05/10/20 70416381 | | 33.96 |
| 5/11 | Amazon.com* Amzn.com/bill WA C#6171 DBT CRD 2304 05/11/20 46753804 | | 8.77 |
| 5/11 | Transf to Checking         32761 Confirmation number 511201561 | | 100.00 |
| 5/11 | Transf to Checking         32787 Confirmation number 511201821 | | 100.00 |
| 5/12 | SHELL OIL 5 BOISE         ID C#6171 DBT CRD 0935 05/10/20 23084226 | | 28.86 |

**FDIC**

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | May 1,2020 |
| Statement End | May 31,2020 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 4 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 5/12 | VUDU.COM 408-492-1010  CA C#6171 DBT CRD 1203 05/11/20 13809155 | | 10.59 |
| 5/13 | ACT*AFASpor 877-228-4881  TX C#6171 POS CRE 0000 05/12/20 43673930 | 650.00 | |
| 5/13 | Bill Paid-IDAHO POWER COMPANY Conf #374 | | 159.60 |
| 5/14 | Trsf from SIMPCKG        1015 Confirmation number 514202246 | 5,000.00 | |
| 5/14 | ALBERTSONS BOISE        ID C#6171 DBT CRD 1744 05/13/20 18654901 | | 118.28 |
| 5/14 | Transf to Checking        32787 Confirmation number 514200759 | | 50.00 |
| 5/15 | SHELL OIL 5 BOISE        ID C#6171 DBT CRD 1732 05/13/20 09715152 | | 38.09 |
| 5/15 | BASEBALL NO STRIPE.COM   NY C#6171 DBT CRD 1642 05/14/20 81222147 | | 169.38 |
| 5/15 | VUDU.COM 408-492-1010  CA C#6171 DBT CRD 2316 05/14/20 54120748 | | 3.99 |
| 5/15 | Transf to Checking        32761 Confirmation number 515202655 | | 100.00 |
| 5/18 | AMAZON.COM* AMAZON.COM POS DEB 1813 05/17/20 I696ZNE9 SEATTLE        WA C#6171 | | 15.80 |
| 5/18 | TST* 10 BAR 208-344-5870  ID C#6171 DBT CRD 1337 05/15/20 70352596 | | 52.08 |
| 5/18 | ZEROREZ OF BOISE        ID C#6171 DBT CRD 1541 05/16/20 45146877 | | 2,010.00 |
| 5/18 | VUDU.COM 408-492-1010  CA C#6171 DBT CRD 1643 05/17/20 82162543 | | 5.29 |
| 5/18 | VUDU.COM 408-492-1010  CA C#6171 DBT CRD 1644 05/17/20 82646063 | | 13.77 |
| 5/18 | VUDU.COM 408-492-1010  CA C#6171 DBT CRD 2339 05/17/20 67442623 | | 2.99 |
| 5/19 | M & W MARKE 1835 WARM SPRINGS POS DEB 1530 05/18/20 19217500 BOISE        ID C#6171 | | 74.26 |
| 5/20 | AMAZON.COM* AMAZON.COM POS DEB 0715 05/20/20 7FKOMWK2 SEATTLE        WA C#6189 | | 28.66 |
| 5/20 | APPLE.COM/B 866-712-7753  CA C#6171 DBT CRD 0937 05/19/20 26770330 | | 14.99 |
| 5/21 | CHICK-FIL-A BOISE        ID C#6171 DBT CRD 1534 05/19/20 40422171 | | 8.26 |
| 5/21 | Bill Paid-SUEZ WATER Conf #375 | | 137.59 |
| 5/22 | AMAZON.COM* AMAZON.COM POS DEB 0738 05/20/20 005Q0BUX SEATTLE        WA C#6189 | | 22.54 |

MEMBER FDIC

 Washington Trust Bank

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | May 1,2020 |
| Statement End | May 31,2020 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 5 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 5/22 | M & W MARKE 1835 WARM SPRINGS POS DEB 1802 05/21/20 22793600 BOISE       ID C#6171 | | 12.12 |
| 5/22 | AMAZON.COM* AMAZON.COM POS DEB 2000 05/21/20 6NG754SZ SEATTLE      WA C#6171 | | 45.53 |
| 5/22 | DIAMOND HEA BOISE        ID C#6171 DBT CRD 0921 05/20/20 16999351 | | 27.00 |
| 5/22 | VUDU.COM 408-492-1010  CA C#6171 DBT CRD 2200 05/21/20 08407550 | | 14.83 |
| 5/26 | AMAZON.COM* AMAZON.COM POS DEB 2107 05/23/20 I8CEF2VG SEATTLE      WA C#6171 | | 24.26 |
| 5/26 | M & W MARKE 1835 WARM SPRINGS POS DEB 1649 05/24/20 36975400 BOISE       ID C#6171 | | 45.38 |
| 5/26 | AMAZON.COM* AMAZON.COM POS DEB 0133 05/26/20 KK4SI503 SEATTLE      WA C#6171 | | 43.59 |
| 5/26 | TAPHOUSE PU BOISE        ID C#6171 DBT CRD 1409 05/21/20 89434361 | | 72.66 |
| 5/26 | NEWWAVSPRKL 877-6922253   AZ C#6171 DBT CRD 0713 05/22/20 39850839 | | 80.00 |
| 5/26 | DAWSON TAYL BOISE        ID C#6171 DBT CRD 0937 05/22/20 26473270 | | 11.02 |
| 5/26 | EDGE BREWIN BOISE        ID C#6171 DBT CRD 1500 05/22/20 20372875 | | 70.78 |
| 5/26 | ID LIQUOR S BOISE        ID C#6171 DBT CRD 1905 05/22/20 03223010 | | 130.17 |
| 5/26 | WINCO FOODS Boise        ID C#6171 DBT CRD 1031 05/24/20 59043093 | | 75.42 |
| 5/26 | IDAHO PIZZA BOISE        ID C#6189 DBT CRD 1928 05/24/20 16962913 | | 66.19 |
| 5/26 | HLU*Hulu 11 HULU.COM/BILL CA C#6171 DBT CRD 0121 05/23/20 28661189 | | 85.97 |
| 5/26 | NETFLIX COM NETFLIX COM POS DEB 1042 05/24/20 10130180 LOS GATOS     CA C#6171 | | 15.99 |
| 5/27 | FIRESTONE10 BOISE        ID C#6171 DBT CRD 1606 05/25/20 59742192 | | 282.21 |
| 5/27 | Amazon.com* Amzn.com/bill WA C#6171 DBT CRD 0333 05/26/20 08283614 | | 7.73 |
| 5/28 | SQ *ROBIN A SQUARE PURCHASE POS DEB 1748 05/28/20 17295138 BOISE       ID C#6189 | | 132.00 |
| 5/29 | STARBUCKS S BOISE        ID C#6189 DBT CRD 0913 05/27/20 12054286 | | 12.19 |

MEMBER
FDIC

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | May 1,2020 |
| Statement End | May 31,2020 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 6 of 7 |

   

## Checks Posted

| Check No | Date | Amount | Check No | Date | Amount |
|---|---|---|---|---|---|
| 105 | 5/06 | 107.59 | 178 | 5/11 | 112.00 |
| 106 | 5/13 | 343.52 | 179 | 5/08 | 400.00 |
| 170* | 5/01 | 75.00 | 180 | 5/15 | 112.00 |
| 174* | 5/01 | 112.00 | 181 | 5/15 | 375.00 |
| 175 | 5/01 | 300.00 | 182 | 5/22 | 112.00 |
| 176 | 5/08 | 77.45 | 183 | 5/22 | 375.00 |
| 177 | 5/08 | 300.00 | 185* | 5/29 | 300.00 |

*Denotes gap in check sequence*

Total Checks = $3,101.56

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 4,845.49 | 5/12 | 2,503.34 | 5/21 | 4,319.79 |
| 5/04 | 4,122.66 | 5/13 | 2,650.22 | 5/22 | 3,710.77 |
| 5/05 | 3,762.87 | 5/14 | 7,481.94 | 5/26 | 2,989.34 |
| 5/06 | 3,523.41 | 5/15 | 6,683.48 | 5/27 | 2,699.40 |
| 5/07 | 3,764.45 | 5/18 | 4,583.55 | 5/28 | 2,567.40 |
| 5/08 | 2,737.38 | 5/19 | 4,509.29 | 5/29 | 2,255.21 |
| 5/11 | 2,542.79 | 5/20 | 4,465.64 | | |

MEMBER FDIC

**To Reconcile Your Account**

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

**If Your Statement and Checkbook Do Not Agree**

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

**In Case of Irregularities on This Statement**

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

**In Case of Errors or Questions About Electronic Funds Transfers**

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

09/17

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  19-01069-JMM                    Report Month/Year _____ May-20
Debtor    WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    Washington Trust Bank
**Account number:**               1007

**Beginning cash balance, per Debtor's books**        $      1,000.00

Add:       Transfers in from other estate bank accounts                 -
           Cash receipts deposited to this account                      -

Subtract:  Transfers out to other estate bank accounts                  -
           **Cash disbursements** from this account                     -

Adjustments, if any (explain)

**Net cash flow**                                     $           -
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**          $      1,000.00
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☑ | |
| ● Bank statement | ☑ | |
| ● Bank reconcilation | ☑ | |

1:29 PM

06/07/20

**William and Amy Dempsey**
# Reconciliation Summary
**1002 · WA Trust Hsehold Savings-1007, Period Ending 05/31/2020**

|  | May 31, 20 |
|---|---|
| **Beginning Balance** | 1,000.00 |
| **Cleared Balance** | 1,000.00 |
| **Register Balance as of 05/31/2020** | 1,000.00 |
| **Ending Balance** | 1,000.00 |

1:29 PM

06/07/20

## William and Amy Dempsey
## Reconciliation Detail
### 1002 · WA Trust Hsehold Savings-1007, Period Ending 05/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,000.00 |
| Cleared Balance | | | | | | 1,000.00 |
| Register Balance as of 05/31/2020 | | | | | | 1,000.00 |
| **Ending Balance** | | | | | | **1,000.00** |

Statement of Account

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

| | |
|---|---|
| Statement Start | May 1,2020 |
| Statement End | May 31,2020 |
| Account Number | 1007 |
| Total Days in Statement Period | 31 |
| Page | 1 of 2 |



WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #19-01069
1720 E SENDERO LN
BOISE ID 83712-6628


for being a valued Washington Trust Bank client.

---

**SUMMARY OF ACCOUNTS**

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1007 | $1,000.00 |

---

**CHECKING ACCOUNTS**

**SIMPLICITY CHECKING**                                    **Account #1007**

| | | | |
|---|---|---|---|
| Beginning Balance | $1,000.00 | Average Ledger | $1,000.00 |
| + Deposits/Credits (0) | $0.00 | Average Collected | $1,000.00 |
| - Checks/Debits (0) | $0.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $1,000.00 | | |

**Daily Balance Information**

| Date | Balance |
|---|---|
| 5/01 | 1,000.00 |

MEMBER FDIC

**To Reconcile Your Account**

| | | | | |
|---|---|---|---|---|
| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | | |
| Transactions | Amount | Transactions | Amount | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total | | | |

| | | | |
|---|---|---|---|
| Ending Balance This Statement | | | |
| Add Deposits Not Shown On Statement | + | | |
| Subtotal | | | |
| Subtract Total Outstanding Transactions | – | | |
| *Current Available Balance | $ | | |
| Ending Balance from Checkbook | | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | | |
| *Current Available Balance | $ | | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | | |

**If Your Statement and Checkbook Do Not Agree**

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

**In Case of Irregularities on This Statement**

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

**In Case of Errors or Questions About Electronic Funds Transfers**

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already have an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

09/17

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.   19-01069-JMM                          Report Month/Year _____ May-20
Debtor       WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    Washington Trust Bank
**Account number:**                    1015

**Beginning cash balance, per Debtor's books**           $       105,880.12

Add:        Transfers in from other estate bank accounts                                 -
                Cash receipts deposited to this account                        18,768.34

Subtract:  Transfers out to other estate bank accounts                      9,000.00
                **Cash disbursements** from this account                                -

Adjustments, if any (explain)

**Net cash flow**                                                           $         9,768.34
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**              $       115,648.46
(beginning balance plus net cash flow)

Does this CONTINUATION SHEET include the following supporting documents?          Yes          No

- Detailed list of receipts and disbursements                    ☑
- Bank statement                                                            ☑
- Bank reconcilation                                                        ☑

1:31 PM

06/07/20

# William and Amy Dempsey
## Reconciliation Summary
### 1004 · WA Trust Account for Debt-1015, Period Ending 05/31/2020

|  | May 31, 20 |
|---|---|
| **Beginning Balance** | 105,880.12 |
| **Cleared Transactions** |  |
| **Checks and Payments - 3 items** | -9,000.00 |
| **Deposits and Credits - 4 items** | 18,768.34 |
| **Total Cleared Transactions** | 9,768.34 |
| **Cleared Balance** | **115,648.46** |
| **Register Balance as of 05/31/2020** | 115,648.46 |
| **Ending Balance** | 115,648.46 |

**1:32 PM**

**06/07/20**

# William and Amy Dempsey
## Reconciliation Detail
### 1004 · WA Trust Account for Debt-1015, Period Ending 05/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 105,880.12 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Deposit | 05/01/2020 | | Washington Trust B... | X | -3,000.00 | -3,000.00 |
| Deposit | 05/07/2020 | | Washington Trust B... | X | -1,000.00 | -4,000.00 |
| Deposit | 05/14/2020 | | Washington Trust B... | X | -5,000.00 | -9,000.00 |
| Total Checks and Payments | | | | | -9,000.00 | -9,000.00 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 05/15/2020 | | | X | 4,602.24 | 4,602.24 |
| Deposit | 05/15/2020 | | | X | 4,781.93 | 9,384.17 |
| Deposit | 05/29/2020 | | | X | 4,602.24 | 13,986.41 |
| Deposit | 05/29/2020 | | | X | 4,781.93 | 18,768.34 |
| Total Deposits and Credits | | | | | 18,768.34 | 18,768.34 |
| Total Cleared Transactions | | | | | 9,768.34 | 9,768.34 |
| Cleared Balance | | | | | 9,768.34 | 115,648.46 |
| Register Balance as of 05/31/2020 | | | | | 9,768.34 | 115,648.46 |
| **Ending Balance** | | | | | **9,768.34** | **115,648.46** |

Statement of Account

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

| | |
|---|---|
| Statement Start | May 1, 2020 |
| Statement End | May 31, 2020 |
| Account Number | 1015 |
| Total Days in Statement Period | 31 |
| Page | 1 of 3 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #19-01069
1720 E SENDERO LN
BOISE ID 83712-6628



# Thank you
## for being a valued Washington Trust Bank client.

---

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1015 | $115,648.46 |

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING                                Account #1015

| | | | |
|---|---|---|---|
| Beginning Balance | $105,880.12 | Average Ledger | $105,224.74 |
| + Deposits/Credits (4) | $18,768.34 | Average Collected | $105,224.74 |
| - Checks/Debits (3) | $9,000.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $115,648.46 | | |

### Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 5/01 | Transf to SIMPCKG 501200525 | 0991 Confirmation number | | 3,000.00 |
| 5/07 | Transf to SIMPCKG number  507200216 | 0991 car repair Confirmation | | 1,000.00 |


MEMBER
FDIC

Statement of Account

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | May 1,2020 |
| Statement End | May 31,2020 |
| Account Number | 1015 |
| Total Days in Statement Period | 31 |
| Page | 2 of 3 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 5/14 | Transf to SIMPCKG     0991 Confirmation number 514202246 | | 5,000.00 |
| 5/15 | EDIPYMENTS CliftonLarso-OSV William Dempsey 001owv PPD | 4,602.24 | |
| 5/15 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 001oxG PPD | 4,781.93 | |
| 5/29 | EDIPYMENTS CliftonLarso-OSV William Dempsey 001qvP PPD | 4,602.24 | |
| 5/29 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 001rie PPD | 4,781.93 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 102,880.12 | 5/14 | 96,880.12 | 5/29 | 115,648.46 |
| 5/07 | 101,880.12 | 5/15 | 106,264.29 | | |

MEMBER
FDIC

**To Reconcile Your Account**

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

**If Your Statement and Checkbook Do Not Agree**

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

**In Case of Irregularities on This Statement**

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

**In Case of Errors or Questions About Electronic Funds Transfers**

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

09/17

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

| | | |
|---|---|---|
| Case No. | 19-01069-JMM | Report Month/Year May-20 |
| Debtor | WILLIAM & AMY DEMPSEY | |

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | 1 Unpaid post-petition taxes from prior reporting month | 2 Post-petition taxes accrued this month (new obligations) | 3 Post-petition tax payments made this reporting month | 4 Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **Total unpaid post-petition taxes** | | | | 0 |

### Payments to Attorneys and Other Professionals (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### Payments to Principals of Debtor and Other Insiders (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | Farm Bureau | 500,000.00 | 8/5/2020 | Oct-19 |
| Property (fire, theft, etc.) | Farm Bureau | Replacement Cost | 8/5/2020 | Oct-19 |
| Vehicle | Farm Bureau | Replacement Cost | 8/5/2020 | Oct-19 |
| Excess Liability | Farm Bureau | 1,000,000.00 | 8/5/2020 | Oct-19 |
| Residence | Farm Bureau | Replacement Cost | 8/5/2020 | 8/5/2020 |

*If any policies were renewed or replaaced during reporting period, attach new certificate of insurance.*

United States Trustee-District of Idaho

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

| | | |
|---|---|---|
| Case No. | 19-01069-JMM | Report Month/Year May-20 |
| Debtor | WILLIAM & AMY DEMPSEY | |

**Accounts Receivable Aging Summary** (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables | | | | | 0 |
| Post-petition receivables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables | | | | | 0 |
| Other Payables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Personnel Changes**

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | | |
| Number of employees at end of month | | |

**Other Information**

| | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts** | | |
| Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | | ☑ |
| **Sale of Assets** | | |
| Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchase, sale price, net proceeds received, and date of court approval*. | | ☑ |
| **Post-Petition Financing** | | |
| Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | | ☑ |

**Narrative**

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

| |
|---|
| |
| |
| |
| |
| |