Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO – BOISE

| In Re: | Case No. 19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY, | Chapter 11 |
| Debtors and Debtors in Possession. | |

### *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON BRUNOBUILT, INC.'S MOTION TO EXTEND DEADLINE TO OBJECT TO INTERIM FEE APPLICATION (DKT. NO. 159)

Come now the Debtors-in-Possession in the above-described Chapter 11 bankruptcy case, WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY (the "DIP"), and hereby move this Court, Ex Parte, for an Order Shortening time for a hearing on BRUNOBUILT, INC.'S MOTION TO EXTEND DEADLINE TO OBJECT TO INTERIM FEE APPLICATION (DKT. NO. 159). This Motion is contested, an Objection having been filed by the DIP on June 8, 2020, as Docket No. 172.

The grounds for shortening time are as follows:

Several matters in this case are set before this Court for June 16, 2020 at 9:00 a.m. in Boise, Idaho, and the DIP believes this matter should be heard at the same time and would be convenient for all parties and for the Court.

The DIP does not believe that any party will be prejudiced by the shortened notice of the

hearing on the Motion, and such motion should be expected to be heard at the same time and date as the other matters. Shortening time in this manner will provide eight (8) days notice of the Hearing to interested parties.

For the foregoing reasons the DIP requests that this *ex parte* Motion be granted and that the hearing on creditor BrunoBuilt, Inc.'s Motion be set for 9:00 a.m. June 16, 2020, in Boise, Idaho.

DATED:   June 8, 2020                             Roark Law Offices


                                                  /s/Holly Roark
                                                  _____
                                                  HOLLY ROARK,
                                                  *Counsel for Debtor/Debtor-in-Possession*

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that ON June 8, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-Possession holly@roarklawboise.com, courtnotices@roarklawoffices.com

Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.
rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Philip John Griffin on behalf of Creditor BrunoBuilt, Inc.
PJGriffin@hollandhart.com, boiseintaketeam@hollandhart.com;njhammond@hollandhart.com

Jesse A.P. Baker on behalf of Creditor Bank of America (NC) ecfidb@aldridgepite.com, JPB@ecf.courtdrive.com

Lesley Bohleber on behalf of Creditor Bank of America, N.A. ecfidb@aldridgepite.com, llueke@ecf.courtdrive.com

Trevor L Hart on behalf of Creditor Washington Trust Bank
tlh@perrylawpc.com, jks@perrylawpc.com;mbp@perrylawpc.com;taw@perrylawpc.com

Scott B Muir on behalf of Interested Party CITY OF BOISE
BoiseCityAttorney@cityofboise.org

Brett R Cahoon on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

  AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

  Via first class mail, postage prepaid addressed as follows:

N/A

/s/ *Holly Roark*
_____
Holly Roark