Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO – BOISE

| | |
|---|---|
| In Re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY, | Chapter 11 |
| Debtors and Debtors in Possession. | |

### *EX PARTE* MOTION TO VACATE ORDER GRANTING BRUNOBUILT, INC.'S MOTION FOR ORDER SHORTENING TIME TO RESPOND TO FIRST SETS OF WRITTEN DISCOVERY TO DEBTORS AND DCCC (DKT. NO. 171)

Come now the Debtors-in-Possession in the above-described Chapter 11 bankruptcy case, WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY (the "DIP"), and hereby move this Court, *Ex Parte*, for an Order Vacating its Order Granting BrunoBuilt, Inc.'s Motion for Order Shortening Time to Respond to First Sets of Written Discovery to Debtors and DCCC (Dkt No. 171).

1. On June 4, 2020, BrunoBuilt, Inc. filed its Motion for Order Shortening Time to Respond to First Set of Written Discovery to Debtors and DCCC as Docket No. 164.

2. The Notice of Motion attached as the first page of the document indicates that the time to object is 14+3 days.

3. Accordingly, the Court clerk set the deadline for June 24, 2020, which is evidenced on the Court's docket in the space dated June 8, 2020, between Dockets No. 170 and 171.

4. Nevertheless, on June 8, 2020, the Court entered an Order as Docket No. 171,

1

granting the Motion.

5.	The DIP intended to timely respond to the Motion, and in fact had intended to respond 16 days early, today, and set the matter for hearing for June 16, 2020, at 9:00 a.m. with several other matters currently on the docket. To that end, the DIP has filed its Objection to BrunoBuilt, Inc.'s Motion as Docket No. 173, and a supporting brief as Docket No. 164, and has filed an *ex parte* motion to shorten time for the hearing as Docket No 176.

6.	For the foregoing reasons the DIP requests that this *ex parte* Motion be granted and that the Order entered as Docket No. 171 be vacated so that a hearing on creditor BrunoBuilt, Inc.'s Motion and the Objection filed by the DIP can be heard.

DATED:	June 8, 2020	Roark Law Offices

	_____
	HOLLY ROARK,
	*Counsel for Debtor/Debtor-in-Possession*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that ON June 8, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-Possession holly@roarklawboise.com, courtnotices@roarklawoffices.com

Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.
rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Philip John Griffin on behalf of Creditor BrunoBuilt, Inc.
PJGriffin@hollandhart.com, boiseintaketeam@hollandhart.com;njhammond@hollandhart.com

Jesse A.P. Baker on behalf of Creditor Bank of America (NC) ecfidb@aldridgepite.com, JPB@ecf.courtdrive.com

Lesley Bohleber on behalf of Creditor Bank of America, N.A. ecfidb@aldridgepite.com, llueke@ecf.courtdrive.com

Trevor L Hart on behalf of Creditor Washington Trust Bank
tlh@perrylawpc.com, jks@perrylawpc.com;mbp@perrylawpc.com;taw@perrylawpc.com

Scott B Muir on behalf of Interested Party CITY OF BOISE
BoiseCityAttorney@cityofboise.org

Brett R Cahoon on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

N/A

/s/ *Holly Roark*
_____
Holly Roark