Holly Roark (ISB #7143)
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
holly@roarklawboise.com

*Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Bkr. Case No. 19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY. | Chapter 11 |
| Debtor and Debtor in Possession. | |

## DEBTORS' WITNESS LIST

COME NOW William E. Dempsey, II, and Amy D. Dempsey ("Debtors") and hereby submit their list of witnesses that may be called at the hearing on BrunoBuilt, Inc.'s Objection to their Homestead exemption, Docket No. 114, and BrunoBuilt, Inc.'s Objection to the Stipulation between the Debtors and Washington Trust Bank for adequate protection, Docket No. 110, now set for June 16, 2020, at 9:00 a.m. Debtors intend to call the following witnesses:

1. William E. Dempsey, II, Debtor, 1720 E Sendero Lane, Boise, ID 83712

2. Amy D. Dempsey, Debtor, 1720 E Sendero Lane, Boise, ID 83712

3. Jody L. Graham Bolopue, PO Box 8183, Boise, ID 83707; 208-859-4405

Debtors retain the right to call any witness whom BrunoBuilt, Inc. calls, and rebuttal witnesses.

DATED:    June 9, 2020         Roark Law Offices

/s/Holly Roark_____
HOLLY ROARK,
Counsel for Debtors-in Possession

DEBTORS' WITNESS LIST
– 1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that ON June 9, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-Possession holly@roarklawboise.com, courtnotices@roarklawoffices.com

Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.

rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Philip John Griffin on behalf of Creditor BrunoBuilt, Inc.

PJGriffin@hollandhart.com, boiseintaketeam@hollandhart.com;njhammond@hollandhart.com

Jesse A.P. Baker on behalf of Creditor Bank of America (NC) ecfidb@aldridgepite.com, JPB@ecf.courtdrive.com

Lesley Bohleber on behalf of Creditor Bank of America, N.A. ecfidb@aldridgepite.com, llueke@ecf.courtdrive.com

Trevor L Hart on behalf of Creditor Washington Trust Bank

tlh@perrylawpc.com, jks@perrylawpc.com;mbp@perrylawpc.com;taw@perrylawpc.com

Scott B Muir on behalf of Interested Party CITY OF BOISE

BoiseCityAttorney@cityofboise.org

Brett R Cahoon on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

    AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

N/A


/s/ Holly Roark
Holly Roark