Holly Roark (ISB #7143)
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
holly@roarklawboise.com

*Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WILLIAM E. DEMPSEY, II, and<br>AMY D. DEMPSEY.<br><br><br>Debtor and Debtor in Possession. | Bkr. Case No. 19-01069-JMM<br>Chapter 11 |

## **DEBTORS' EXHIBIT LIST**

COME NOW William E. Dempsey, II, and Amy D. Dempsey ("Debtors") and hereby submit their list of Exhibits for the hearing on BrunoBuilt, Inc.'s Objection to their Homestead exemption, Docket No. 114, and BrunoBuilt, Inc.'s Objection to the Stipulation between the Debtors and Washington Trust Bank for adequate protection, Docket No. 110, now set for June 16, 2020, at 9:00 a.m. The Debtors request, under the Federal Rules of Evidence, Rule, 201, that this Court take judicial notice of all documents filed in this case, including those which are listed as Exhibits.

Debtors retain the right to offer additional exhibits in rebuttal to the exhibits and testimony offered by other parties.

DATED:   June 9, 2020                                                                Roark Law Offices

                                                                                                  /s/Holly Roark_____

                                                                                                  HOLLY ROARK,
                                                                                                  Counsel for Debtors-in Possession

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that ON June 9, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-Possession holly@roarklawboise.com, courtnotices@roarklawoffices.com

Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.

rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Philip John Griffin on behalf of Creditor BrunoBuilt, Inc.

PJGriffin@hollandhart.com, boiseintaketeam@hollandhart.com;njhammond@hollandhart.com

Jesse A.P. Baker on behalf of Creditor Bank of America (NC) ecfidb@aldridgepite.com, JPB@ecf.courtdrive.com

Lesley Bohleber on behalf of Creditor Bank of America, N.A. ecfidb@aldridgepite.com, llueke@ecf.courtdrive.com

Trevor L Hart on behalf of Creditor Washington Trust Bank

tlh@perrylawpc.com, jks@perrylawpc.com;mbp@perrylawpc.com;taw@perrylawpc.com

Scott B Muir on behalf of Interested Party CITY OF BOISE

BoiseCityAttorney@cityofboise.org

Brett R Cahoon on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

    AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

N/A

/s/Holly Roark

Holly Roark

DEBTORS' EXHIBIT LIST
– 2

# BANKRUPTCY COURT
## Exhibit List

**SUBMITTED BY:** Debtors, William E. & Amy D. Dempsey

| | |
|---|---|
| **CASE NAME:** William E and Amy D Dempsey | **COURT DATE:** June 16, 2020    **CASE NUMBER:** 19-01069-JMM |
| **Debtor:** William E Dempsey, II and Amy D Dempsey | **Creditor/Trustee:** BrunoBuilt, Inc |
| **Debtor's Counsel:** Holly Roark, Roark Law Offices | **Counsel:** Robert Faucher, Holland & Hart LLP |
| **Exhibit Nos.** 100 et seq | **Exhibit Nos.** 200 et seq |
| **PRESIDING JUDGE:** Honorable Joseph M. Meier | **Matter before the Court:** Dkt 114 Obj to Homestead; Dkt 110 Adequate Prot. Stip |

### EXHIBITS

| NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 100 | | | BrunoBuilt, Inc.'s appraisal report of 1720 E. Sendero Lane, Boise, ID 83712 |
| 101 | | | Debtors-in-Possession's pending appraisal report of 1720 E. Sendero Lane, Boise, ID 83712 |
| 102 | | | |
| 103 | | | |

Updated June 11, 2013