Robert A. Faucher (ISB #4745)
Philip J. Griffin (ISB #11093)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email:   RFaucher@hollandhart.com
         PJGriffin@hollandhart.com

Attorneys for BrunoBuilt, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| In re: | Case No. 19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY, | Chapter 11 |
| Debtors. | |

## BRUNOBUILT, INC.'S WITNESS LIST FOR JUNE 16, 2020 EVIDENTIARY HEARING

NOW COMES BrunoBuilt, Inc. and identifies the following witnesses whom it may call to testify at the evidentiary hearing before the above-captioned court on Tuesday, June 16, 2020, at 9:00 a.m. on (1) BrunoBuilt, Inc.'s Objection to Debtors' Claim of a Homestead Exemption, document no. 114, dated February 26, 2020, and (2) BrunoBuilt, Inc.'s Objection to Washington Trust Bank's Adequate Protection Stipulation, document no. 116, dated March 9, 2020:

1. Eric Thornfeldt
   Thornfeldt Appraisal Services
   2806 W. Bannock Street
   Boise, Idaho  83702

BRUNOBUILT, INC.'S WITNESS LIST FOR JUNE 16, 2020 EVIDENTIARY HEARING - 1

  2.  Robert Bruno
    c/o Robert A. Faucher
    Holland & Hart LLP
    800 W. Main Street
    Suite 1750
    Boise, ID  83702

  BrunoBuilt retains the right to call any witness whom Debtors call, and rebuttal witnesses.

  DATED this 9th day of June, 2020.

        HOLLAND & HART LLP


        By /s/ Robert A. Faucher
          Robert A. Faucher, of the firm
           Philip J. Griffin, for the firm

           Attorneys for BrunoBuilt, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Holly Roark<br>ROARK LAW OFFICES<br>950 Bannock Street, Suite 1100<br>Boise, ID  83702<br>Telephone:  (208) 536-3638<br>*Attorneys for Debtors* | • holly@roarklawboise.com |
| Brett R. Cahoon<br>Office of the U.S. Trustee<br>720 Park Blvd., Suite 220<br>Boise, ID  83712<br>Telephone:  (208) 334-1300 | • ustp.region18.bs.ecf@usdoj.gov |
| Mark B. Perry<br>Trevor L. Hart<br>PERRY LAW, P.C.<br>P.O. Box 637<br>Boise, ID  83701-0637<br>Telephone:  (208) 338-1001<br>*Attorneys for Washington Trust Bank* | • mbp@perrylawpc.com<br>• tlh@perrylawpc.com |
| Jesse A. P. Baker<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA  92177-0933<br>Telephone:  (858) 750-7600<br>Facsimile:  (619) 590-1385<br>*Attorneys for Bank of America (NC)* | • ecfidb@aldridgepite.com |

/s/ Robert A. Faucher
Robert A. Faucher
of HOLLAND & HART LLP

14801549_v1

BRUNOBUILT, INC.'S WITNESS LIST FOR JUNE 16, 2020 EVIDENTIARY HEARING - 3