Robert A. Faucher (ISB #4745)
Philip J. Griffin (ISB #11093)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
Email:   RFaucher@hollandhart.com
         PJGriffin@hollandhart.com

Attorneys for BrunoBuilt, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY, | Chapter 11 |
| Debtors. | |

### BRUNOBUILT, INC.'S EXHIBIT LIST FOR JUNE 16, 2020 EVIDENTIARY HEARING

COMES NOW BrunoBuilt, Inc. ("BrunoBuilt"), by and through its attorneys of record,

Holland & Hart LLP, and hereby submits the attached list of proposed exhibits.

BrunoBuilt reserves the right to offer additional exhibits in rebuttal to the exhibits and

testimony offered by other parties.

DATED this 9th day of June, 2020.

HOLLAND & HART LLP

By /s/ Robert A. Faucher
　　Robert A. Faucher, of the firm
　　Philip J. Griffin, for the firm

　　Attorneys for BrunoBuilt, Inc.

BRUNOBUILT, INC.'S EXHIBIT LIST FOR JUNE 16, 2020 EVIDENTIARY HEARING - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark
ROARK LAW OFFICES
950 Bannock Street, Suite 1100
Boise, ID  83702
Telephone:  (208) 536-3638
*Attorneys for Debtors*

- holly@roarklawboise.com

Brett R. Cahoon
Office of the U.S. Trustee
720 Park Blvd., Suite 220
Boise, ID  83712
Telephone:  (208) 334-1300

- ustp.region18.bs.ecf@usdoj.gov

Mark B. Perry
Trevor L. Hart
PERRY LAW, P.C.
P.O. Box 637
Boise, ID  83701-0637
Telephone:  (208) 338-1001
*Attorneys for Washington Trust Bank*

- mbp@perrylawpc.com
- tlh@perrylawpc.com

Jesse A. P. Baker
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933
Telephone:  (858) 750-7600
Facsimile:  (619) 590-1385
*Attorneys for Bank of America (NC)*

- ecfidb@aldridgepite.com

/s/ Robert A. Faucher
Robert A. Faucher
of HOLLAND & HART LLP

BRUNOBUILT, INC.'S EXHIBIT LIST FOR JUNE 16, 2020 EVIDENTIARY HEARING - 2

## UNITED STATES BANKRUPTY COURT
## DISTRICT OF IDAHO

### Exhibit List

| CASE NAME:<br>In re:  William E. Dempsey, II and<br>Amy D. Dempsey | | | COURT DATE:<br>June 16, 2020 | CASE NUMBER:<br>19-01069-JMM |
|---|---|---|---|---|
| **Objecting Parties:** BrunoBuilt, Inc.<br>**Counsel:** Robert Faucher, Holland & Hart LLP<br>**Exhibit Nos.:** 200 et seq. | | | **Debtors' Counsel:** Holly Roark<br>Roark Law Offices | |
| **PRESIDING JUDGE:** Joseph M. Meier | | | **Matter before the Court:** BrunoBuilt's Objection to Debtors' Claim of a Homestead Exemption (Dkt. 114); BrunoBuilt's Objection to Washington Trust Bank's Adequate Protection Stipulation (Dkt. 116) | |
| **EXHIBITS** | | | **DESCRIPTION** | |
| NO. | OFFERED | ADMITTED | | |
| 201 | | | Appraisal of Real Property by Eric Thornfeldt, Thornfeldt Appraisal Services, 2806 W. Bannock Street, Boise, ID 83702 (2/19/2020) | |
| | | | | |
| | | | | |

14801533_v1

BRUNOBUILT, INC.'S EXHIBIT LIST FOR JUNE 16, 2020 EVIDENTIARY HEARING - 3