TERRY C. COPPLE (ISB No. 1925)
MICHAEL E. BAND (ISB No. 8480)
DAVISON, COPPLE, COPPLE & COPPLE, LLP
Attorneys at Law
199 North Capitol Blvd., Ste. 600
Post Office Box 1583
Boise, Idaho 83701
Telephone:    (208) 342-3658
Facsimile:    (208) 386-9428
tc@davisoncopple.com
band@davisoncopple.com

*Special Litigation Counsel for Debtors-in-possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO – BOISE

| In Re | |
|---|---|
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY, | Case No. 19-1069-JMM<br><br>Chapter 11 |
| Debtors and Debtors in Possession. | |

## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT the undersigned, having appeared in this matter, requests copies of all notices entered pursuant to Fed. R. Bankr. P. 2002, and all documents and pleadings of any nature be served on the undersigned via CM/ECF or at the following address:

>   Michael E. Band
>   DAVISON, COPPLE, COPPLE & COPPLE, LLP
>   P.O. Box 1583
>   Boise, Idaho 83701
>   band@davisoncopple.com

RESPECTFULLY SUBMITTED this 15th day of June, 2020.

DAVISON, COPPLE, COPPLE & COPPLE, LLP


By:    /s/ Michael E. Band
           Michael E. Band, of the firm

REQUEST FOR SERVICE OF PAPERS    - 1 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-Possession
holly@roarklawboise.com; courtnotices@roarklawoffices.com

Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.
rfaucher@hollandhart.com; @hollandhart.com; spturner@hollandhart.com

Philip John Griffin on behalf of Creditor BrunoBuilt, Inc.
PJGriffin@hollandhart.com; boiseintaketeam@hollandhart.com; njhammond@hollandhart.com

Jesse A.P. Baker on behalf of Creditor Bank of America (NC)
ecfidb@aldridgepite.com; JPB@ecf.courtdrive.com

Lesley Bohleber on behalf of Creditor Bank of America, N.A.
ecfidb@aldridgepite.com; llueke@ecf.courtdrive.com

Trevor L Hart on behalf of Creditor Washington Trust Bank
tlh@perrylawpc.com; jks@perrylawpc.com; mbp@perrylawpc.com; taw@perrylawpc.com

Scott B Muir on behalf of Interested Party City of Boise
BoiseCityAttorney@cityofboise.org

Brett R Cahoon on behalf of U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:
N/A

/s/ *Michael E. Band*
Michael E. Band