# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-01069-JMM |
| WILLIAM E. DEMPSEY, II and AMY D. DEMPSEY, | Chapter 11 |
| Debtors. | |

**ORDER DENYING DEBTORS-IN-POSSESSION'S MOTION TO RECONSIDER ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO BRUNOBUILT, INC.**

THIS MATTER having come before the Court on Debtors-in-Possession's Motion to Reconsider Order Granting Relief from the Automatic Stay to BrunoBuilt, Inc. (Dkt. 166) (the "Motion"); and

BrunoBuilt, Inc. having filed an objection to the Motion (Dkt. 201); and

Debtors having filed a reply to BrunoBuilt's objection (Dkt. 211); and

A hearing having occurred on July 20, 2020; and

Good cause appearing therefor,

IT IS HEREBY ORDERED AND THIS DOES ORDER that the Motion is denied.

DATED: July 27, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

*/s/ Robert. A Faucher*
Robert A. Faucher, of the firm
Philip J. Griffin, for the firm
HOLLAND & HART LLP

Attorneys for BrunoBuilt, Inc.

Approved by:

/s/Holly Roark
Holly Roark
ROARK LAW OFFICES

Attorney for Debtors-in-Possession