Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Debtors-in-possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO – BOISE

| In Re: | Case No. 19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY, | Chapter 11 |
| Debtors and Debtors in Possession. | |

**STATEMENT OF NO OBJECTION (DOCKET NO. 146)**

The undersigned attorney for Movant, represents to the Court as follows:

1.That a copy of *Debtors' Notice of Interim Application for Compensation of Michael E. Band of Davison, Copple, Copple & Copple, LLP U SC §§330, 331 and Opportunity to Object and for a Hearing* was mailed, first class postage pre-paid, or served electronically, to each name and address as set forth in the previously filed certificate of mailing attached to the Motion, Docket No. 146.

2.That on May 22, 2020, Creditor BrunoBuilt, Inc. filed a Motion to Extend Deadline to Object to the Interim Fee Application for Compensation of Michael E. Band of Davison, Copple, Copple & Copple, LLP, Docket No. 159 ("Motion to Extend Deadline").

3.That a hearing on the Motion to Extend Deadline was held on July 7, 2020. The Court granted the Motion to Extend Deadline to August 11, 2020, and an Order reflecting the Court's ruling was entered on July 13, 2020, as Docket No. 207.

1
**STATEMENT OF NO OBJECTION (DOCKET NO. 146)**

4. That no objections have been served upon the undersigned nor to the best of my knowledge have any objections been filed in the Office of the Clerk within the time Ordered by the Court.

5. That the Movant herein is entitled to the relief requested and the Application filed herein as Docket No. 146 should be approved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: August 12, 2020                    ROARK LAW OFFICES

_____
Holly Roark, counsel for Debtors-in-Possession

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that ON August 12, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-Possession holly@roarklawboise.com, courtnotices@roarklawoffices.com

Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.
rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Philip John Griffin on behalf of Creditor BrunoBuilt, Inc.
PJGriffin@hollandhart.com, boiseintaketeam@hollandhart.com;njhammond@hollandhart.com

Jesse A.P. Baker on behalf of Creditor Bank of America (NC) ecfidb@aldridgepite.com, JPB@ecf.courtdrive.com

Lesley Bohleber on behalf of Creditor Bank of America, N.A. ecfidb@aldridgepite.com, llueke@ecf.courtdrive.com

Trevor L Hart on behalf of Creditor Washington Trust Bank
tlh@perrylawpc.com, jks@perrylawpc.com;mbp@perrylawpc.com;taw@perrylawpc.com

Scott B Muir on behalf of Interested Party CITY OF BOISE
BoiseCityAttorney@cityofboise.org

Brett R Cahoon on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:
N/A

/s/ *Holly Roark*
_____
Holly Roark