Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO – BOISE

| In Re: | Case No. 19-01069-JMM |
|---|---|
| WILLIAM E. DEMPSEY, II, and AMY D. DEMPSEY, | Chapter 11 |
| Debtors and Debtors in Possession. | |

# *EX PARTE* MOTION FOR ORDER SHORTENING TIME TO HEAR DEBTORS-IN-POSSESSION'S MOTION TO QUASH SUBPOENA TO APPEAR AND TESTIFY AT HEARING OR TRIAL IN A BANKRUPTCY CASE SERVED ON APPRAISER JODY L. GRAHAM BY BRUNOBUILT, INC. (DOCKET NO. 296)

Come now the Debtors-in-Possession in the above-described Chapter 11 bankruptcy case, William E. Dempsey, II and Amy D. Dempsey (the "DIP"), and hereby move this Court, *Ex parte*, for an Order Shortening time for a hearing on *Debtors-in-Possession's Motion to Quash Subpoena to Appear and Testify at Hearing or Trial in a Bankruptcy Case Served on Appraiser Jody L. Graham By BrunoBuilt, Inc.* (Docket No. 296.)

The grounds for shortening time are as follows:

1. A hearing on the Debtors' Second Amended Disclosure Statement is set for Wednesday, November 4, 2020, at 9:30.

2. After consulting with the Court's Clerk, the DIP requests that the hearing on the

1

DIP's Motion be scheduled for Tuesday, November 3, 2020, at 10:00 a.m.

3. Unbeknownst to the DIP or its counsel, on or about October 7, 2020, BrunoBuilt served a Subpoena to Appear and Testify at Hearing or Trial in a Bankruptcy Case on the Estate's Appraiser, Jody L. Graham in connection with the November 4, 2020, Disclosure Statement hearing (the "Subpoena").

4. Ms. Graham did not contact counsel for the Estate, Holly Roark, to inform her of the Subpoena because she erroneously assumed that the subpoena had come from Ms. Roark's office.

5. Ms. Roark only learned of the subpoena on Thursday, October 29, 2020, after contacting Ms. Graham. The reason Ms. Roark contacted Ms. Graham is because BrunoBuilt filed its Witness List on the evening of October 28, 2020, including Ms. Graham as a Witness. (Docket No. 289).

6. Ms. Roark wondered how it was that Ms. Graham would be compelled to appear at the hearing without a subpoena. After speaking with Ms. Graham on October 29, 2020, she learned that a subpoena had been served on Ms. Graham on or about October 7, 2020.

7. It is important that this matter be heard prior to the Disclosure Hearing on November 4, 2020, because the DIP contends that any testimony that BrunoBuilt intends to elicit from Ms. Graham at the Disclosure Hearing is not relevant to the Adequacy of the Disclosure Statement and that BrunoBuilt is attempting to improperly try on the merits its adversary case against ICCU during the Disclosure Hearing. It is important that a disposition on the DIP's Motion be made prior to the Disclosure Hearing in order to avoid harassment of the Estate's appraiser, abuse of the discovery process, and a violation of the due process rights of ICCU and the Debtors.

8. The DIP does not believe that any party will be prejudiced by the shortened notice of the hearing on the Motion. Given the history of the parties, BrunoBuilt should have anticipated that the DIP would object to it putting on evidence at the Disclosure Hearing with respect to the

2

substantive issues in BrunoBuilt's Adversary Case. BrunoBuilt should have served the DIP's counsel with notice of the subpoena in order to avoid a hearing on short notice. Moreover, BrunoBuilt and his counsel are well aware that at the initial hearing on the Disclosure Statement on September 3, 2020, although the parties voluntarily vacated the hearing before the Court took the bench, (1) counsel for the DIP objected to the introduction of the same evidentiary matters that Mr. Faucher is attempting to bring into this Disclosure Hearing, and moreover, (2) Counsel were informed at that hearing that the Court would not be hearing evidence at the Disclosure Hearing. Accordingly, BrunoBuilt could have reasonably avoided this shortened notice hearing by simply not hiding the ball and by providing even an informal notice to the DIP's counsel, knowing that the DIP would be objecting to the subpoena of the Estate's Appraiser for the Disclosure Hearing.

9.  Shortening time in this manner will provide four (4) calendar days' notice of the Hearing to interested parties.

10. The meet and confer requirement under Local Rule 7037.1 has been met as set forth in the Motion.

For the foregoing reasons the DIP requests that this *ex parte* Motion be granted and that the hearing on *Debtors-in-Possession's Motion to Quash Subpoena to Appear and Testify at Hearing or Trial in a Bankruptcy Case Served on Appraiser Jody L. Graham By BrunoBuilt, Inc.* creditor BrunoBuilt, Inc.'s Motion be set for a telephonic hearing on **10:00 a.m. November 3, 2020, in Boise, Idaho.**

DATED:    October 30, 2020                                Roark Law Offices


/s/Holly Roark
_____
HOLLY ROARK,
*Counsel for Debtor/Debtor-in-Possession*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that ON October 30, 2020, I filed the forgoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Holly Roark on behalf of Debtors-in-Possession holly@roarklawboise.com, courtnotices@roarklawoffices.com

Robert A Faucher on behalf of Creditor BrunoBuilt, Inc.
rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Philip John Griffin on behalf of Creditor BrunoBuilt, Inc.
PJGriffin@hollandhart.com, boiseintaketeam@hollandhart.com;njhammond@hollandhart.com

Jesse A.P. Baker on behalf of Creditor Bank of America (NC) ecfidb@aldridgepite.com, JPB@ecf.courtdrive.com

Lesley Bohleber on behalf of Creditor Bank of America, N.A. ecfidb@aldridgepite.com, llueke@ecf.courtdrive.com

Trevor L Hart on behalf of Creditor Washington Trust Bank
tlh@perrylawpc.com, jks@perrylawpc.com;mbp@perrylawpc.com;taw@perrylawpc.com

Scott B Muir on behalf of Interested Party CITY OF BOISE
BoiseCityAttorney@cityofboise.org

Brett R Cahoon on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov


      AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

N/A

/s/ *Holly Roark*

_____
Holly Roark