## CHAPTER 11 MONTHLY OPERATING REPORT

Case No.  19-01069-JMM                                    Report Month/Year   Jan-21

Debtor     WILLIAM & AMY DEMPSEY

This report is due 21 days after the end of the month.  Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement.  The report must be filed with the Court.

| | The debtor has provided the following with this monthly operating report: | Yes | No |
|---|---|---|---|
| **UST-2A** | **Comparative Balance Sheet** | | ☑ |
| **UST-2B** | **Comparative Income Statement** | ☑ | |
| **UST-2C** | **Cash Receipts and Disbursements Statement** | ☑ | |
| | **UST-2C Continuation Sheet for Each Account** | ☑ | |
| | **Detailed List of Receipts and Disbursements for Each Account** | ☑ | |
| | **Bank Statement for Each Account** | ☑ | |
| | **Bank Reconciliation for Each Account** | ☑ | |
| **UST-2D** | **Supplemental Information** | | ☑ |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date:  __2/6/2021__

Name: WILLIAM DEMPSEY

Signature: 

Title: DEBTOR IN POSSESSION

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**
**(Non-Business Debtor)**

Case No.   19-01069-JMM                                      Report Month/Year _____ Jan-21 _____
Debtor     WILLIAM & AMY DEMPSEY

|  | Current Month | Total Post-Petition |
|---|---|---|
| **CASH INCOME** | **See attached QuickBooks report** | |
| Net W | | |
| Renta | | |
| Sale o | | |
| Post-F | | |
| Other: | | |
| Other: | | |
| **TOTAL CASH IN** | | 0 |
| **CASH EXPENSE** | | |
| Auto L | | |
| Dome | | |
| Insura | | |
| Mortga | | |
| Other | | |
| Perso | | |
| Rent | | |
| Profes | | |
| UST C | | |
| #### | | |
| Other: | | |
| **TOTAL CASH EX** | | 0 |
| **NET CASH INCO** | | 0 |

UST-2B
Non-Business
December 2017

**William and Amy Dempsey**
**Profit & Loss**
**January 2021**

|  | January 21 | 9.17.19 - Janaury 21 |
|---|---|---|
| **Ordinary Income/Expense** |  |  |
| **Income** |  |  |
| **4000 · Wages** |  |  |
| 4002 · Wages - Bill | 18,416.68 | 290,066.68 |
| 4004 · Wages - Amy | 18,416.68 | 289,020.99 |
| Total 4000 · Wages | 36,833.36 | 579,087.67 |
| 4100 · Reimbursed Business Expenses | 0.00 | 6,202.02 |
| 4200 · Miscellaneous Income | 0.00 | 12,717.09 |
| **Total Income** | 36,833.36 | 598,006.78 |
| **Cost of Goods Sold** |  |  |
| **5000 · Payroll Deductions** |  |  |
| 5100 · Social Security | 2,238.31 | 19,498.32 |
| 5102 · Medicare | 523.47 | 8,490.65 |
| 5104 · Federal Withholding | 5,774.76 | 88,062.84 |
| 5106 · State Withholding | 1,868.00 | 29,108.00 |
| 5108 · 401K Contribution | 3,683.36 | 53,178.72 |
| 5110 · Dental Insurance | 36.26 | 1,195.35 |
| 5112 · Health Spending Account | 600.00 | 9,049.98 |
| 5114 · Medical Insurance | 225.00 | 3,510.00 |
| 5115 · Vision Insurance | 22.88 | 293.84 |
| Total 5000 · Payroll Deductions | 14,972.04 | 212,387.70 |
| **Total COGS** | 14,972.04 | 212,387.70 |
| **Gross Profit** | 21,861.32 | 385,619.08 |
| **Expense** |  |  |
| 6000 · Groceries | 1,805.19 | 34,444.19 |
| 6002 · Bank Fees | 40.47 | 129.84 |
| 6004 · Insurance | 416.96 | 4,036.78 |
| 6006 · Life Insurance | 0.00 | 5,814.00 |
| 6007 · Disability Insurance | 0.00 | 3,275.40 |
| 6008 · HOA Dues | 0.00 | 3,000.00 |
| 6011 · Home Repairs and Maintenance | 1,604.98 | 20,222.65 |
| **6012 · Utilities** |  |  |
| 6013 · Gas | 125.87 | 982.00 |
| 6014 · Power | 342.33 | 3,344.14 |
| 6015 · Water | 50.96 | 2,278.34 |
| 6016 · Sewer and Trash | 0.00 | 1,067.77 |
| 6017 · Cellular Phone | 349.93 | 5,795.46 |
| Total 6012 · Utilities | 869.09 | 13,467.71 |
| 6018 · Clothing | 0.00 | 6,990.26 |
| 6019 · Charitable Contributions | 100.00 | 1,250.00 |
| 6020 · Kids School and Recreation | 2,974.94 | 41,476.27 |
| 6022 · Gifts | 64.90 | 2,040.99 |
| 6024 · Internet | 80.00 | 1,362.99 |
| 6026 · Cable | 80.98 | 1,436.01 |

**William and Amy Dempsey**

**Profit & Loss**

**January 2021**

| | January 21 | 9.17.19 - Janaury 21 |
|---|---|---|
| 6027 · Dues & Subscriptions | 79.50 | 649.81 |
| 6028 · Hair and Beauty Care | 42.84 | 5,554.66 |
| 6029 · Drycleaning | 41.30 | 192.32 |
| 6030 · Healthcare | 160.14 | 1,084.38 |
| 6032 · Prescriptions | 62.62 | 769.70 |
| 6035 · Auto Maintenance & Registration | 575.11 | 9,841.60 |
| 6036 · Gas, Parking, Uber | 219.37 | 2,913.00 |
| 6037 · Miscellaneous | 105.60 | 2,099.75 |
| 6038 · Meals | 370.12 | 12,480.75 |
| 6039 · Entertainment | 61.12 | 2,992.01 |
| 6040 · Travel | 82.00 | 8,228.50 |
| 6041 · Legal and Professional Fees | 15,030.89 | 47,561.43 |
| 6042 · Trustee Fees | 325.00 | 3,900.00 |
| 6045 · Pet Care and Expenses | 245.02 | 936.45 |
| 6050 · Debt | | |
| 6054 · Loan-BMW | 189.21 | 3,662.60 |
| 6100 · Real Estate Taxes | 0.00 | 1,298.50 |
| **Total Expense** | 25,627.35 | 243,112.55 |
| **Net Ordinary Income** | -3,766.03 | 142,506.53 |
| Other Income/Expense | | |
| Other Expense | | |
| 7200 · Reimbursable Business Expenses | 0.00 | 5,890.79 |
| **Total Other Expense** | 0.00 | 5,890.79 |
| **Net Other Income** | 0.00 | -5,890.79 |
| **Net Income** | **-3,766.03** | **136,615.74** |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

Case No.  19-01069-JMM                    Report Month/Year         Jan-21

Debtor    WILLIAM & AMY DEMPSEY

| SUMMARY | | Current Month | Total Post-Petition |
|---|---|---|---|
| **Beginning cash balance, per Debtor's books (all acccounts)** | $ | 163,791.29 | $ |
| **Total cash receipts** (from UST-2C continuation sheets) | | 49,752.50 | |
| **Total cash disbursements** from (UST-2C continuation sheets) | | 53,518.53 | |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ | (3,766.03) | 0 |
| **Ending cash balance, per Debtor's books (all accounts)** | $ | 160,025.26 | $ 0 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

UST-2C
December 2017

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.   19-01069-JMM                          Report Month/Year _____ Jan-21
Debtor     WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**   Washington Trust Bank
**Account number:**           0991

**Beginning cash balance, per Debtor's books**          $         1,222.66

Add:      Transfers in from other estate bank accounts              27,000.00
          Cash receipts deposited to this account                        -

Subtract: Transfers out to other estate bank accounts                 620.00
          **Cash disbursements** from this account                 25,898.53

Adjustments, explanation: *Refunds and reimbursement*                 271.18

**Net cash flow**                                      $           752.65
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**          $         1,975.31
(beginning balance plus net cash flow)

Does this CONTINUATION SHEET include the following supporting documents?        Yes        No

  - Detailed list of receipts and disbursements          ☑
  - Bank statement                                        ☑
  - Bank reconcilation                                    ☑

UST-2C
Continuation Sheet
December 2017

United States Trustee-District of Idaho

**3:05 PM**

**02/06/21**

## William and Amy Dempsey
## Reconciliation Summary
#### 1000 · WA Trust Household Acct-0991, Period Ending 01/31/2021

|  | Jan 31, 21 |
|---|---|
| **Beginning Balance** | 1,222.66 |
| **Cleared Transactions** | |
| **Checks and Payments - 100 items** | -26,518.53 |
| **Deposits and Credits - 4 items** | 27,271.18 |
| **Total Cleared Transactions** | 752.65 |
| **Cleared Balance** | **1,975.31** |
| **Register Balance as of 01/31/2021** | 1,975.31 |
| **Ending Balance** | 1,975.31 |

3:05 PM

02/06/21

# William and Amy Dempsey
# Reconciliation Detail
### 1000 · WA Trust Household Acct-0991, Period Ending 01/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,222.66 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 100 items** | | | | | | |
| Check | 01/04/2021 | Auto | WINCO | X | -114.17 | -114.17 |
| Check | 01/04/2021 | 243 | Raquel Ruiz | X | -112.00 | -226.17 |
| Check | 01/04/2021 | Auto | M&W Markets | X | -59.26 | -285.43 |
| Check | 01/04/2021 | Auto | Boise Airport | X | -52.00 | -337.43 |
| Check | 01/04/2021 | Auto | Lauren Dempsey | X | -50.00 | -387.43 |
| Check | 01/04/2021 | Auto | Colin Dempsey | X | -50.00 | -437.43 |
| Check | 01/04/2021 | Auto | 10 Barrel | X | -47.06 | -484.49 |
| Check | 01/04/2021 | Auto | Chick-fil-a | X | -35.46 | -519.95 |
| Check | 01/04/2021 | Auto | American Airlines | X | -30.00 | -549.95 |
| Check | 01/04/2021 | Auto | Rite Aid | X | -8.25 | -558.20 |
| Check | 01/04/2021 | Auto | McDonalds | X | -8.23 | -566.43 |
| Check | 01/04/2021 | Auto | Amazon | X | -7.84 | -574.27 |
| Check | 01/04/2021 | Auto | Apple ITunes | X | -2.99 | -577.26 |
| Check | 01/04/2021 | Auto | Boise City | X | -1.00 | -578.26 |
| Check | 01/05/2021 | Bill Pay | Westco Drycleaning | X | -41.30 | -619.56 |
| Check | 01/06/2021 | Auto | AT&T | X | -349.93 | -969.49 |
| Check | 01/06/2021 | Auto | The Cat Doctor | X | -144.00 | -1,113.49 |
| Check | 01/06/2021 | Auto | Washington Trust B… | X | -20.00 | -1,133.49 |
| Check | 01/06/2021 | Auto | Washington Trust B… | X | -20.00 | -1,153.49 |
| Check | 01/07/2021 | Auto | Farm Bureau | X | -416.96 | -1,570.45 |
| Check | 01/07/2021 | Auto | Ada County | X | -107.52 | -1,677.97 |
| Check | 01/07/2021 | Auto | Ada County | X | -81.77 | -1,759.74 |
| Check | 01/07/2021 | Auto | M&W Markets | X | -46.53 | -1,806.27 |
| Check | 01/07/2021 | Auto | Other | X | -42.00 | -1,848.27 |
| Check | 01/07/2021 | Auto | Tap House | X | -14.50 | -1,862.77 |
| Check | 01/08/2021 | 244 | Shawn McKay | X | -325.00 | -2,187.77 |
| Check | 01/08/2021 | Auto | Intermountain Gas … | X | -125.87 | -2,313.64 |
| Check | 01/08/2021 | Auto | Colin Dempsey | X | -50.00 | -2,363.64 |
| Check | 01/08/2021 | Auto | Lauren Dempsey | X | -50.00 | -2,413.64 |
| Check | 01/08/2021 | Auto | Kindle | X | -9.99 | -2,423.63 |
| Check | 01/11/2021 | Auto | Diamond Heating & … | X | -598.40 | -3,022.03 |
| Check | 01/11/2021 | Auto | Amazon | X | -161.97 | -3,184.00 |
| Check | 01/11/2021 | Auto | Lost Shack Brewing | X | -48.97 | -3,232.97 |
| Check | 01/11/2021 | Auto | Amazon | X | -46.59 | -3,279.56 |
| Check | 01/11/2021 | Auto | Other | X | -46.50 | -3,326.06 |
| Check | 01/11/2021 | Auto | Amazon | X | -17.66 | -3,343.72 |
| Check | 01/11/2021 | Auto | Car Park | X | -4.00 | -3,347.72 |
| Check | 01/11/2021 | Auto | Vudu | X | -3.99 | -3,351.71 |
| Check | 01/11/2021 | Auto | Kindle | X | -3.17 | -3,354.88 |
| Check | 01/11/2021 | Auto | Other | X | -0.47 | -3,355.35 |
| Check | 01/12/2021 | Auto | Bishop Kelly | X | -1,823.88 | -5,179.23 |
| Check | 01/12/2021 | Auto | Other | X | -60.00 | -5,239.23 |
| Check | 01/12/2021 | Auto | Rite Aid | X | -8.76 | -5,247.99 |
| Check | 01/13/2021 | Auto | Hurless Brothers | X | -385.82 | -5,633.81 |
| Check | 01/13/2021 | Auto | Bishop Kelly | X | -100.00 | -5,733.81 |
| Check | 01/13/2021 | Auto | Chevron | X | -43.12 | -5,776.93 |
| Check | 01/13/2021 | Auto | M&W Markets | X | -4.00 | -5,780.93 |
| Check | 01/14/2021 | Auto | Idaho Power | X | -342.33 | -6,123.26 |
| Check | 01/15/2021 | 247 | Shawn McKay | X | -325.00 | -6,448.26 |
| Check | 01/15/2021 | Auto | Other | X | -101.02 | -6,549.28 |
| Check | 01/15/2021 | Auto | Lauren Dempsey | X | -50.00 | -6,599.28 |
| Check | 01/15/2021 | Auto | Colin Dempsey | X | -50.00 | -6,649.28 |
| Check | 01/15/2021 | Auto | Other | X | -28.15 | -6,677.43 |
| Check | 01/15/2021 | Auto | M&W Markets | X | -25.90 | -6,703.33 |
| Check | 01/15/2021 | Auto | Paypal | X | -20.37 | -6,723.70 |
| Check | 01/15/2021 | Auto | Paypal | X | -19.50 | -6,743.20 |
| Check | 01/19/2021 | 246 | Raquel Ruiz | X | -112.00 | -6,855.20 |
| Check | 01/19/2021 | Auto | Off The Field | X | -90.00 | -6,945.20 |
| Check | 01/19/2021 | Auto | Colin Dempsey | X | -60.00 | -7,005.20 |
| Check | 01/19/2021 | Auto | Google | X | -60.00 | -7,065.20 |
| Check | 01/19/2021 | Auto | Albertsons | X | -36.00 | -7,101.20 |
| Check | 01/19/2021 | Auto | Electric Chair | X | -35.00 | -7,136.20 |
| Check | 01/19/2021 | Auto | M&W Markets | X | -17.37 | -7,153.57 |
| Check | 01/19/2021 | Auto | Amazon | X | -11.02 | -7,164.59 |
| Check | 01/19/2021 | Auto | Boise City | X | -1.25 | -7,165.84 |

3:05 PM

02/06/21

## William and Amy Dempsey
## Reconciliation Detail
### 1000 · WA Trust Household Acct-0991, Period Ending 01/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 01/20/2021 | Auto | US Trustee | X | -325.00 | -7,490.84 |
| Check | 01/20/2021 | Auto | Bishop Kelly | X | -166.00 | -7,656.84 |
| Check | 01/20/2021 | Auto | Bishop Kelly | X | -166.00 | -7,822.84 |
| Check | 01/20/2021 | Auto | Bishop Kelly | X | -61.00 | -7,883.84 |
| Check | 01/20/2021 | Auto | Apple ITunes | X | -14.99 | -7,898.83 |
| Check | 01/20/2021 | Auto | M&W Markets | X | -4.00 | -7,902.83 |
| Check | 01/22/2021 | 249 | Shawn McKay | X | -325.00 | -8,227.83 |
| Check | 01/22/2021 | Auto | American Airlines | X | -250.81 | -8,478.64 |
| Check | 01/22/2021 | Auto | Lauren Dempsey | X | -50.00 | -8,528.64 |
| Check | 01/22/2021 | Auto | Colin Dempsey | X | -50.00 | -8,578.64 |
| Check | 01/22/2021 | Auto | M&W Markets | X | -43.68 | -8,622.32 |
| Check | 01/22/2021 | Auto | Diamond Heating & ... | X | -27.00 | -8,649.32 |
| Check | 01/25/2021 | Auto | WINCO | X | -144.62 | -8,793.94 |
| Check | 01/25/2021 | Auto | Colin Dempsey | X | -110.00 | -8,903.94 |
| Check | 01/25/2021 | Auto | Amazon | X | -105.60 | -9,009.54 |
| Check | 01/25/2021 | Auto | Hulu | X | -80.98 | -9,090.52 |
| Check | 01/25/2021 | Auto | Sparklight | X | -80.00 | -9,170.52 |
| Check | 01/25/2021 | Auto | Tap House | X | -33.00 | -9,203.52 |
| Check | 01/25/2021 | Auto | Netflix | X | -17.99 | -9,221.51 |
| Check | 01/26/2021 | Auto | Southwest Idaho ENT | X | -160.14 | -9,381.65 |
| Check | 01/27/2021 | Bill Pay | Davison, Copple, Co... | X | -15,030.89 | -24,412.54 |
| Check | 01/27/2021 | Bill Pay | CuttingEdge | X | -377.50 | -24,790.04 |
| Check | 01/27/2021 | Auto | Bishop Kelly | X | -104.75 | -24,894.79 |
| Check | 01/28/2021 | Auto | Bank of America | X | -189.21 | -25,084.00 |
| Check | 01/28/2021 | 250 | Raquel Ruiz | X | -112.00 | -25,196.00 |
| Check | 01/28/2021 | Auto | Paypal | X | -64.90 | -25,260.90 |
| Check | 01/28/2021 | Auto | Suez Water Idaho | X | -50.96 | -25,311.86 |
| Check | 01/28/2021 | Auto | Rite Aid | X | -39.66 | -25,351.52 |
| Check | 01/29/2021 | Auto | Washington Trust B... | X | -620.00 | -25,971.52 |
| Check | 01/29/2021 | 251 | Shawn McKay | X | -325.00 | -26,296.52 |
| Check | 01/29/2021 | Auto | Other | X | -105.06 | -26,401.58 |
| Check | 01/29/2021 | Auto | Lauren Dempsey | X | -50.00 | -26,451.58 |
| Check | 01/29/2021 | Auto | Colin Dempsey | X | -50.00 | -26,501.58 |
| Check | 01/29/2021 | Auto | Lauren Dempsey | X | -11.00 | -26,512.58 |
| Check | 01/29/2021 | Auto | Rite Aid | X | -5.95 | -26,518.53 |
| | Total Checks and Payments | | | | -26,518.53 | -26,518.53 |
| | **Deposits and Credits - 4 items** | | | | | |
| Deposit | 01/04/2021 | | | X | 10,000.00 | 10,000.00 |
| Deposit | 01/15/2021 | | | X | 20.37 | 10,020.37 |
| Deposit | 01/19/2021 | | | X | 17,000.00 | 27,020.37 |
| Deposit | 01/21/2021 | | | X | 250.81 | 27,271.18 |
| | Total Deposits and Credits | | | | 27,271.18 | 27,271.18 |
| | Total Cleared Transactions | | | | 752.65 | 752.65 |
| Cleared Balance | | | | | 752.65 | 1,975.31 |
| Register Balance as of 01/31/2021 | | | | | 752.65 | 1,975.31 |
| **Ending Balance** | | | | | **752.65** | **1,975.31** |

Statement of Account

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 1 of 7 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #1901069
1720 E SENDERO LN
BOISE ID 83712-6628



for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 0991 | $1,975.31 |

## CHECKING ACCOUNTS

**SIMPLICITY CHECKING**                                                **Account #0991**

| | | | |
|---|---|---|---|
| Beginning Balance | $1,222.66 | Average Ledger | $9,202.25 |
| + Deposits/Credits (4) | $27,271.18 | Average Collected | $9,202.25 |
| - Checks/Debits (100) | $26,518.53 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $1,975.31 | | |

### Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 1/04 | Trsf from SIMPCKG | 1015 Confirmation number | 10,000.00 | |
| | 104213198 | | | |
| 1/04 | M & W MARKETS 1835 WARM SPRINGS POS DEB | | | 59.26 |
| | 1215 01/02/21 39744600 BOISE    ID C#6171 | | | |

MEMBER
FDIC

3455    rev 09-17

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 2 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 1/04 | RITE AID 05413 1515 WEST STATE ST POS DEB 1354 01/03/21 42813100 BOISE        ID C#6171 | | 8.25 |
| 1/04 | WINCO FOODS #1 110 E Myrtle Stree POS DEB 1432 01/03/21 00782564 Boise        ID C#6171 | | 114.17 |
| 1/04 | PAYPAL *CHICK-FIL-A #0 402-935-7733  NE C#6171 DBT CRD 1403 12/30/20 22176486 | | 35.46 |
| 1/04 | AMERICAN AIR0010263137 FORT WORTH    TX C#6171 DBT CRD 0855 01/02/21 37527377 | | 30.00 |
| 1/04 | MCDONALD S F35362 PHOENIX        AZ C#6171 DBT CRD 0915 01/02/21 49182162 | | 8.23 |
| 1/04 | AIRPORT PARKING BOISE        ID C#6171 DBT CRD 1307 01/02/21 88735599 | | 52.00 |
| 1/04 | BOISE CITY PARKING MET BOISE        ID C#6189 DBT CRD 1319 01/02/21 95799979 | | 1.00 |
| 1/04 | Amazon.com*VC7GL9TL3 Amzn.com/bill WA C#6171 DBT CRD 2153 01/02/21 40291764 | | 7.84 |
| 1/04 | TST* 10 BARREL BREWING 208-344-5870  ID C#6171 DBT CRD 1358 01/03/21 18820097 | | 47.06 |
| 1/04 | APPLE.COM/BILL 866-712-7753  CA C#6171 DBT CRD 0525 01/03/21 11106729 | | 2.99 |
| 1/04 | Transf to Checking        32761 Hope Birthday Confirmation number  104215225 | | 50.00 |
| 1/04 | Transf to Checking        32787 Confirmation number  104215230 | | 50.00 |
| 1/06 | STOP PAYMENT CHARGE | | 20.00 |
| 1/06 | STOP PAYMENT CHARGE | | 20.00 |
| 1/06 | THE CAT DOCTOR 208-3277706   ID C#6171 DBT CRD 1012 01/04/21 83207555 | | 144.00 |
| 1/06 | AT&T*BILL PAYMENT 214-721-3650  TX C#6171 DBT CRD 1429 01/05/21 37414069 | | 349.93 |
| 1/07 | M & W MARKETS 1835 WARM SPRINGS POS DEB 1428 01/06/21 67503900 BOISE        ID C#6171 | | 46.53 |
| 1/07 | TAPHOUSE PUB & EATERY BOISE        ID C#6171 DBT CRD 1807 01/05/21 04441099 | | 14.50 |
| 1/07 | COUNTY DMV 2083320102 EGOV.COM        ID C#6189 DBT CRD 1416 01/06/21 29659220 | | 107.52 |
| 1/07 | COUNTY DMV 2083320102 EGOV.COM        ID C#6189 DBT CRD 1419 01/06/21 31950177 | | 81.77 |
| 1/07 | PARKER PORTRAITS INC 208-345-0807  ID C#6171 DBT CRD 1601 01/06/21 92809863 | | 42.00 |
| 1/07 | FB INS PMT FARM BUREAU MUTU William Dempsey II FBBC*****4001 PPD | | 416.96 |

MEMBER FDIC

Statement of Account


# Washington Trust Bank

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 3 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 1/08 | Kindle Unltd*402IA0103 866-321-8851  WA C#6189 DBT CRD 2134 01/07/21 28728954 | | 9.99 |
| 1/08 | Transf to Checking        32761 Weekly Allowance Confirmation number  107210882 | | 50.00 |
| 1/08 | Transf to Checking        32787 Weekly Allowance Confirmation number  107210883 | | 50.00 |
| 1/08 | Bill Paid-INTERMOUNTAIN GAS CO MPANY Conf #421 | | 125.87 |
| 1/11 | WILSONELEMENTS.NET NORTH ROCKS  00 Int Fee 0831 01/11/21 84288489 Card# 6171 | | .47 |
| 1/11 | AMAZON.COM*7A7 AMAZON.COM POS DEB 1759 01/09/21 LVI7LT9Q SEATTLE      WA C#6171 | | 161.97 |
| 1/11 | AMAZON.COM*L99 AMAZON.COM POS DEB 1216 01/10/21 USUPLCDX SEATTLE      WA C#6171 | | 17.66 |
| 1/11 | AMAZON.COM*M71 AMAZON.COM POS DEB 1510 01/10/21 L6LVRBBK SEATTLE      WA C#6171 | | 46.59 |
| 1/11 | DIAMOND HEATING AND CO BOISE        ID C#6171 DBT CRD 1307 01/07/21 88367171 | | 598.40 |
| 1/11 | THE CAR PARK GARRO LOT BOISE        ID C#6171 DBT CRD 1335 01/07/21 05136331 | | 4.00 |
| 1/11 | TST* LOST SHACK 208-515-6218  ID C#6171 DBT CRD 1417 01/09/21 30793394 | | 48.97 |
| 1/11 | VUDU.COM 888-554-8838  CA C#6171 DBT CRD 2157 01/09/21 42279421 | | 3.99 |
| 1/11 | WILSONELEMENTS.NET NORTH ROCKS   AU C#6171 DBT CRD 1547 01/10/21 84288489 | | 46.50 |
| 1/11 | Kindle Svcs*2V05M86H3 866-321-8851  WA C#6189 DBT CRD 2124 01/11/21 22807988 | | 3.17 |
| 1/12 | RITE AID 05413 1515 WEST STATE ST POS DEB 1535 01/11/21 86263900 BOISE        ID C#6189 | | 8.76 |
| 1/12 | SQ *IKON DESIG SQUARE PURCHASE POS DEB 2318 01/11/21 23388425 BOISE        ID C#6189 | | 60.00 |
| 1/12 | PB *Bishop Kelly HS 208-3756010   ID C#6189 DBT CRD 1039 01/11/21 99519346 | | 1,823.88 |
| 1/13 | M & W MARKETS 1835 WARM SPRINGS POS DEB 1418 01/12/21 86816800 BOISE        ID C#6171 | | 4.00 |
| 1/13 | OMO HURLESS BR 1320 W MAIN ST POS DEB 1333 01/13/21 07193335 BOISE      ID C#6171 | | 385.82 |
| 1/13 | BISHOP KELLY THANKS YO 208-3756010   ID C#6171 DBT CRD 1211 01/12/21 54966127 | | 100.00 |
| 1/13 | CHEVRON 0208785 BOISE            ID C#6171 DBT CRD 1619 01/12/21 02171630 | | 43.12 |
| 1/14 | Bill Paid-IDAHO POWER COMPANY Conf #422 | | 342.33 |

MEMBER
FDIC

Statement of Account



**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 4 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 1/15 | PAYPAL *fif Visa Direct   CA C#6171 POS CRE 0000 01/14/21 26460915 | 20.37 | |
| 1/15 | M & W MARKETS 1835 WARM SPRINGS POS DEB 1518 01/14/21 23775100 BOISE        ID C#6171 | | 25.90 |
| 1/15 | CAFE ZUPAS - BOISE DT BOISE        ID C#6171 DBT CRD 1307 01/13/21 88323551 | | 28.15 |
| 1/15 | CHEWY.COM 800-672-4399  FL C#6171 DBT CRD 1041 01/14/21 01045071 | | 101.02 |
| 1/15 | PAYPAL *fif Visa Direct   CA C#6171 DBT CRD 1410 01/14/21 26460915 | | 20.37 |
| 1/15 | PAYPAL *fifameniac Visa Direct   CA C#6171 DBT CRD 1413 01/14/21 28076103 | | 19.50 |
| 1/15 | Transf to Checking        32761 Weekly Allowance Confirmation number  107210882 | | 50.00 |
| 1/15 | Transf to Checking        32787 Weekly Allowance Confirmation number  107210883 | | 50.00 |
| 1/19 | Trsf from SIMPCKG        1015 Legal and Trustee Fees Confirmation number  119210668 | 17,000.00 | |
| 1/19 | M & W MARKETS 1835 WARM SPRINGS POS DEB 1242 01/15/21 91748200 BOISE        ID C#6171 | | 17.37 |
| 1/19 | GOOGLE *GOOGLE GOOGLE *GOOGLE NES POS DEB 1241 01/19/21 10003034 MOUNTAIN VIEW CA C#6171 | | 60.00 |
| 1/19 | THE ELECTRIC CHAIR BOISE        ID C#6171 DBT CRD 0921 01/15/21 52753626 | | 35.00 |
| 1/19 | AMZN Mktp US*3S9A54F93 Amzn.com/bill WA C#6171 DBT CRD 1006 01/15/21 80178661 | | 11.02 |
| 1/19 | BOISE CITY PARKING MET BOISE        ID C#6171 DBT CRD 1324 01/15/21 98683783 | | 1.25 |
| 1/19 | OFFTHEFIELD MERIDIAN     ID C#6171 DBT CRD 0457 01/16/21 94521415 | | 90.00 |
| 1/19 | ALBERTSONS #0189 BOISE        ID C#6171 DBT CRD 1358 01/17/21 19108982 | | 36.00 |
| 1/19 | Transf to Checking        32787 Gas Confirmation number 119213013 | | 60.00 |
| 1/20 | M & W MARKETS 1835 WARM SPRINGS POS DEB 1538 01/19/21 15804300 BOISE        ID C#6171 | | 4.00 |
| 1/20 | APPLE.COM/BILL 866-712-7753  CA C#6171 DBT CRD 0938 01/20/21 63210203 | | 14.99 |
| 1/20 | TADS PMNT  TADS TUITION AID AMY DEMPSEY 2254548 PPD | | 61.00 |
| 1/20 | TADS PMNT  TADS TUITION AID AMY DEMPSEY 2254548 PPD | | 166.00 |

MEMBER FDIC

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| Statement Start | January 1, 2021 |
|---|---|
| Statement End | January 31, 2021 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 5 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 1/20 | TADS PMNT  TADS TUITION AID AMY DEMPSEY 2254548 PPD | | 166.00 |
| 1/20 | PAYMENT   QUARTERLY FEE AMY D DEMPSEY 6O6BN7NQB41 WEB | | 325.00 |
| 1/21 | TRANSFER   PAYPAL WILLIAM DEMPSEY *****18017649 PPD | 250.81 | |
| 1/22 | M & W MARKETS 1835 WARM SPRINGS POS DEB 1715 01/21/21 22748800 BOISE        ID C#6171 | | 43.68 |
| 1/22 | DIAMOND HEATING AND CO BOISE        ID C#6171 DBT CRD 1247 01/20/21 76536863 | | 27.00 |
| 1/22 | AMERICAN AIR0012153689 FORT WORTH    TX C#6171 DBT CRD 2044 01/20/21 98641865 | | 250.81 |
| 1/22 | Transf to Checking        32761 Weekly Allowance Confirmation number  107210882 | | 50.00 |
| 1/22 | Transf to Checking        32787 Weekly Allowance Confirmation number  107210883 | | 50.00 |
| 1/25 | WINCO FOODS #1 110 E Myrtle Stree POS DEB 1552 01/23/21 00343383 Boise        ID C#6171 | | 144.62 |
| 1/25 | AMAZON PAYMENT AMAZON PAYMENTS POS DEB 1843 01/24/21 008GRSKK SEATTLE      WA C#6171 | | 105.60 |
| 1/25 | TAPHOUSE PUB & EATERY BOISE        ID C#6171 DBT CRD 1849 01/21/21 29786275 | | 33.00 |
| 1/25 | SPARKLIGHT 877-6922253   AZ C#6171 DBT CRD 0624 01/22/21 46398359 | | 80.00 |
| 1/25 | HLU*Hulu 110591632324- HULU.COM/BILL CA C#6171 DBT CRD 0104 01/23/21 54777025 | | 80.98 |
| 1/25 | NETFLIX COM NETFLIX COM POS DEB 0813 01/24/21 08936389 LOS GATOS      CA C#6171 | | 17.99 |
| 1/25 | Transf to Checking        32761 Reimburse January Gas Confirmation number  125212564 | | 110.00 |
| 1/26 | SOUTHWEST IDAHO ENT PA BOISE        ID C#6171 DBT CRD 1551 01/25/21 86985937 | | 160.14 |
| 1/27 | BCS*MPP BISHOP KELLY H 877-237-0946  ID C#6189 DBT CRD 0819 01/26/21 15918618 | | 104.75 |
| 1/28 | RITE AID 05413 1515 WEST STATE ST POS DEB 1615 01/27/21 57952200 BOISE        ID C#6171 | | 39.66 |
| 1/28 | Bill Paid-SUEZ WATER Conf #426 | | 50.96 |
| 1/28 | INST XFER  PAYPAL WILLIAM DEMPSEY ERBA WEB | | 64.90 |
| 1/28 | Bill Paid-BANK OF AMERICA LOAN  Conf #425 | | 189.21 |
| 1/29 | RITE AID 05413 1515 WEST STATE ST POS DEB 1035 01/29/21 51611800 BOISE        ID C#6171 | | 5.95 |

MEMBER FDIC

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 0991 |
| Total Days in Statement Period | 31 |
| Page | 6 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 1/29 | BSN SPORTS LLC 800-227-7404  TX C#6171 DBT CRD 1332 01/28/21 03761215 | | 105.06 |
| 1/29 | Transf to Checking      32761 Weekly Allowance Confirmation number  107210882 | | 50.00 |
| 1/29 | Transf to Checking      32787 Weekly Allowance Confirmation number  107210883 | | 50.00 |
| 1/29 | Transf to SIMPCKG      1007 Insurance and Tax Savings Confirmation number  119210648 | | 620.00 |
| 1/29 | Transf to Checking      32787 Reimburse Soccer Fee Indoor Confirmation number  129210762 | | 11.00 |

## Checks Posted

| Check No | Date | Amount | Check No | Date | Amount |
|---|---|---|---|---|---|
| 120 | 1/05 | 41.30 | 246* | 1/19 | 112.00 |
| 121 | 1/27 | 377.50 | 247 | 1/15 | 325.00 |
| 122 | 1/27 | 15,030.89 | 249* | 1/22 | 325.00 |
| 243* | 1/04 | 112.00 | 250 | 1/28 | 112.00 |
| 244 | 1/08 | 325.00 | 251 | 1/29 | 325.00 |

*Denotes gap in check sequence*

Total Checks = $17,085.69

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/01 | 1,222.66 | 1/12 | 5,974.67 | 1/22 | 19,844.52 |
| 1/04 | 10,644.40 | 1/13 | 5,441.73 | 1/25 | 19,272.33 |
| 1/05 | 10,603.10 | 1/14 | 5,099.40 | 1/26 | 19,112.19 |
| 1/06 | 10,069.17 | 1/15 | 4,499.83 | 1/27 | 3,599.05 |
| 1/07 | 9,359.89 | 1/19 | 21,077.19 | 1/28 | 3,142.32 |
| 1/08 | 8,799.03 | 1/20 | 20,340.20 | 1/29 | 1,975.31 |
| 1/11 | 7,867.31 | 1/21 | 20,591.01 | | |

**MEMBER FDIC**

**To Reconcile Your Account**

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

**If Your Statement and Checkbook Do Not Agree**

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

**In Case of Irregularities on This Statement**

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

**In Case of Errors or Questions About Electronic Funds Transfers**

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already have an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

09/17

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.    19-01069-JMM                              Report Month/Year _____ Jan-21
Debtor      WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    Washington Trust Bank
**Account number:**    1007

**Beginning cash balance, per Debtor's books**          $    4,000.00

Add:    Transfers in from other estate bank accounts            620.00
        Cash receipts deposited to this account                 -

Subtract:  Transfers out to other estate bank accounts          -
          **Cash disbursements** from this account              -

Adjustments, if any (explain)

**Net cash flow**                                          $    620.00
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**              $    4,620.00
(beginning balance plus net cash flow)

| | Yes | No |
|---|---|---|
| Does this CONTINUATION SHEET include the following supporting documents? | | |
| • Detailed list of receipts and disbursements | ☑ | |
| • Bank statement | ☑ | |
| • Bank reconcilation | ☑ | |

3:09 PM

02/06/21

## William and Amy Dempsey
## Reconciliation Summary
### 1002 · WA Trust Hsehold Savings-1007, Period Ending 01/31/2021

|  | Jan 31, 21 |
|---|---|
| **Beginning Balance** | 4,000.00 |
| **Cleared Transactions** |  |
| **Deposits and Credits - 1 item** | 620.00 |
| **Total Cleared Transactions** | 620.00 |
| **Cleared Balance** | **4,620.00** |
| **Register Balance as of 01/31/2021** | 4,620.00 |
| **Ending Balance** | 4,620.00 |

3:09 PM

02/06/21

# William and Amy Dempsey
# Reconciliation Detail
### 1002 · WA Trust Hsehold Savings-1007, Period Ending 01/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 4,000.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 01/29/2021 | Auto | Washington Trust B... | X | 620.00 | 620.00 |
| Total Deposits and Credits | | | | | 620.00 | 620.00 |
| Total Cleared Transactions | | | | | 620.00 | 620.00 |
| Cleared Balance | | | | | 620.00 | 4,620.00 |
| Register Balance as of 01/31/2021 | | | | | 620.00 | 4,620.00 |
| **Ending Balance** | | | | | **620.00** | **4,620.00** |

Statement of Account

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 1007 |
| Total Days in Statement Period | 31 |
| Page | 1 of 3 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #19-01069
1720 E SENDERO LN
BOISE ID 83712-6628



for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1007 | $4,620.00 |

## CHECKING ACCOUNTS

**SIMPLICITY CHECKING**                                          **Account #1007**

| | | | |
|---|---|---|---|
| Beginning Balance | $4,000.00 | Average Ledger | $4,060.00 |
| + Deposits/Credits (1) | $620.00 | Average Collected | $4,060.00 |
| - Checks/Debits (0) | $0.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $4,620.00 | | |

### Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 1/29 | Trsf from SIMPCKG      0991 Insurance and Tax Savings Confirmation number  119210648 | 620.00 | |

MEMBER
**FDIC**

Statement of Account

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 1007 |
| Total Days in Statement Period | 31 |
| Page | 2 of 3 |

   

## Daily Balance Information

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 1/01 | 4,000.00 | 1/29 | 4,620.00 |

MEMBER
**FDIC**

**To Reconcile Your Account**

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total |  |  |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

**If Your Statement and Checkbook Do Not Agree**

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

**In Case of Irregularities on This Statement**

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

**In Case of Errors or Questions About Electronic Funds Transfers**

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

09/17

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.  19-01069-JMM                          Report Month/Year _____ Jan-21
Debtor    WILLIAM & AMY DEMPSEY

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**  Washington Trust Bank
**Account number:**          1015

**Beginning cash balance, per Debtor's books**              $      158,568.63

Add:      Transfers in from other estate bank accounts                    -
          Cash receipts deposited to this account              21,861.32

Subtract:  Transfers out to other estate bank accounts          27,000.00
           **Cash disbursements** from this account                      -

Adjustments, if any (explain)

**Net cash flow**                                           $       (5,138.68)
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**                $      153,429.95
(beginning balance plus net cash flow)

Does this CONTINUATION SHEET include the following supporting documents?          Yes        No

- Detailed list of receipts and disbursements          ☑
- Bank statement                                       ☑
- Bank reconcilation                                   ☑

3:12 PM

02/06/21

## William and Amy Dempsey
## Reconciliation Summary
### 1004 · WA Trust Account for Debt-1015, Period Ending 01/31/2021

|  | Jan 31, 21 |
|---|---|
| **Beginning Balance** | 158,568.63 |
| **Cleared Transactions** | |
| **Checks and Payments - 2 items** | -27,000.00 |
| **Deposits and Credits - 4 items** | 21,861.32 |
| **Total Cleared Transactions** | -5,138.68 |
| **Cleared Balance** | **153,429.95** |
| **Register Balance as of 01/31/2021** | 153,429.95 |
| **Ending Balance** | 153,429.95 |

3:12 PM

02/06/21

# William and Amy Dempsey
## Reconciliation Detail
### 1004 · WA Trust Account for Debt-1015, Period Ending 01/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 158,568.63 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Deposit | 01/04/2021 | | Washington Trust B... | X | -10,000.00 | -10,000.00 |
| Deposit | 01/19/2021 | | Washington Trust B... | X | -17,000.00 | -27,000.00 |
| | Total Checks and Payments | | | | -27,000.00 | -27,000.00 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 01/15/2021 | | | X | 5,434.20 | 5,434.20 |
| Deposit | 01/15/2021 | | | X | 5,496.45 | 10,930.65 |
| Deposit | 01/29/2021 | | | X | 5,434.21 | 16,364.86 |
| Deposit | 01/29/2021 | | | X | 5,496.46 | 21,861.32 |
| | Total Deposits and Credits | | | | 21,861.32 | 21,861.32 |
| | Total Cleared Transactions | | | | -5,138.68 | -5,138.68 |
| Cleared Balance | | | | | -5,138.68 | 153,429.95 |
| Register Balance as of 01/31/2021 | | | | | -5,138.68 | 153,429.95 |
| **Ending Balance** | | | | | **-5,138.68** | **153,429.95** |

Statement of Account


**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 1015 |
| Total Days in Statement Period | 31 |
| Page | 1 of 3 |

   

WILLIAM E DEMPSEY
AMY D DEMPSEY
DEBTOR IN POSSESSION #19-01069
1720 E SENDERO LN
BOISE ID 83712-6628



# Thank you
for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 1015 | $153,429.95 |

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING                                     Account #1015

| | | | |
|---|---|---|---|
| Beginning Balance | $158,568.63 | Average Ledger | $149,459.37 |
| + Deposits/Credits (4) | $21,861.32 | Average Collected | $149,459.37 |
| - Checks/Debits (2) | $27,000.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $153,429.95 | | |

### Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 1/04 | Transf to SIMPCKG | 0991 Confirmation number | | 10,000.00 |
| | 104213198 | | | |
| 1/15 | EDIPYMENTS CliftonLarso-OSV William Dempsey | | 5,434.20 | |
| | 002Sle PPD | | | |


MEMBER
**FDIC**

Statement of Account


**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | January 1,2021 |
| Statement End | January 31,2021 |
| Account Number | 1015 |
| Total Days in Statement Period | 31 |
| Page | 2 of 3 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 1/15 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 002Smr PPD | 5,496.45 | |
| 1/19 | Transf to SIMPCKG        0991 Legal and Trustee Fees Confirmation number  119210668 | | 17,000.00 |
| 1/29 | EDIPYMENTS CliftonLarso-OSV William Dempsey 002Uh6 PPD | 5,434.21 | |
| 1/29 | EDIPYMENTS CliftonLarso-OSV Amy Dempsey 002Uc1 PPD | 5,496.46 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/01 | 158,568.63 | 1/15 | 159,499.28 | 1/29 | 153,429.95 |
| 1/04 | 148,568.63 | 1/19 | 142,499.28 | | |

MEMBER
**FDIC**

**To Reconcile Your Account**

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | − | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | − | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

**If Your Statement and Checkbook Do Not Agree**

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

---

**In Case of Irregularities on This Statement**

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

---

**In Case of Errors or Questions About Electronic Funds Transfers**

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation.  If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA  99210-2127

09/17

## CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION

| | | |
|---|---|---|
| Case No. | 19-01069-JMM | Report Month/Year Jan-21 |
| Debtor | WILLIAM & AMY DEMPSEY | |

### Reconciliation of Unpaid Post-Petition Taxes

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Type of tax | Unpaid post-petition taxes from prior reporting month | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
| **Federal** | | | | |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other:_____ | | | | 0 |
| **Total unpaid post-petition taxes** | | | | 0 |

### Payments to Attorneys and Other Professionals (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| Mike Band | Special Counsel | 15,030.89 | 11-Jan-21 | Unknown |
| | | | | |
| | | | | |

### Payments to Principals of Debtor and Other Insiders (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | Farm Bureau | 500,000.00 | 8/5/2021 | 8/5/2021 |
| Property (fire, theft, etc.) | Farm Bureau | Replacement Cost | 8/5/2021 | 8/5/2021 |
| Vehicle | Farm Bureau | Replacement Cost | 8/5/2021 | 8/5/2021 |
| Excess Liability | Farm Bureau | 1,000,000.00 | 8/5/2021 | 8/5/2021 |
| Residence | Farm Bureau | Replacement Cost | 8/5/2021 | 8/5/2021 |

*If any policies were renewed or replaaced during reporting period, attach new certificate of insurance.*

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

| | | |
|---|---|---|
| Case No. | 19-01069-JMM | Report Month/Year <u>Jan-21</u> |
| Debtor | WILLIAM & AMY DEMPSEY | |

**Accounts Receivable Aging Summary** (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables | | | | | 0 |
| Post-petition receivables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables | | | | | 0 |
| Other Payables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Personnel Changes**

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | | |
| Number of employees at end of month | | |

**Other Information**

| | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts** | | |
| Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | | ☑ |
| **Sale of Assets** | | |
| Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchase, sale price, net proceeds received, and date of court approval* . | | ☑ |
| **Post-Petition Financing** | | |
| Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | | ☑ |

**Narrative**

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*